

# UNITED STATES DISTRICT COURT
## Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | } | Case Number: 08-3195-SNOW |
| - vs. - | } | REPORT COMMENCING CRIMINAL ACTION |
| CERVANTES, ALEXIS V | } | 39394-004 |
| Defendant | } | USMS Number |

**TO:** Clerk's Office  (KEY WEST)

**NOTE:** Circle the appropriate location for appearance in U.S. Magistrate's Court above.

All items are to be completed. Information not applicable or are unknown will be indicated "N/A"

(1) Date and Time of Arrest: _____ AM / PM _____
(2) Language Spoken: _____
(3) Offense(s) Charged: 8USC1324 ALIEN SMUGGLING

(4) U.S. Citizen: [ ] YES   [ ] NO   [ ] UNKNOWN
(5) Date of Birth: 1974
(6) Type of Charging Document: (Check One)
   [ ] INDICTMENT   [ ] COMPLAINT to be Filed / Already Filed
   Case Number:
   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant
   Originating District: _____
   COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ] YES   [ ] NO
   Amount of Bond: $ _____
   Who Set Bond?: _____
(7) Remarks: _____
(8) Date: 09/ / 2008
(9) Arresting Officer: SA GINA SHOCKLEY
(10) Agency: ICE
(11) Telephone Number: 786-229-3635
(12) Comments: _____

Revised: 08/08/2004                                          (GRO)