UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10076-CR-MOORE

UNITED STATES OF AMERICA

v.

ALEXIS VISCAINO CERVANTES,
ELIETEN MENDOZA ZALDIVAR,
REYNALDO CRESPO MARQUEZ,
MICHEL MADRIGAL LOPEZ,
BRAINER GOMEZ CRUZ,
HUMBERTO CARRAZANA, and
ARLEY CEBALLO GONZALEZ

      **Defendants.**
_____/

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully states that the witnesses in its case-in-chief will be as follows:

1. Special Agent Gina Shockley, Immigration and Customs Enforcement
2. Senior Special Agent Thomas Colman, Immigration and Customs Enforcement
3. Special Agent Kevin Kenny, Immigration and Customs Enforcement
4. Special Agent Pablo Milan, Immigration and Customs Enforcement
5. Special Agent Alexander Zarut, Immigration and Customs Enforcement
6. Special Agent Nick Economou, Immigration and Customs Enforcement
7. Special Agent C. Michael Hedrick, Immigration and Customs Enforcement
8. Special Agent Thomas Roberts, Immigration and Customs Enforcement
9. Officer Kathleen Wexler, Customs and Border Protection
10. Officer John Boza, Customs and Border Protection

11. Officer William Wolfe, Customs and Border Protection

12. Jason Stanko, U.S. Coast Guard

13. Anibal Martinez, U.S. Coast Guard

14. Jason Nelson, U.S. Coast Guard

15. Anthony Jones, U.S. Coast Guard

16. Darren Navarra, U.S. Coast Guard

17. Mark Whyte, U.S. Coast Guard

18. Miguel Rodriguez, U.S. Coast Guard

19. Dayl Hoggard-Tataryn, U.S. Coast Guard

20. Dominick Ferrandino, U.S. Coast Guard

21. Tom Lopez, Iridium Satellite, Inc.

22. William Abaunza, Customs and Border Protection Lab Analyst

23. Detective Ralph Williams, Monroe County Sheriff's Office

24. Detective John Underwood, Monroe County Sheriff's Office

25. Detective Brad Boyd, Miami-Dade Police Department

26. Josue Rodriguez Torres

27. Pedro Hechevarias

28. Yunior Garcia

The United States respectfully requests leave to add witnesses as may be required during trial.

                          Respectfully submitted,

                          R. ALEXANDER ACOSTA
                          UNITED STATES ATTORNEY

By:   /s Cristina Pérez Soto
      A. CRISTINA PEREZ SOTO
      Assistant United States Attorney
      District Court No. A5501166
      99 N.E. 4th Street, 6th Floor
      Miami, Florida 33132-2111
      Tel: (305) 961-9122
      Fax: (305) 530-7976
      Cristina.Soto@usdoj.gov

By: s/ Russ Brown
     RUSS BROWN
     Special Assistant United States Attorney
     99 N.E. 4th Street, 6th Floor
     Miami, Florida   33132
     Tel: (305) 961-9279
     Fax: (305) 530-7976
     Email: Russell.Brown2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 11, 2008.

                          s/ Cristina Pérez Soto
                          Cristina Pérez Soto
                          Assistant United States Attorney