UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-Cr-10076-MOORE

UNITED STATES OF AMERICA

vs

ALEXIS VISCAINO CERVANTES,
ET AL.,

FILED by ____ D.C.
NOV 13 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

**NOTICE OF INABILITY TO PRODUCE TRANSCRIPT**

I am in receipt of a request for transcript of the below proceedings:

Case No. 08-Cr-10076-MOORE
Style U.S.A. VS. ALEXIS VISCAINO CERVANTES, ET AL
Hearing/Trial Date(s) 10-6-08 (Pretrial detention hearing)

I am unable to produce the above requested transcript(s) for the following reasons.

_____ Notes lost/unable to locate notes for the above proceeding(s)
_____ Disk lost/disk bad/unable to locate above proceedings on disk.
_____ Not reporter for above proceeding(s) on above date.
_____ No record of having reported/recorded above requested proceeding(s).
_____ Ordering party canceled order on ____________ (date)
_____ Transcribing company lost court's original tape(s) of above requested proceeding(s) and are therefore unable to produce a transcript.
_____ Other: This pretrial detention hearing was done by viedo conference from Key West, Florida. The tapes are garbled and inaudible in many places. Unable to transcribe

11-9-08
Date

Jerrad M. Meyers
Reporter Name

J.M. Court Reporting, Inc.
1601N.W. 109th, Terrace, Pembroke Pines FL. 33026
Reporter Address & Phone Number

Original of this signed statement to be filed with Court Reporter Section, U.S.D.C., Miami, FL