FILED by ___ D.C.
ELECTRONIC
JAN 9, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>08-10076-CR-MOORE/SIMONTON(s)</u>
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(B)(iv)
8 U.S.C. § 1326(a)
18 U.S.C. § 2237(a)(1)
18 U.S.C. § 982(a)(6)(A)

UNITED STATES OF AMERICA,

v.

ALEXIS VISCAINO CERVANTES,
ELIETEN MENDOZA ZALDIVAR,
REYNALDO CRESPO MARQUEZ,
MICHEL MADRIGAL LOPEZ,
BRAINER GOMEZ CRUZ,
HUMBERTO CARRAZANA, and
ARLEY CEBALLO GONZALEZ,

      **Defendants.**

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about September 23, 2008, through on or about September 24, 2008, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

      ALEXIS VISCAINO CERVANTES,
      ELIETEN MENDOZA ZALDIVAR,
      REYNALDO CRESPO MARQUEZ,
      MICHEL MADRIGAL LOPEZ,
      BRAINER GOMEZ CRUZ,
      HUMBERTO CARRAZANA,
      and

ARLEY CEBALLO GONZALEZ,

did knowingly conspire, confederate, and agree with each other, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, with said conduct resulting in the death of Radilberto Quevedo Garcia, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2 – 33

From on or about September 23, 2008, through on or about September 24, 2008, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

ALEXIS VISCAINO CERVANTES,
ELIETEN MENDOZA ZALDIVAR,
REYNALDO CRESPO MARQUEZ,
MICHEL MADRIGAL LOPEZ,
BRAINER GOMEZ CRUZ,
HUMBERTO CARRAZANA,
and
ARLEY CEBALLO GONZALEZ,

did knowingly encourage and induce an alien, as set forth in Counts 2 through 33 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence is and will be in violation of law, with said conduct resulting in the death of Radilberto Quevedo Garcia:

| Count | Alien |
|---|---|
| 2 | Junior Garcia |
| 3 | Enrique H. Vivar Peña |

2

| Count | Alien |
|---|---|
| 4 | Alexei Hechevaria Perez |
| 5 | Victor Garcia Olano |
| 6 | Yosvany Jimenez Nuñez |
| 7 | Leonardo Avila Rodriguez |
| 8 | Rodin Hernandez Fernandez |
| 9 | Josue Rodriguez Torres |
| 10 | Jose J. Marin Pena |
| 11 | Mariel Leiva Santiesteban |
| 12 | Ismael Batista Dominguez |
| 13 | Elisnay Dominguez |
| 14 | Orlando Ortega Izquierdo |
| 15 | Yeiler L. Mesa Martinez |
| 16 | Pavel Perez Fernandez |
| 17 | Graciela Reyes Carralero |
| 18 | Dayamis Hechevaria Curvelo |
| 19 | Yoelbis Salazar |
| 20 | Yanislay Machado Leyva |
| 21 | Yanieska Velazquez Santiago |
| 22 | Ramiro Dominguez Perez |
| 23 | Lourdes D. Licea Lara |
| 24 | Yadima Latto Hernandez |
| 25 | Daymara Riveron Bello |

3

| Count | Alien |
|---|---|
| 26 | Maydelin Gonzalez Gonzalez |
| 27 | Giorvanys Polo Rodriguez |
| 28 | Enel Romero Camejo |
| 29 | Alexander Garcia Delgado |
| 30 | Radilberto Quevedo Garcia |
| 31 | E.R.P.E. (a minor) |
| 32 | E.D.P.E. (a minor) |
| 33 | D.A.P.V. (a minor) |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(iv), and Title 18, United States Code, Section 2.

## COUNT 34

On or about September 23, 2008, on a vessel of the United States and subject to the jurisdiction of the United States, with Monroe County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**ALEXIS VISCAINO CERVANTES,**

being the master, operator, and person in charge of such vessel did knowingly fail to obey an order by an authorized Federal law enforcement officer to heave to that vessel, in violation of Title 18, United States Code, Section 2237(a)(1).

## COUNT 35

On or about September 24, 2008, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

4

**ALEXIS VISCAINO CERVANTES,**

an alien, having departed the United States while an order of removal dated May 27, 2005, was outstanding, attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## CRIMINAL FORFEITURE

1. The allegations of Counts 1 through 33 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A), and the procedures set forth in Title 21, United States Code, Section 853 as incorporated by Title 18, United States Code, Section 982(b)(1).

2. Upon the conviction of any of the offenses alleged in Counts 1 through 33 of this Indictment, defendants **ALEXIS VISCAINO CERVANTES, ELIETEN MENDOZA ZALDIVAR, REYNALDO CRESPO MARQUEZ, MICHEL MADRIGAL LOPEZ, BRAINER GOMEZ CRUZ, HUMBERTO CARRAZANA, and ARLEY CEBALLO GONZALEZ** shall forfeit to the United States: (1) any property, real or personal, constituting or derived from or traceable to proceeds obtained directly or indirectly from the commission of the aforestated offenses; and (2) any property, real or personal, including any conveyance used or intended to be used to facilitate the commission of the aforesaid offenses.

3. The property subject to forfeiture includes but is not limited to: a 1987, thirty-three (33) foot Wellcraft Scarab Sport vessel, Florida registration number FL4438FR, a 1988, thirty-one (31) foot, Chris Craft vessel, Florida registration number FL9646HY, a 2008 25-foot Sea Fox vessel, Florida registration number FL0488RZ.

All pursuant to Title 18, United States Code, Section 982(a)(6)(A) and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

CRISTINA PEREZ SOTO
ASSISTANT UNITED STATES ATTORNEY

6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>ALEXIS VISCAINO CERVANTES, et al.,<br>    Defendants.<br>_____/ | CASE NO. ____08-10076-CR-KMM(s)____<br><br>**CERTIFICATE OF TRIAL ATTORNEY***<br><br>**Superseding Case Information:** |

**Court Division**: (Select One)

____ Miami   _x_ Key West
____ FTL     ____ WPB     ____ FTP

New Defendant(s)         Yes ____    No _x_
Number of New Defendants
Total number of counts                  __35__

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _Yes_
   List language and/or dialect    _Spanish_

4. This case will take    4-5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)
   I    0 to 5 days      _x_              Petty         ____
   II   6 to 10 days     ____             Minor         ____
   III  11 to 20 days    ____             Misdem.       ____
   IV   21 to 60 days    ____             Felony        _x_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)    _Yes_
   If yes:
   Judge: ____K. Michael Moore____                Case No. ___08-10076-CR-KMM___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    _Yes_
   If yes:
   Magistrate Case No.    _08-mj-3195-Snow_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    _September 26, 2008_
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    _x_ No

```
                              CRISTINA PEREZ SOTO
                              ASSISTANT UNITED STATES ATTORNEY
                              Court No. A5501166
```

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Name** <u>ALEXIS VISCAINO CERVANTES</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States Resulting in Death</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); & 1324(a)(1)(B)(iv)</u>

<u>* **Max. Penalty**:  Life imprisonment</u>

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv) & 1324(a)(1)(B)(iv)</u>

<u>* **Max. Penalty**:  Life imprisonment</u>

Count: 34

<u>Failure to Heave to</u>

<u>Title 18, United States Code, Section 2237(a)(1)</u>

<u>* **Max. Penalty**:  Five years' imprisonment</u>

Count: 35

<u>Reentry of Removed Alien</u>

<u>Title 8, United States Code, Section 1326(a)</u>

<u>* **Max. Penalty**:  Two years' imprisonment</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Name** <u>ELIETEN MENDOZA ZALDIVAR</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States Resulting in Death</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & 1324(a)(1)(B)(iv)</u>

\* **Max. Penalty**: Life imprisonment

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv) & 1324(a)(1)(B)(iv)</u>

\* **Max. Penalty**: Life imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendants' Name** <u>REYNALDO CRESPO MARQUEZ</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States Resulting in Death</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & 1324(a)(1)(B)(iv)</u>

**\* Max. Penalty**: Life imprisonment

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv) & 1324(a)(1)(B)(iv)</u>

**\* Max. Penalty**: Life imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants' Name** <u>MICHEL MADRIGAL LOPEZ</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States Resulting in Death</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); 1324(a)(1)(B)(iv)</u>

\* **Max. Penalty**: Life imprisonment

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv)</u>

\* **Max. Penalty**: Five years' imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants' Name** <u>BRAINER GOMEZ CRUZ</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States Resulting in Death</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); 1324(a)(1)(B)(iv)</u>

<u>* **Max. Penalty**:   Life imprisonment</u>

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv)</u>

<u>* **Max. Penalty**:   Five years' imprisonment</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendants' Name <u>HUMBERTO CARRAZANA</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States Resulting in Death</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & 1324(a)(1)(B)(iv)</u>

* **Max. Penalty**: Life imprisonment

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv) & 1324(a)(1)(B)(iv)</u>

* **Max. Penalty**: Life imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Name** <u>ARLEY CEBALLO GONZALEZ</u>

Case No: _____

Count: 1

<u>Conspiracy to Encourage and Induce Aliens to Enter the United States Resulting in Death</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); 1324(a)(1)(B)(iv)</u>

<u>\* **Max. Penalty**: Life imprisonment</u>

Counts: 2-33

<u>Encouraging and Inducing Aliens to Enter the United States</u>

<u>Title 8, United States Code, Section 1324(a)(1)(A)(iv) & 1324(a)(1)(B)(iv)</u>

<u>\* **Max. Penalty**: Life imprisonment</u>