UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10076-CR-MOORE(s)

UNITED STATES OF AMERICA

v.

REYNALDO CRESPO MARQUEZ,
BRAINER GOMEZ CRUZ,
HUMBERTO CARRAZANA, and
ARLEY CEBALLO GONZALEZ,

    Defendants.
_____/

GOVERNMENT'S AMENDED WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully states that the witnesses in its case-in-chief will be as follows:

1. Special Agent Gina Shockley, U.S. Immigration and Customs Enforcement
2. Special Agent Thomas Colman, U.S. Immigration and Customs Enforcement
3. Special Agent Kevin Kenny, U.S. Immigration and Customs Enforcement
4. Special Agent Pablo D. Milian, U.S. Immigration and Customs Enforcement
5. Special Agent Alexander Zarut, U.S. Immigration and Customs Enforcement
6. Special Agent Nick Economou, U.S. Immigration and Customs Enforcement
7. Special Agent C. Michael Hedrick, U.S. Immigration and Customs Enforcement
8. Special Agent Thomas Roberts, U.S. Immigration and Customs Enforcement
9. Officer Kathleen Wexler, U.S. Customs and Border Protection
10. Officer John Boza, U.S. Customs and Border Protection
11. Officer William Wolfe, U.S. Customs and Border Protection

12. Matthew J. Waldron, United States Coast Guard

13. Jason R. Stanko, United States Coast Guard

14. Anibal A. Martinez, United States Coast Guard

15. Roosevelt O. Broome III, United States Coast Guard

16. Kevin S. McKeever, United States Coast Guard

17. Jason M. Nelson, United States Coast Guard

18. Michael A. Nalli, United States Coast Guard

19. Anthony Jones, United States Coast Guard

20. Darren Navarra, United States Coast Guard

21. Mark Whyte, United States Coast Guard

22. Miguel Rodriguez, United States Coast Guard

23. Dayl Hoggard-Tataryn, United States Coast Guard

24. Dominick Ferrandino, United States Coast Guard

25. Thomas Lopez, Iridium Satellite, Inc.

26. William Abaunza, U.S. Customs and Border Protection

27. Josue Rodriguez Torres

28. Alexei Hechevarias

29. Junior Garcia

30. Ramiro Dominguez Perez

31. Dayamis Hechevarrias Curvelo

32. Shawn Hamby, United States Coast Guard

33. Santiago Parre, United States Coast Guard

34. Dr. Marlon Osbourne, Medical Examiner Department, Miami-Dade County

35. Linda C. Foster, Florida Department of Law Enforcement

36. Senior Enforcement Officer Marc E. Calixte, U.S. Customs and Border Protection

The United States respectfully requests leave to add witnesses as may be required during trial.

                Respectfully submitted,

                R. ALEXANDER ACOSTA
                UNITED STATES ATTORNEY

By: /s Cristina Pérez Soto
     A. CRISTINA PEREZ SOTO
     Assistant United States Attorney
     District Court No. A5501166
     99 N.E. 4th Street, 6th Floor
     Miami, Florida 33132-2111
     Tel: (305) 961-9122
     Fax: (305) 530-7976
     Cristina.Soto@usdoj.gov

By: s/ Russ Brown
     RUSS BROWN
     Special Assistant United States Attorney
     99 N.E. 4th Street, 6th Floor
     Miami, Florida 33132-2111
     Tel: (305) 961-9279
     Fax: (305) 530-7976
     Email: Russell.Brown2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on January 13, 2009.

                s/ Cristina Pérez Soto
                Cristina Pérez Soto
                Assistant United States Attorney