```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         KEY WEST DIVISION


 3


 4   UNITED STATES OF AMERICA,    )    CASE NO. 08-CR-10076-MOORE
                                  )
 5               PLAINTIFF,       )
             vs.                  )    TUESDAY, JANUARY 20th, 2009
 6                                )         KEY WEST, FLORIDA
     MICHEL MADRIGAL LOPEZ,       )            1:27 p.m.
 7   BRAINER GOMEZ CRUZ,          )
     HUMBERTO CARRAZANA           )
 8   ARLEY CEBALLO GONZALEZ,      )         Vol. 1 of 4
                                  )         Pages 1 - 122
 9               DEFENDANTS.      )


10


11                      TRANSCRIPT OF JURY TRIAL
                 BEFORE THE HONORABLE K. MICHAEL MOORE
12                    UNITED STATES DISTRICT JUDGE

13   APPEARANCES:
     For the Government:          A. Cristina Perez Soto, AUSA
14                                Thomas R. Brown, III, AUSA
                                  United States Attorney's Office
15                                99 NE 4 Street
                                  Miami, FL 33132
16                                (305)961-9122

17   For Defendant               Albert Zachary Levin, Esq.
     Michel Madrigal Lopez        261 NE 1 Street, 6th Floor
18                                Miami, FL  33132
                                  (305)372-0052
19
     For Defendant               Mario S. Cano, Esq.
20   Brainer Gomez Cruz           Law Offices of Mario S. Cano
                                  2121 Ponce de Leon Blvd, Ste. 950
21                                Coral Gables, FL  33134
                                  (305)442-2121
22
     For Defendant               Mauricio L. Aldazabal, Esq.
23   Humberto Carrazana           Gables International Plaza
                                  Ste. 1001
24                                2655 LeJeune Road
                                  Coral Gables, FL  33134
25                                (305)569-9566
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
 1   For Defendant           Philip R. Horowitz, Esq.
     Arley Ceballo Gonzalez   Two Datran Center
 2                           9130 South Dadeland Blvd.
                             Ste. 1910
 3                           Miami, FL  33156
                             (305)670-1915
 4
     Reported By:            Judith M. Shelton, CRR
 5                           Official United States Court Reporter
                             400 N. Miami Avenue, Room 8N09
 6                           Miami, FL  33128
                             (305)523-5294
 7                           judy_shelton@uscourts.gov

 8   SPANISH INTERPRETERS: MARGARITA LLOYD and MYRIAM FLINT

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

TUESDAY, JANUARY 20th, 2009

1          THE COURT:  This is the United States of America v.

2  Brainer Gomez Cruz, Humberto Carrazana, Arley Ceballo

3  Gonzalez, and Michel Madrigal Lopez.

4          MS. PEREZ SOTO:  Good afternoon, Your Honor.  With me

5  is Assistant U.S. Attorney, Russ Brown; and Special Agent Gina

6  Shockley of Immigration and Customs Enforcement, was our case

7  agent.

8          MR. CANO:  Your Honor, good afternoon.  Mario Cano on

9  behalf of Brainer Gomez Cruz.  He is present.

10          MR. LEVIN:  Your Honor, Albert Levin for Michel

11  Lopez.

12          MR. ALDAZABAL:  Good afternoon, Your Honor.  Mauricio

13  Aldazabal on behalf of Mr. Humberto Carrazana.  He is present

14  in the courtroom.

15          MR. HOROWITZ:  Good afternoon, Your Honor.  Phil

16  Horowitz on behalf of Arley Ceballo, who is present before the

17  Court.

18          MR. CANO:  Would Your Honor wish us to sit in the

19  remaining order of the indictment?

20          THE COURT:  Well, hold on.  Yeah, we can do something

21  like that, but let me make sure I've got this nailed down now.

22  I have a Michael(sic) Madrigal Lopez for Mr. Levin, and you're

23  referring to him as Michel?

24          MR. LEVIN:  His name is, in fact, Michel.  I believe

25  it's spelled M-I-C-H-E-L.

TUESDAY, JANUARY 20th, 2009

1           THE COURT:  And the other issue here is -- in the

2   Government's amended witness list, I don't have him listed as

3   a defendant, so I'm adding him on there.  And I do have a

4   Reynaldo Crespo Marquez, which should not be on there.

5           MS. PEREZ SOTO:  Correct, Your honor.  At this time,

6   I didn't know that Mr. Levin was going to be here, gracing us

7   with his presence, so I had taken him out and Mr. Crespo had

8   not yet decided his plea.  So, that's the error and I

9   apologize.

10          THE COURT:  Has not yet decided?

11          MS. PEREZ SOTO:  He has, Your Honor.

12          THE COURT:  So we have four defendants.  I will just

13   delete Marquez from the witness list and add Lopez.

14          Next thing is, we -- are we ready to go to trial?

15          MR. LEVIN:  Judge, on behalf of Mr. Lopez, I am not

16   ready to go to trial.

17          This Court held a calender call on January 8, at

18   which time the Court severed my client from the proceedings as

19   a result of my anticipated unavailability with regard to the

20   United States versus Narseal Batiste, et al., commonly

21   referred to as the Liberty City Seven case pending before

22   Judge Lenard.

23          We were supposed to have started that case, actually,

24   January the 5th.  Judge Lenard had been in a trial, carried it

25   to the next week.  Carried it to the next week.  Friday, which

TUESDAY, JANUARY 20th, 2009

```
1   would have been the 16th of January, at approximately 12:20, I
2   received an email from her chambers, advising that the case is
3   now scheduled to commence next Tuesday, the 27th of January.
4         At which point, your chambers had initially called my
5   office, my secretary advised your office that my trial has
6   been carried.  I, within minutes thereafter, I was going to
7   call and tell you that anyway.  I was hoping that I was going
8   to get, I guess, more sympathy, if you will, from the Court.
9         And the point being that I kind of put this file to
10  the side back on January the 8th.  I have defense witnesses
11  who I have not placed under subpoena.  I received 404(b)
12  notice that's very damaging, if the Court were to allow it in,
13  as it pertains to my client.  My client has discussed
14  witnesses that would come in and controvert their evidence
15  with regard to that 404(b).
16        I have not placed them under subpoena due to the
17  timing factor.
18        Additionally, I have an expert witness, and frankly,
19  may not have fully complied with the rules with regard to
20  disclosure because, again, I wasn't anticipating being in
21  trial today with the Government.  His name is Omar Johansson.
22  He happens to be a lawyer, the Court may be familiar with.  He
23  is out of Ft. Lauderdale.  He's actually got the credentials
24  to be a maritime expert.  He is in trial in front of Judge
25  Locke starting today, although he advises me that they don't
```

1  work Fridays.  So, he could be, probably, available for

2  Friday.

3       But my real concern is the witnesses that my client

4  has advised me of were not under subpoena.  Obviously, I'm

5  going to assert my best efforts to get them here, but frankly,

6  given the circumstances, I'm just asking, for record purposes,

7  I'm asking for a continuance.

8       THE COURT:  Okay.  Well, let's go over some of the

9  points that you raised.

10      You expected a little more sympathy, I think, is the

11  way you characterized it.  And I just want you to know that I

12  have tremendous sympathy; okay?

13      MR. LEVIN:  I apologize.  I know the Court does.

14      THE COURT:  That doesn't mean you get your motion

15  granted.

16      MR. LEVIN:  I understand.

17      THE COURT:  You have my sympathy.

18      The next point is, you mentioned that you have a

19  witness up in front of Judge Locke, and they don't work on

20  Friday.  I don't know about your witness, but I'm sure that if

21  they don't hold trial on Friday, that Judge Locke is,

22  nevertheless, working, even if he's not in trial.

23      Now, with respect to your 404(b), I think that issue

24  has been -- I think it's the same 404(b) issue that the other

25  defendants have raised.  I think there's been a hearing on

TUESDAY, JANUARY 20th, 2009

1  that.  Is that the same 404(b)?

2        MS. PEREZ SOTO:  Yes, it is, Your Honor.

3        MR. LEVIN:  Judge -- go ahead, I'm sorry.

4        THE COURT:  And I think I entered an order, somebody

5  made an objection to the introduction of the 404(b), I looked

6  at the report and recommendation on that.  I believe I entered

7  an order recharacterizing the objection as an appeal of the

8  magistrate's ruling, and denying it without prejudice, subject

9  to be renewed at the time of trial.

10       So, we'll see where we go on that.

11       And lastly, more to the heart of your objection, we

12  may have a slight misunderstanding, or you may have a

13  misunderstanding about what we had agreed to at the time of

14  the calender call.

15       My recollection or understanding of it was that if

16  you could not be with us, because you had a prior commitment

17  to try, in front of an earlier, scheduled trial, in front of

18  another judge, that we were going to honor that commitment and

19  we had to sever you out.  I believe it was over the

20  Government's strenuous objections because of the imposition it

21  was going to put on the Government, in terms of bringing in

22  out-of-district witnesses and the costs associated with that,

23  as well as the inconvenience.

24       But, I don't think we ever let you off the hook.  We

25  just said that if you can't be with us because you have to be

1  somewhere else, then we would honor.  The converse of that is,

2  if you were not going to be in that trial, then you were going

3  to be with us.

4       And my recollection is that this case was indicted

5  some time ago, and the first calender call that was -- that we

6  had on the case, when we heard a lot of conflicts there, and

7  granted a continuance at that time, that we asked everyone,

8  give us a date when you all are available.  And I'm just going

9  by recollection.

10       MR. LEVIN:  I understand.

11       THE COURT:  The transcript will bear out whether what

12  I'm saying is accurate or how accurate it is.  So, all of you

13  gave me the date.  And when you gave me that date, we

14  understood that the one conflict that we might have was yours.

15  And that if it fully realized itself, then we would take it up

16  at that time.

17       So, I don't think by any stretch of the imagination

18  was I saying you're not going to be here or not expected to be

19  here with us on this day, unless you were committed to another

20  judge and another court because of an earlier scheduled case.

21  And fortunately for, it seems to me, all of us, that hasn't

22  happened, and so we are happy to have you with us for the

23  next, as I understand, approximately a three-day trial.  So, I

24  would hope that that would have given you sufficient time to

25  do whatever you need to do.

TUESDAY, JANUARY 20th, 2009

```
 1          I note that there's, there are at least three other
 2  defendants, assisted by some of the most ablest criminal
 3  defense attorneys in the district, and so, I'm sure.
 4          MR. LEVIN:  Does that include Mr. Horowitz?
 5          THE COURT:  Especially Mr. Horowitz.  He's a frequent
 6  defender.  If we had had a point system, he would be earning a
 7  lot of points.  But I think, given the nature of the
 8  allegations and the time that we have had, and the similarity
 9  of conduct as to all the arraigned defendants, I think you can
10  ably prepare yourself.  Today is Tuesday and you found out
11  about this, I guess you're saying on last Thursday or Friday?
12          MR. LEVIN:  Friday, yeah, Friday.
13          THE COURT:  I know you have probably been working
14  hard for the past three days to get prepared.
15          MR. LEVIN:  Except for Sunday.
16          THE COURT:  Saturday, Sunday, Monday.
17          MR. LEVIN:  Yeah.  AFC.  NFC.  All right, I
18  understand, Your Honor.
19          THE COURT:  I know you had to make a record and I
20  think it's appropriate that we at least flush out that record.
21  I don't know if the Government wants to throw in their two
22  cents?
23          MS. PEREZ SOTO:  Your Honor, only to, as to the
24  subpoenas that have yet to be issued, that 440 was announced
25  on, or about, October 24.  He has had the materials for
```

TUESDAY, JANUARY 20th, 2009

1   months, and he knew that this trial was set for January 21st,

2   on or about January 13 of last year.

3           THE COURT:  It's 20 minutes to 2:00.  We set this to

4   begin at 1:30, and because of this morning's proceedings,

5   that's spilled over to the afternoon.

6           We are a little bit behind schedule.  And I note that

7   the court reporter has not had an opportunity to have any more

8   of a break than five minutes, so she hasn't had a chance to

9   eat.  And the interpreters, as well.  So, I would like to, I

10  guess, get some advise as to how we ought to proceed.

11          The jury is out there, they are waiting to be

12  selected.  And those who are not selected, I'm sure are

13  waiting to just to go back to their other duties or business

14  or lives.

15          What do you think your best way to go is?  Any

16  suggestions?

17          Have you all had an opportunity to eat?

18          MR. ALDAZABAL:  Lunch would be a good way to begin,

19  Your Honor.

20          THE COURT:  How much time do you need for lunch?

21          MR. ALDAZABAL:  I will speak for myself.

22  Half-an-hour is plenty for me, but I don't know about some of

23  these other gentlemen have bigger appetites.

24          MR. CANO:  He's so kind.  I think by 2:15 to 2:30

25  would be fine.

TUESDAY, JANUARY 20th, 2009

1          THE COURT:  Okay, so 2:15, and we'll just tell the

2     jury we'll try to get started at 2:15.  Can we tell them that?

3     And I'll apologize to them when they come in.  We will recess

4     until 2:15.

5          MR. LEVIN:  There may be some preliminary matters

6     prior to jury selection.

7          THE COURT:  Let's -- okay, tell the jury to go until

8     2:30.  Okay.

9          All right.  You had some preliminary?

10          MR. LEVIN:  First of all, I think we need to arraign

11     our clients on a superseding indictment.  Would that be

12     correct?

13          MS. PEREZ SOTO:  Yes, that would be correct.

14          MR. LEVIN:  Your Honor, may we proceed?

15          THE COURT:  Well, we need them present, though, don't

16     we?

17          MR. LEVIN:  The clients are sitting in the front row.

18          THE COURT:  Have them come up and join you, then.

19     Mr. Cruz, Mr. Carrazana, Mr. Gonzalez, Mr. Lopez are all

20     present?  Okay.  And they are using the services of an

21     interpreter?

22          MR. LEVIN:  Yes, your Honor.

23          THE INTERPRETER:  Off the record?

24       (Pause.)

25          THE COURT:  All right.  Can we have each of the

```
 1   defendants stand and raise their right hand?
 2                   MICHEL MADRIGAL LOPEZ,
 3                    BRAINER GOMEZ CRUZ,
 4                    HUMBERTO CARRAZANA,
 5                  ARLEY CEBALLO GONZALEZ,
 6       having been first duly sworn, testified as follows:
 7            THE COURT:  I want to just get their names on the
 8   record.  I didn't hear any responses.
 9            DEFENDANT MADRIGAL:  Yes.
10            DEFENDANT GOMEZ:  Yes.
11            DEFENDANT CARRAZANA:  Yes.
12            THE COURT:  That's three.
13            DEFENDANT CEBALLO:  Yes.
14            THE COURT:  Okay.  And can you please give us your
15   name?
16            DEFENDANT GOMEZ:  Brainer Gomez Cruz.
17            DEFENDANT MADRIGAL:  Michel Lopez Madrigal.
18            DEFENDANT CARRAZANA:  Humberto Carrazana.
19            DEFENDANT CEBALLO:  Arley Ceballo.
20            THE COURT:  And have each of you been provided with a
21   copy of the superseding indictment?
22            DEFENDANT MADRIGAL:  Yes.
23            DEFENDANT GOMEZ:  Yes.
24            DEFENDANT CARRAZANA:  Yes.
25            DEFENDANT CEBALLO:  Yes.
```

TUESDAY, JANUARY 20th, 2009

```
 1              THE COURT:  Okay.  And Counsel, do your clients wish
 2   to have the superseding indictment read to them?
 3              MR. CANO:  Mr. Gomez Cruz will waive the reading.
 4              MR. LEVIN:  Same as to Mr. Lopez.
 5              MR. ALDAZABAL:  Mr. Carrazana will waive formal
 6   reading of the indictment, Your Honor.
 7              MR. HEALY:  Mr. Ceballo Gonzalez will waive as well.
 8              THE COURT:  And are they each prepared to enter a
 9   plea to the superseding indictment, and if so, what is their
10   plea?
11              MR. CANO:  Mr. Gomez Cruz would enter a plea of not
12   guilty to Counts 1 through 33, inclusive.  He's not included
13   in Counts 34, nor 35.
14              MR. LEVIN:  Mr. Lopez enters a plea of not guilty
15   with regards to the counts that he's charged in the second
16   superseding, to the superseding of that.
17              MR. ALDAZABAL:  Your Honor, Mr. Humberto Carrazana
18   would enter a plea of not guilty to the counts of -- he's
19   charged with, and the superseding of that.
20              MR. HEALY:  Mr. Ceballo Gonzalez would enter a plea
21   of not guilty to the superseding indictment, Your Honor.
22              THE COURT:  Does that take care of the arraignment?
23   And what's next on the...
24              MR. LEVIN:  Your Honor, over the weekend, we
25   received, we, meaning the defense team, received some phone
```

TUESDAY, JANUARY 20th, 2009

1   records from the Government, which, I could be wrong, may have

2   previously been provided to us, although I don't believe they

3   were.

4        This discovery is late.  We will not have had any

5   opportunity, whatsoever, to investigate these calls, which I

6   understand are fairly significant with regard to their proof.

7   Consequently, I would move to strike discovery as late.

8        THE COURT:  Any response from the Government?

9        MS. PEREZ SOTO:  Your Honor, it is late.  It is the

10  satellite phone from the Scarab, and we would not be seeking

11  to introduce it at the trial because it is this late.  We

12  happened upon them preparing for trial.  We got a cell site

13  order from Judge Snow.  We received them pursuant to that

14  order.  We are not going to be making use of them.

15       The ones that were previously produced, we are going

16  to be making use of, which are the satellite phones that were

17  found in the Sea Fox and the Chris Craft, which were produced

18  a long time ago.  And have different production numbers.  But

19  we will be introducing those two sat phone records.  These are

20  different. This phone was never found.

21       THE COURT:  Well, let's do this.  They have indicated

22  that they are not going to use this evidence.  But I would be

23  more particular.  I think what we ought to say is that they

24  will not be using them on their case in chief.  So, in the

25  event that something is raised on the defense case that

1  warrants introduction of rebuttal evidence, in that case, I

2  think the timeliness of it may drop, and it may become

3  appropriate at that point.

4        So, we won't hold them to their unqualified.

5        MS. PEREZ SOTO:  Thank you, very much, Your Honor.

6  And I will say, for purposes of further clarification, this

7  phone number appears on the discovery that we are going to

8  use.  What we will not use is, in our case in chief, the

9  particular satellite call sheets for the number.  So the

10  number will be used throughout the trial.

11        THE COURT:  What's next?

12        MS. PEREZ SOTO:  The Government would demand,

13  pursuant to my request to Mr. Levin on Friday, that if he is

14  going to use an expert, he comply to discovery rules, and

15  provide us with a report as soon as such report can be made

16  available to the Government, Your Honor.

17        THE COURT:  Just to try to avoid some problems down

18  the road, are you planning on trying -- how long do you

19  anticipate the case lasting?

20        MS. PEREZ SOTO:  Through Friday, Your Honor.  Still

21  trying to get some stipulations that may shorten the length of

22  the case.

23        THE COURT:  So, with that in mind, are you going to

24  try and call an expert witness?  Is there anything you can

25  kind of tell them, put them on notice so that they don't claim

TUESDAY, JANUARY 20th, 2009

1    surprise?

2         MR. LEVIN:  Yes, I'll discuss with Counsel, opposing

3    Counsel, the essence of this gentleman's testimony, and try to

4    actually, maybe even allow them to interview him

5    telephonically.

6         THE COURT:  All right.  Okay.  What else?

7         MR. HOROWITZ:  Two things, Your Honor, if I may?  On

8    behalf of Mr. Ceballo Gonzalez, we would like to invoke the

9    rule.

10         THE COURT:  Any witnesses in the courtroom have to

11    remain outside until such time as they are called, with the

12    exception of the case agent.

13         MR. HOROWITZ:  And secondly, Your Honor, I understand

14    the rulings, and the 404(b) has been heavily litigated, and

15    Magistrate Judge Simonton has allowed me to renew my

16    objections.  It's basically been denied without prejudice.

17    Will the Government be mentioning the 404(b) in their opening,

18    or will the Court prohibit them from doing so?

19         THE COURT:  You always manage to shed light on these

20    issues.  What does the Government say?

21         MS. PEREZ SOTO:  Yes, Your Honor, I was hoping to.

22         THE COURT:  Well, I would refrain.  One, it will

23    shorten the opening.

24         And two, we don't know what the ruling is.  So,

25    let's, although... Don't hold out much hope beyond that,

```
 1   though.
 2          MR. HOROWITZ:  Take them as I can get them, Your
 3   Honor.
 4          THE COURT:  What else?
 5          So we'll see you back here at 2:30.
 6          MS. PEREZ SOTO:  Thank you, Your Honor.
 7          THE COURT:  Thank you.
 8       (Lunch recess taken from 1:57 p.m. to 2:32 p.m.)
 9          THE COURT:  All right, are we ready to seat the jury?
10          MS. PEREZ SOTO:  Your Honor, I think we are missing a
11   defense attorney.
12          THE COURT:  Please be seated, everyone.
13       (Jury enters the courtroom at 2:33p.m.)
14                      JURY VOIR DIRE
15          THE COURT:  Good afternoon, ladies and gentlemen.  My
16   name is Michael Moore.  I'm the judge on the next case that
17   we're about to begin.  And I want to start off first by
18   welcoming all of you to the United States District Court for
19   the Southern District of Florida.  We appreciate your being
20   here.
21          And also, let me apologize for getting started a
22   little bit more than an hour late.  We had summoned everyone
23   for 1:30 this afternoon, and because of some hearings that we
24   had earlier this morning that spilled over into the afternoon,
25   it sort of delayed our afternoon session.  So I appreciate
```

1  your understanding and patience.

2         But as I say, we certainly welcome all of you here.

3  We are about to start a new trial.  One of the first things we

4  need to do is select a jury for the case, which is why all of

5  you have been summoned.  If you are selected, all well and

6  good.  I hope that you will find your jury service to be an

7  interesting and educational experience.  If you're not

8  selected, still, we thank you for your attendance.

9         There are more of you than what we will need for the

10  case, so some of you will be seated, some of you will be

11  excused.  We are going to ask you a series of questions, and

12  based on your responses to those questions, you may be more or

13  less qualified for jury service in this particular case.

14         The purpose behind the questioning is not to invade

15  your privacy or ask you any questions that are personal in

16  nature or too personal, but simply to try to select a jury

17  that comes to this case with an open mind; that you haven't

18  already made up your mind for one side or the other; don't

19  have any particular biases or prejudices for one side or the

20  other.

21         Two, that you will listen to the evidence and base

22  your verdict solely on the evidence that you hear in this

23  courtroom and not on some other consideration.

24         And three, that you will follow the Court's

25  instructions as to what the law is that's applicable to this

1    case.

2         If you can do those three things, and you can keep an

3    open mind, base your verdict on the evidence, follow the

4    Court's instruction as to what the law is, you are otherwise

5    well qualified for jury service.  If you can't, for any

6    reason, indicate that to us, and you will be excused and you

7    will be called for jury service on another case at another

8    time.  But that's what we are shooting for.

9         As I said, I hope, if you are selected, you will find

10   jury service to be an interesting and educational case.  You

11   have been -- when the summons go out, they are generally for a

12   two-week period.  But for -- you should know that this trial

13   is not anticipated to last that long, and the lawyers tell me

14   it should be finished before the end of the week.

15        So, hopefully you will have made arrangements to be

16   with us for that period of time.  We try to get started 8:30

17   or 9:00 in the morning.  And we conclude around 5:00 in the

18   afternoon.

19        So, we'll take a recess around the noontime for about

20   an hour for lunch, and we'll have two 10-minute recesses

21   mid-morning and mid-afternoon.  But if you need to take a

22   break for whatever reason other than those times, indicate

23   that to me, and we'll certainly accommodate you in that

24   regard.  Try to make your jury service as pleasant an

25   experience as possible.

TUESDAY, JANUARY 20th, 2009

```
1          The lawyers -- this is a criminal case that comes to
2    you by way of what is known as an indictment.  An indictment
3    is not evidence of any kind, cannot be considered by the jury
4    as evidence of any kind.  It is simply the written document in
5    which the Government alleges that an individual, or
6    individuals, have committed one or more violations of federal
7    law.
8          When the Government makes that allegation or files an
9    indictment charging someone, or persons, with violation of
10   federal law, the Government assumes the burden of proving what
11   it has alleged.  A defendant, or defendants, have no burden to
12   disprove those allegations.  The burden remains with the
13   Government throughout the trial.
14         In the criminal case, the burden is on the Government
15   to prove what it has alleged beyond a reasonable doubt.
16   That's the standard of proof that's applicable to criminal
17   cases.  For those of you who may have sat on civil cases, you
18   may have heard or recalled the instruction that the judge gave
19   to you as to the burden of proof as proof by the preponderance
20   of the evidence.  It's a lower burden of proof.  So if you
21   have sat on a civil jury before, throw that burden of proof
22   out of your mind, and apply the higher burden of proof that's
23   applicable in criminal cases, that is, proof beyond a
24   reasonable doubt.
25         If the Government fails to meet that burden as to any
```

TUESDAY, JANUARY 20th, 2009

1   one of the allegations that it has made, then you must acquit

2   a defendant of that allegation.

3          With that in mind, let me have the parties to the

4   case introduce themselves, and anyone who is seated with them

5   at counsel table.  We'll start first with Government counsel.

6          MS. PEREZ SOTO:  Good afternoon, everyone.  My name

7   is Cristina Perez Soto, I am an assistant United States

8   attorney in the Southern District of Florida.

9          MR. BROWN:  Good morning everybody.  I'm Special

10  Assistant United States Attorney Russ Brown.

11         MS. PEREZ SOTO:  And with us at the table is Special

12  Agent Gina Shockley.

13         THE COURT:  Thank you.  And for the defense.

14         MR. LEVIN:  May it please the Court?  Good afternoon,

15  ladies and gentlemen.  My name is Albert Levin.  I'm a lawyer.

16  I've been appointed by the court to represent my client in

17  this case, who is Michel Lopez.  Michel, stand up.  Thank you.

18         MR. CANO:  Ladies and gentlemen, good afternoon.  My

19  name is Mario Cano.  I've been court-appointed to represent

20  this young man, Brainer Gomez Cruz.

21         THE COURT:  Thank you.

22         MR. ALDAZABAL:  May it please the court, ladies and

23  gentlemen.  My name is Mauricio Aldazabal, and I've also been

24  appointed to represent Mr. Humberto Carrazana, who is seated

25  beside me.

1        MR. HOROWITZ:  Good afternoon, ladies and gentlemen.

2   My name is Phil Horowitz, and I have also been appointed by

3   the Court, and it is my honor and privilege to represent the

4   gentleman to my left, Arley Ceballo Gonzalez.

5        THE COURT:  Thank you.

6        Okay.  Now, folks, when you were brought into the

7   courtroom, you were brought in -- all of you have been

8   randomly selected up until this point.  You were brought to

9   the courtroom in a particular order, and you have been seated

10  in that order.  And the reason for that is so that the lawyers

11  can keep track of your responses, so when it comes time to

12  seeing you, or seating you, they can identify who you are, or

13  try to make intelligent decisions based on your responses.

14       For our purposes, Ann Marie Riger is in the bottom

15  row of the jury box, in the seat closest to me.  And I would

16  ask that you respond in the order which you were brought into

17  the courtroom, so that we don't lose our place.  Starting with

18  Ms. Riger, and we will go down the first row and the bottom

19  row of the jury box, and then we will start with the lady in

20  the back row of the jury box, and work our way across.

21       And then we will start with the gentleman who is

22  closest to the wall in the first row, in the back, and go

23  across to that aisle, and start with the gentleman closest to

24  the wall on the second row, and work our way across the aisle,

25  and so on, and so forth, starting with the wall and working

TUESDAY, JANUARY 20th, 2009

1   our way across to each aisle.

2           I know lawyers appreciate that so they can keep track

3   of who is saying what.

4           If you do have a response, I ask that you indicate

5   that by raising your hand, and then we will take you up in the

6   order who raised their hand.  And when you do give your

7   response, I would ask that you stand.  This is a large room,

8   we all want to hear what you have to say and your voice

9   carries better when you stand, project your voice better.  We

10  do want to get down accurately what your responses are.

11          And also, when you start your response and complete a

12  start, each time you have a response, by identifying yourself

13  by your name.  The court reporter is in front of me, and the

14  only way for the court reporter to identify who is speaking is

15  if you identify yourself by your name each time you give a

16  response.

17          And don't worry about all these instructions.  If you

18  forget any of them, I'll remind you so we can try to keep on

19  track here.

20          I'm going to read the -- I'm not going to read the

21  indictment to you in its entirety, but I want to give you a

22  little sense about what the case is about.  The parties to the

23  case have introduced themselves.

24          In the indictment it alleges that from on or about

25  September 23rd, 2008, through on or about September 24,

1  2008, upon the high seas, and out of the jurisdiction of any

2  particular state or district, with Monroe County in the

3  Southern District of Florida being the district to which the

4  offender were first brought, the defendants and others are

5  alleged to have knowingly conspired, confederated and agreed

6  with each other to commit an offense against the United

7  States.  That is, to encourage and induce an alien to come to,

8  enter, and reside in the United States, knowing and in

9  reckless disregard of the fact that entry, that such coming

10 to, entry, and residence is and will be in violation of law,

11 with said conduct resulting in the death of Radilberto Quevedo

12 Garcia, in violation of Title 8, United States Code, Section

13 1324.

14         That is the first count in the indictment.

15 Essentially what is referred to as a conspiracy count or an

16 agreement count.

17         Counts 2 through 33 charge each of the defendants

18 with, on the same timeframe, September 23rd and September

19 24th, 2008, upon the high seas, with Monroe County being the

20 first district which defendants were brought, the defendants

21 knowingly encouraging and inducing an alien as set forth in

22 Counts 2 through 33 below, to come to, enter, and reside in

23 the United States knowing, and in a reckless disregard of the

24 fact that such coming to, entry, and residence is and will be

25 in violation of law, with such conduct resulting in the death

TUESDAY, JANUARY 20th, 2009

1   of Radilberto Quevedo Garcia.

2           So these counts, 2 through 33, as to each defendant,

3   allege what is referred to as a substantive count, as opposed

4   to conspiracy count, set fourth in Count 1.  A substantive

5   count with respect to the 32 particular aliens that the

6   Government alleges were brought into the -- or brought into

7   the United States illegally.  And the names are set fourth

8   individually in the indictment.

9           Count 34 -- let's see.  That is not applicable in

10  this case.

11          MR. ALDAZABAL:  No, Your Honor.

12          THE COURT:  That's it.  Okay.  So you have 33 counts.

13  One is a conspiracy count, the other counts are substantive

14  counts, attempting to or inducing aliens to come to the United

15  States, or having conspired to do so, in violation of U.S.

16  law.

17          Again, I repeat and remind you, and emphasize that

18  those are allegations.  It's not evidence of any kind.  Cannot

19  be considered by the jury as evidence of any kind.

20          The Government has the burden of proving each of

21  those 33 allegations beyond a reasonable doubt, and failing to

22  do so, you must acquit that defendant on that allegation.

23          The defendant has no burden to disprove those

24  allegations.  And you have not heard any evidence in the case.

25  And as the defendants sit before you in this trial, as in any

TUESDAY, JANUARY 20th, 2009

1  criminal case, at this stage of the trial, they are presumed

2  by law to be innocent of those allegations.

3      Okay.  Next, if you would all please stand and raise

4  your right hand, we will have you sworn in as perspective

5  jurors.

6      COURTROOM DEPUTY:  Do you and each of you solemnly

7  swear that you will well and truly answer all questions

8  propounded to you, touching upon your qualifications to serve

9  as a juror in the case about to be tried?

10      All PROSPECTIVE JURORS:  I do.

11      COURTROOM DEPUTY:  Thank you.  You may be seated.

12      THE COURT:  My first question to you is, I mentioned,

13  and the parties introduced themselves, the lawyers, and the

14  defendants and the agent on the case.  Does anybody know, any

15  juror, or prospective juror, know any of the parties who have

16  just introduced themselves, or anyone who is seated at the

17  counsel table?  If you do, please raise your hand.

18      I don't see any hands go up.  Okay.

19      I read, or summarized, I should say, the allegations

20  in the indictment.  You will be give a copy of the indictment

21  during the course of your deliberations, but essentially

22  summarized what the allegations were.  Does anybody, has

23  anybody heard anything about this case, read anything about

24  this case; anything on TV, radio, newspaper, friends or

25  acquaintances?  Does anybody come into this courtroom with any

TUESDAY, JANUARY 20th, 2009

```
1   prior knowledge about the case from any source?
2           I'm not suggesting that you would or should have, but
3   if you have, please raise your hand.  Yes, sir?
4           Please stand and give us your name.
5           PROSPECTIVE JUROR:  Frederick Anderson.  Is the one
6   with the fast boat?  I don't know if that was...
7           THE COURT:  Does anybody, can any lawyer help out?
8   Is this, did you --
9           PROSPECTIVE JUROR:  Was it on the news about a year
10  ago?
11          THE COURT:  Well, the allegations are September of
12  2008.
13          PROSPECTIVE JUROR:  Sounds about the right time.
14          THE COURT:  You saw something on the news?
15          PROSPECTIVE JUROR:  I don't know if it's this case or
16  not, but, yeah.
17          THE COURT:  And neither do I.  But the fact that you
18  might have heard something about this case, or some other
19  case, but do you think it would effect, in any way, your
20  ability to be a fair and impartial juror in this case?
21          PROSPECTIVE JUROR:  Yes.
22          THE COURT:  It would effect you, or it would not?
23          PROSPECTIVE JUROR:  I'm not sure.
24          THE COURT:  Well, let me rephrase it, then.  If you
25  were the prosecuting attorney, or one of the defense
```

TUESDAY, JANUARY 20th, 2009

1  attorneys, would you hesitate to seat you as a juror in the

2  case, knowing your frame of mind?

3       PROSPECTIVE JUROR:  Yes, sir.

4       THE COURT:  Okay, I appreciate your candor.  You said

5  it was Mr. Anderson?

6       PROSPECTIVE JUROR:  Yes, sir.

7       THE COURT:  Thank you, Mr. Anderson.

8       Anybody else?  No hands raised.  Okay.

9       Have any of you ever served as jurors before, in

10 either a civil or a criminal case?  In either the state or the

11 federal courts?  If you have, please raise your hand.

12      Okay, I see several hands go up.  So we'll go in the

13 order in which you raised your hands, and the order which you

14 are seated.  We are down the first row here, Juror Number 5, I

15 believe it is.  That's Ms. Myra Hernandez.

16      PROSPECTIVE JUROR:  It was Monroe County, and I have

17 come here to serve before, but I haven't actually sat and been

18 selected through full trial.

19      THE COURT:  Was that a federal court, or state court?

20      PROSPECTIVE JUROR:  The one I served on before was

21 county, for the full trial.

22      THE COURT:  Those of you who raised your hand, my

23 follow-up questions to you are:  When was it; where was it, in

24 state or federal court; was it a civil or a criminal case; and

25 did you reach a verdict?  We don't need to know what the

1   verdict was, but if you reached a verdict.

2            PROSPECTIVE JUROR:  It was civil.  We reached a

3   verdict, and it was probably ten years or longer ago.

4            THE COURT:  It was in state court.  I'll say it one

5   more time, and then hopefully that will have sunk in.  You sat

6   on a civil case; this is a criminal case.  There was a

7   different burden of proof in the civil case.  It was a lower

8   burden of proof, proof by preponderance of the evidence.

9            It's important for you to put that out of your mind,

10  and apply the correct burden that's applicable to this case,

11  and that is proof beyond a reasonable doubt.  Thank you.

12           Anybody else in the first row?  How about the back

13  row?  Let's try to go in the order in which you are seated.

14  These are our rules of the road.

15           PROSPECTIVE JUROR:  Sorry.  Betty Solley.  And it was

16  in 2001.  I served on a state case, a civil case.  And we did

17  come to a verdict.

18           And also in 2003 -- I think it was 3 or 4 -- I served

19  on a U.S. federal case, and we came to a verdict, also.

20           THE COURT:  That's right here in this courtroom?

21           PROSPECTIVE JUROR:  Not in this -- didn't seem like

22  it was this one, but it could have been.

23           THE COURT:  Okay.  All right.  And you reached a

24  verdict in that case, too?

25           PROSPECTIVE JUROR:  Yes.

TUESDAY, JANUARY 20th, 2009

1           MR. LEVIN:  Judge, respectfully, was that a civil or
2   criminal?
3           PROSPECTIVE JUROR:  One criminal, and one civil.
4           THE COURT:  The civil was the state case.
5           MR. LEVIN:  Got it.  Thank you.
6           PROSPECTIVE JUROR:  My name is Sally Cherry.  I
7   served on a county jury duty, in Oakland County, in Michigan,
8   probably 15 or 20 years ago.  One was a slip and fall, and the
9   other was a malpractice.
10          THE COURT:  Did you reach verdicts in both of those
11  cases?
12          PROSPECTIVE JUROR:  Yes.
13          THE COURT:  They were both civil cases?
14          PROSPECTIVE JUROR:  Yes.
15          THE COURT:  All right, thank you.
16          PROSPECTIVE JUROR:  My name is Jason Richards.  I
17  served on a civil, and a criminal, here at Key West.  One was
18  a DUI case, reached a verdict.  The other one, they settled
19  when we got back from lunch.
20          THE COURT:  They were both civil, they were civil
21  cases?
22          PROSPECTIVE JUROR:  Civil and a criminal.
23          THE COURT:  Okay.  And you reached verdicts in one of
24  them, and then --
25          PROSPECTIVE JUROR:  DUI case.

```
 1              THE COURT:  Thank you.  When was that?
 2              PROSPECTIVE JUROR:  Probably around 10 years ago.
 3              THE COURT:  Okay.
 4              PROSPECTIVE JUROR:  Holly Hopkins.  In 2002 to 2003,
 5    I served on a federal grand jury.
 6              THE COURT:  Okay.  And that was down here in Monroe
 7    County?
 8              PROSPECTIVE JUROR:  Yes, sir.
 9              THE COURT:  Well, that's a little bit of a different
10    burden of proof, and I'm sure that you know that after having
11    served on a grand jury.  The burden there was by probable
12    cause for you to render any kind of a decision.  That's a
13    lower burden of proof.  And, yeah, I think the cause of that
14    is important to emphasize, that this is a criminal case.  So
15    keep that in mind.
16              PROSPECTIVE JUROR:  Yes, sir.
17              THE COURT:  Okay.
18              PROSPECTIVE JUROR:  My name is Rita Rivenbark.  And I
19    have served at the Monroe County courthouse on four cases.
20    One was an armed robbery, one was grand theft.  And two were
21    drug cases.  And a verdict was reached on all four.  And I
22    served here, but I can't, I think it was in the 1970s.  And
23    it was a federal case.  And it had to do with drugs.  And a
24    verdict was reached there as well.
25              THE COURT:  Okay.  And what period of time did you
```

1   serve in the state court cases?

2          PROSPECTIVE JUROR:  My last one was just last year.

3          THE COURT:  Dating back to when?

4          PROSPECTIVE JUROR:  To the '70s.

5          THE COURT:  All right.

6          PROSPECTIVE JUROR:  My name is Mary Eager.  I sat on

7   a civil trial that was in Monroe County.  A car wreck.  And we

8   did come to a verdict.

9          THE COURT:  How long ago was that?

10         PROSPECTIVE JUROR:  About five years ago.

11         THE COURT:  Thank you.

12         PROSPECTIVE JUROR:  Oliver Kofoid.  I served Monroe

13  County, state case, criminal case, and we did come to a

14  verdict.

15         THE COURT:  Thank you.

16         PROSPECTIVE JUROR:  Frederick Ball.  A criminal case

17  with Monroe County.  And civil case just last year.  The

18  criminal one is maybe ten years ago.  12 years ago.

19         THE COURT:  And they were both in Monroe county?

20         PROSPECTIVE JUROR:  Right.

21         THE COURT:  Thank you.

22         PROSPECTIVE JUROR:  Karen Arnold.  In Nashville,

23  Tennessee, about 15 years ago, I served on a grand jury, and

24  all we did for three months was listen to DUI cases, if they

25  had enough evidence to proceed.

TUESDAY, JANUARY 20th, 2009

1          THE COURT:  Okay.  Again, a different burden of

2     proof.

3          PROSPECTIVE JUROR:  Diane Middlesworth.  I served in

4     Monroe County about 10 or 12 years ago in a criminal case.  We

5     reached a verdict.  And about 20 years ago, in Colorado, in

6     Arvada, I served on a case.  I think it was a traffic court

7     case.  Somebody was contesting a traffic ticket, so they had

8     to get a jury.  And we did reach a verdict.

9          THE COURT:  Thank you.

10          PROSPECTIVE JUROR:  Gerald Baker.  I served on a

11     civil hearing in Monroe County, probably two years ago, and we

12     reached a verdict.  And I was on a criminal case in Houston,

13     Texas, probably 20 years ago, and we reached a verdict.

14          THE COURT:  Thank you.

15          PROSPECTIVE JUROR:  My name is Maude Ahtes.  I served

16     about 15 years ago in Wicomico County, Maryland.  It was a

17     civil case, assault and battery.  And he was found -- we did

18     reach a verdict.  Thank you.

19          THE COURT:  Thank you.

20          PROSPECTIVE JUROR:  My name is Doug Nowak.  I've sat

21     on one criminal case, probably about two or three years ago,

22     that reached a verdict.  And also a civil case, about 10 years

23     ago, and they reached a verdict, also.

24          THE COURT:  Thank you.  Anyone else?  No other hands

25     raised?

TUESDAY, JANUARY 20th, 2009

```
 1              Ladies and gentlemen, you are going to hear from
 2    witnesses in this case, some of whom are employed by law
 3    enforcement agencies.  In that regard, have you, any member of
 4    your family or close friend or relative, ever been employed by
 5    a law enforcement agency?  If you have, please raise your
 6    hand.
 7              Okay.  Please stand and give us your name.
 8              PROSPECTIVE JUROR:  Claudia Wilkerson.  I don't know
 9    what you mean by close.  I have a cousin that's a police
10    officer, and a brother-in-law that is.
11              THE COURT:  Okay.  And where?
12              PROSPECTIVE JUROR:  Well, they are both in Texas.
13              THE COURT:  The purpose behind this question is
14    really to probe any biases or prejudices for, or against, the
15    law enforcement that you have, given the fact that you're
16    going to hear from law enforcement witnesses in this case.
17              So the follow-up question to you is, if you do have a
18    yes answer to that, would the fact that you have either been
19    employed by law enforcement or had a close friend or relative
20    employed by law enforcement effect, in any way, your ability
21    to be a fair and impartial juror to the Government and to the
22    defendants?
23              PROSPECTIVE JUROR:  I would hope so.  I'm going to
24    try.
25              THE COURT:  Okay.  I understand your candor and
```

1   that's why we ask these questions, to probe a little deeper,

2   and rephrase it in another way, so that the lawyers can try to

3   make intelligent responses when it comes to seating you or

4   excusing you.

5          If you were the prosecutor or the defendants, would

6   you hesitate to have someone sit on the jury with your frame

7   of mind, as you understand your frame of mind to be?  Only you

8   can answer that.

9          PROSPECTIVE JUROR:  As a prosecutor?  Probably he

10  would hesitate to have me on the jury.

11         THE COURT:  He'd hesitate to have you on the jury.

12  Okay.  And you are Ms. Wilkerson?  Okay.

13         All right.  Next?

14         PROSPECTIVE JUROR:  Myra Hernandez.  I have a

15  great-uncle who was second -- an undersheriff in Monroe County

16  for years.  He's retired 10 plus years now.  And I have

17  several distant cousins who are Monroe County sheriff, and Key

18  West PD.

19         THE COURT:  Would any of those relations effect your

20  ability to be a fair and impartial juror in this case?

21         PROSPECTIVE JUROR:  I would hope not.

22         THE COURT:  Thank you.

23         PROSPECTIVE JUROR:  My name is Santos Ortiz.  I was,

24  back four years ago, employed by the Monroe Sheriff's

25  Department.  And my nephew is a police officer.  And only

1  thing that, the only one that wouldn't want me in the juror

2  seat would be the prosecution, because when I was going

3  through the academy, I came to the conclusion that the

4  officers are abusive, and that's why I'm just saying, the

5  system (sic.)

6        THE COURT:  Okay.  So you don't think you could be a

7  fair and impartial juror?

8        PROSPECTIVE JUROR:  Not to the prosecution.

9        THE COURT:  Okay.  Thank you.

10        Anyone else, in the back row?  Okay.  How about in

11  the first row in the back of the courtroom?

12        PROSPECTIVE JUROR:  My name is Kevin Byron.  My uncle

13  was a state trooper in New York.  As far as being fair and

14  honest, I don't think it would be a problem.  But...

15        THE COURT:  Okay.  Thank you.  Anybody else?

16        PROSPECTIVE JUROR:  I'm James Schmidt.  My brother is

17  a code officer in the state of New York, and my brother-in-law

18  is a retired New York City cop.

19        THE COURT:  And you think either of those relations

20  would effect you in this case?

21        PROSPECTIVE JUROR:  No.

22        THE COURT:  Thank you.

23        PROSPECTIVE JUROR:  My name is Eulogio Ortiz, Jr.,

24  and I'm a retired corrections officer in Miami-Dade County.

25  And, to be honest, I am going to try my best, but after 25

```
 1   years of working for the county, the defense, you know -- I'll
 2   try my best.
 3           THE COURT:  Okay.  All right.  Thank you.
 4           PROSPECTIVE JUROR:  I'll be objective.
 5           THE COURT:  All right.
 6           PROSPECTIVE JUROR:  I'm Ron Settles.  My father
 7   retired as a deputy U.S. marshal in the District of Northern
 8   Indiana.  I, myself, have been in law enforcement, way in the
 9   past, Orlando Police Department.
10           THE COURT:  Do you think either your own employment
11   or, you said, your father's employment, would effect in any
12   way your ability to be an impartial juror in this case?
13           PROSPECTIVE JUROR:  Possibly.
14           THE COURT:  Okay.  Okay.
15           PROSPECTIVE JUROR:  My name is Mary Eager.  I work
16   for the Florida Department of Transportation.  My oldest son
17   has been a police officer 21 years in Columbus, Ohio, and two
18   nephews for 15 years.
19           THE COURT:  Do you think those relations would effect
20   you in any way in this case?
21           PROSPECTIVE JUROR:  No, I don't believe so.
22           THE COURT:  Thank you.
23           PROSPECTIVE JUROR:  Oliver Kofoid.  I'm a member of
24   the U.S. Coast Guard Auxiliary.  I have been for 11 years.
25           THE COURT:  Do you think that that would effect you
```

1    in any way in this case?

2         PROSPECTIVE JUROR:  No.

3         THE COURT:  Thank you.

4         PROSPECTIVE JUROR:  I'm Karen Arnold, and I'm

5    currently a sergeant at the Monroe County sheriff's office.

6    I've been there for six years.

7         THE COURT:  Do you think your employment would

8    effect, in any way, your ability to be a fair and impartial

9    juror in this case?

10        PROSPECTIVE JUROR:  No, not at all.

11        THE COURT:  Thank you.

12        PROSPECTIVE JUROR:  Diane Middlesworth.  My

13   son-in-law is a New York State Trooper.

14        THE COURT:  Would that effect you at all in this

15   case?

16        PROSPECTIVE JUROR:  No.

17        THE COURT:  No other hands raised.  Okay.

18        Next question is have you, or any family member or

19   any close friend, ever been involved in a court, in a criminal

20   matter that concerned yourself as either a defendant, a victim

21   or a witness?  Has anybody been involved in the criminal

22   justice system, or any close family or friend member, as

23   either a defendant, the victim or witness?

24        If you have, please raise your hand.

25        Anybody in the first row; the second row?  Yes, sir.

TUESDAY, JANUARY 20th, 2009

1    Give us your name.

2              PROSPECTIVE JUROR:  Thomas Yarbrough.  My son was

3    indicted in Monroe County.

4              THE COURT:  How long ago?

5              PROSPECTIVE JUROR:  About, it's been -- 1986.  He was

6    unjustly accused, and the case finally got thrown out of the

7    court, but it cost me many years and a lot of money.

8              THE COURT:  Okay.  So you think he was treated

9    unfairly by the criminal justice system?

10             PROSPECTIVE JUROR:  Extremely.

11             THE COURT:  Is there anything about that that might

12   effect your ability to be a fair and impartial juror in this

13   case?

14             PROSPECTIVE JUROR:  Well, it stirred up old memories,

15   and it's not pleasant.

16             THE COURT:  Thank you.

17             PROSPECTIVE JUROR:  Randall Sterling.  My son pled

18   guilty to a -- I guess it was a felony charge, about five

19   years ago, for putting illegal habitats by the Government,

20   that I felt was very unjust.

21             THE COURT:  Okay.  You think he was treated unfairly?

22

23             PROSPECTIVE JUROR:  Yes, sir.

24             THE COURT:  Is there anything about that that would

25   effect you in this case?

```
 1            PROSPECTIVE JUROR:  Yes, sir.
 2            THE COURT:  Okay.  Thank you, Mr. Sterling.
 3            I see a couple of hands in the back of the courtroom.
 4            PROSPECTIVE JUROR:  Robert Henkel.  A witness for a
 5   battery case.  Shouldn't effect my decision this case.
 6            THE COURT:  Thank you.
 7            PROSPECTIVE JUROR:  Sherry Perry.  My husband was a
 8   defendant in a workman's comp.
 9            THE COURT:  And I'm not sure that qualifies as a
10   criminal case, but would it effect you in any way in this
11   case?
12            PROSPECTIVE JUROR:  No.
13            THE COURT:  Hopefully it's not a criminal case.
14            PROSPECTIVE JUROR:  Judith Blanco.  My husband is a
15   convicted felon, and my cousin was, two years ago, here in the
16   federal court, for Cuban smuggling.
17            THE COURT:  Okay.  And do you think any of those
18   might effect your ability to be a fair and impartial juror in
19   this case?
20            PROSPECTIVE JUROR:  Yes, it would.
21            THE COURT:  And you are Ms. Blanco?
22            PROSPECTIVE JUROR:  Yes, I am.
23            THE COURT:  Okay, thank you.  Any other hands?
24            I mention to you the allegations in the indictment.
25   Again, I mention that they are allegations, not proof of any
```

TUESDAY, JANUARY 20th, 2009

1  kind, but just touching on the subject matter of the

2  allegations, where it is alleged that the defendants induced

3  or encouraged aliens to come to the United States illegally.

4         Is there anything about the allegation or the, those

5  allegations that you think might effect your ability to be a

6  fair and impartial juror in this case?  And by that, I mean,

7  one way or the other, that you have any prejudices or biases

8  in favor of aliens or against aliens or individuals who may

9  encourage or induce aliens to come to the United States?

10        Again, you haven't heard any evidence in this case,

11 but just by virtue of the nature of the allegations, that you

12 think might effect your ability to be a fair and impartial

13 juror to both the Government and to the defendants?  If there

14 is, now is the time to let us know.  I don't see any hands go

15 up.

16        Yes?  You understand my question?

17        PROSPECTIVE JUROR:  I believe so.  Ann Riger.  And I

18 do hold some negative feelings with regard to illegal aliens

19 entering our country, yes.

20        THE COURT:  And I'm not asking for anyone's personal

21 view on the matter, because I said before, what we are looking

22 for is to try to seat the jury that can come to the case, base

23 their verdict solely on the evidence that they hear in the

24 courtroom, and follow the Court's instructions, one of which

25 is any defendant that sits before you at this stage of the

TUESDAY, JANUARY 20th, 2009

1   proceedings, they are presumed by the law to be innocent.

2        But putting that aside for the moment, those

3   instructions aside, you think you may have feelings that might

4   effect your ability to be a fair and impartial juror on this

5   topic?

6        PROSPECTIVE JUROR:  I don't know.

7        THE COURT:  Well, the other way that I would phrase

8   that question is if you were the prosecution, the prosecution

9   attorney, or any of the defense attorneys, would you hesitate

10  to have someone with your frame of mind sit as a juror in the

11  case?

12       PROSPECTIVE JUROR:  No.

13       THE COURT:  Okay.  Thank you.  Anybody else?  Okay.

14  Let's see.

15       This is a more generalized question, getting to the

16  point of this jury selection process, but can each of you

17  assure me that if you are selected to sit on this case, that

18  you will render a verdict solely on the evidence presented in

19  this courtroom, and that you will follow the Court's instructs

20  to you as to what the law is that's applicable to this case,

21  and not substitute your own ideas about what you think the law

22  ought to be?

23       Can each of you assure me of that?  That you will

24  base you verdict solely on the evidence and follow the Court's

25  instruction as to the law.  If you can't do that, please raise

TUESDAY, JANUARY 20th, 2009

1    your hands.

2            No hands raised.  Okay.

3            I mentioned to you that this is approximately a three

4    or four-day trial.  And, hopefully, it will conclude by the

5    end of the week.  I mentioned to you the times that we start

6    and finish our days work.  Is there anyone who has any special

7    disability or problem that would make it difficult or

8    impossible for you to serve as a member of this jury for that

9    period of time?

10           If there is, please raise your hand.  Yes, ma'am.

11   Give us your name.

12           PROSPECTIVE JUROR:  Myra Hernandez.  I did have plans

13   to be out of town Friday.  It isn't something that can't be

14   canceled, but it's something I do every year.

15           THE COURT:  Well, and I appreciate that and, you

16   know, we, it's possible that we could postpone your jury

17   service to another time, at which case you would just be

18   brought back in for another two-week period.  And I don't know

19   if you could make other arrangements before that.  I'm not

20   saying the case wouldn't end before Friday.  It could very

21   well, but I wouldn't want to promise that and then not be able

22   to deliver, and then you would think less of me.

23           PROSPECTIVE JUROR:  I've been here all day, I might

24   as well get it over with now.

25           THE COURT:  Well, we appreciate your sense of duty,

TUESDAY, JANUARY 20th, 2009

1   okay, as everyone here.  Anybody else?  Okay.

2          Now, I've asked questions to you sort of pointedly or

3   specifically, but let me again ask another question that kind

4   of serves the purpose of these jury selection exercises.

5          Is there anything that I haven't asked you that you

6   think we ought to know about you, if you were the prosecutor

7   or the defense attorney, that might bear on your fitness to

8   serve as a fair or impartial juror in this case?

9          Anything the prosecutor or the defense attorneys --

10  you think they would like to know in trying to make an

11  intelligent decision as to whether to seat or excuse you, that

12  we haven't already discussed?  If there is, please raise your

13  hand.

14         No other hands raised.

15         Let's start with Ms. Riger, and we will just go one

16  by one.  And please stand one at a time.  Introduce yourself

17  by name, and tell us a little bit about yourself.

18         We want to know whether you are employed or

19  unemployed or retired; if you are employed, what do you do for

20  a living; if you are unemployed or retired, what you have done

21  for a living in the past; and also what your marital status

22  is, and if you are married, what your spouse does or has done

23  for a living.

24         PROSPECTIVE JUROR:  My name is Ann Riger and I am

25  employed.  I work for the Monroe County Board of Commissioners

TUESDAY, JANUARY 20th, 2009

1   in the division of engineering.  And where it was just in the

2   newspaper that effective February 13, the engineering division

3   is abolished.  However, my job is okay, for the time being.

4        I'm recently divorced.  My husband, my ex-husband

5   worked on detailing boats.  I've been in the Keys for about

6   16, 17 years.  And I own a home on Big Pine Key.

7        THE COURT:  Thank you.

8        PROSPECTIVE JUROR:  My name is Thomas Yarbrough.  I'm

9   retired from civil service.  The next day I went to work for

10  EAS Corporation. They developed the Navy's network.  I am

11  currently employed by EAS Corporation, who is now owned by HP

12  Company.  My wife works for an insurance company.

13       THE COURT:  Thank you.

14       PROSPECTIVE JUROR:  My name is Claudia Wilkerson.  I

15  work for Monroe County fire and rescue, part-time.  My husband

16  is retired from Delta Airlines.  We moved here from Atlanta

17  five years ago.

18       THE COURT:  Thank you.

19       PROSPECTIVE JUROR:  Hi there.  My name is Rhuel

20  Gewin, I go by J.  I work for the city of Key West; single;

21  and I've been here for about ten years.

22       THE COURT:  And what do you do with the city Key

23  West?

24       PROSPECTIVE JUROR:  General services division.

25  Sewers, storm waters, solid waste.

TUESDAY, JANUARY 20th, 2009

```
1              THE COURT:  Thank you.
2              PROSPECTIVE JUROR:  Myra Hernandez.  Director of
3    transportation, city of Key West.  I have worked there 25
4    years.  Born and raised in Key West.  Seventh, eighth
5    generation.
6              THE COURT:  Married or single?
7              PROSPECTIVE JUROR:  Married.
8              THE COURT:  Okay.  And what does your husband do?
9              PROSPECTIVE JUROR:  Director of finance for the city.
10             THE COURT:  Thank you.
11             PROSPECTIVE JUROR:  My name is Santos Ortiz.  I've
12   been in Key West 8 years this May.  I work in town, division
13   of maintenance.
14             THE COURT:  Are you married, single?
15             PROSPECTIVE JUROR:  Single.
16             THE COURT:  Thank you.
17             PROSPECTIVE JUROR:  My name is Frederick Anderson.  I
18   own a custom stair building company.  I have been in Key West
19   for about 6 years.  Do a lot of the carpentry work.  And my
20   wife works for a grocery store, out in the warehouse.
21             THE COURT:  Thank you.
22             PROSPECTIVE JUROR:  My name is Betty Solley.  I work
23   for the Joint Interagency Task Force South, also known as
24   JIATF South, here in Key West.  I've been there seven years.
25   I live up in Big Pine, I've been there for 22 years.  My
```

1  husband also works at JIATF South.  We are in the computer

2  field, both of us.  That's it.

3          THE COURT:  Thank you.

4          PROSPECTIVE JUROR:  Hi, I'm Michelle Forssell.  I'm a

5  server downtown at Red Fish Blue Fish, and I'm not married.

6          THE COURT:  Thank you.

7          PROSPECTIVE JUROR:  Frank Holden, Merchant Marine

8  boat captain.  My wife and I live in Key West.  I came down

9  here in 1970 on vacation, forgot to leave.  I'm currently a

10  yacht captain in the Merchant Marine, licensed by the U.S.

11  Coast Guard.

12          THE COURT:  And your wife?  What does she do?

13          PROSPECTIVE JUROR:  My wife works with me.  She's

14  chef and mate on boat.

15          THE COURT:  Okay.

16          PROSPECTIVE JUROR:  My name is Sally Cherry.  I've

17  lived in the Keys for five years.  I am retired.  I was a

18  school teacher in Michigan and I'm married and my husband is

19  retired and he owned a landscape supply business.

20          THE COURT:  Thank you.

21          PROSPECTIVE JUROR:  My name is Randall Sterling.

22  Worked for the city of Key West 28 years.  My wife is a

23  childcare provider.

24          THE COURT:  Thank you.

25          PROSPECTIVE JUROR:  My name is Jason Richards.  I

1  work for Florida Keys Electric Co-op of Tavernier, been with

2  them for 18 years.  I'm a utility forester.  My wife works for

3  a surveyor, for my father-in-law, actually.

4  THE COURT:  Thank you.

5  PROSPECTIVE JUROR:  Kevin Byron.  I'm single.  I live

6  in Big Pine, when I'm down here; in New York in the

7  summertime.  Install swimming pools up there; pick up boat

8  gigs down here.

9  THE COURT:  Okay, and you said you're single.

10  PROSPECTIVE JUROR:  Single.

11  PROSPECTIVE JUROR:  Holly Hopkins.  Unfortunately, I

12  started the first of the year, I worked for a nonprofit for

13  about a year, and was just laid off.  And in the past, I

14  worked for a real estate attorney in town, and a surveyor on

15  Big Pine.

16  THE COURT:  Okay.  Thank you.

17  PROSPECTIVE JUROR:  My name is George Geisler.  I

18  live in Islamorada, for the last 13 years.  Retired from the

19  Hollywood fire department.  And currently my wife and I have

20  two businesses in Islamorada.  I was also on the village

21  counsel in Islamorada, for six years.

22  THE COURT:  Thank you.

23  PROSPECTIVE JUROR:  My name is James Schmidt, and I

24  work for the city of Marathon.  My wife, Patty, works for

25  Florida Keys Community College.

```
 1              THE COURT:  Thank you.
 2              PROSPECTIVE JUROR:  My name is Eulogio Ortiz, Jr.
 3   I'm single, and I'm a retired correction officer from
 4   Miami-Dade County.  And between Miami and Key Largo, I go back
 5   and forth.  Volunteer work.
 6              THE COURT:  Got you.
 7              PROSPECTIVE JUROR:  My name is Rita Rivenbark, and
 8   I'm a retired secretary.  Ten of those years were at the
 9   Monroe County school system.  My husband is retired Navy, 35
10   years.
11              PROSPECTIVE JUROR:  My name is Larry Fischer.  I'm a
12   retired auto worker.  Been living down here eight years now.
13   I've been commercial lobster for that time.  I'm divorced.
14              THE COURT:  Thank you.
15              PROSPECTIVE JUROR:  My name is Ron Settles.  I
16   retired from Lockheed Martin, Cape Canaveral, after 20 years.
17   My wife retired 32 years as a teacher up in Orange County.
18   Been married 42 years, and we have a home in Little Torch Key.
19              THE COURT:  Thank you.
20              PROSPECTIVE JUROR:  My name is Frederick Ball.  I
21   work for the city of Key West.  Been here 30 years.  My wife
22   works out at the college.
23              THE COURT:  What do you do?
24              PROSPECTIVE JUROR:  I run a transfer station.
25              THE COURT:  Thank you.
```

TUESDAY, JANUARY 20th, 2009

```
 1          PROSPECTIVE JUROR:  My name is Mary Eager.  I work
 2   for Plantation Key weigh station.  I've lived in Monroe County
 3   for 37 years, and I've been divorced 14.
 4          THE COURT:  Thank you.
 5          PROSPECTIVE JUROR:  Oliver Kofoid.  I've lived here
 6   for 17 years.  I work for Operations Management International.
 7   And we are a contractor for the city.  And I work lead
 8   operator out at the waste water treatment plant.  I am in a
 9   domestic partnership and she is a corporate controller for
10   hotels.
11          THE COURT:  Thank you.
12          PROSPECTIVE JUROR:  My name is Robert Kilmoyer.  My
13   wife and I are both retired.  We lived in Cudjoe Key for about
14   ten years.  When I was employed, I worked as a college
15   professor for about 25 years.  After that, we bought a farm
16   and I worked on the farm, with my wife, where we had dairy
17   goats.  We milked over 100 goats and made goat cheese and sold
18   goat cheese.  So, I also became a master cheese maker.
19          THE COURT:  Okay.  Where did you do that?
20          PROSPECTIVE JUROR:  Massachusetts, sir.
21          THE COURT:  Okay.
22          PROSPECTIVE JUROR:  Hello.  My name is Darlene
23   Arnold.  It's recently been changed -- or Karen -- that's my
24   first name -- to McLeod.  My last name just changed to
25   McLeod.  But, I'm a sergeant at the Monroe County Sheriff's
```

TUESDAY, JANUARY 20th, 2009

1  office.  I've been there for six years.  Previously I was a

2  nurse.  And I'm from Nashville, Tennessee.  And I'm divorced.

3          THE COURT:  Thank you.

4          PROSPECTIVE JUROR:  Diane Middlesworth.  I was a

5  registered nurse, and a pharmaceutical representative.  I

6  lived in Marathon for almost 18 years.  My husband was an

7  airline pilot.

8          THE COURT:  Thank you.

9          PROSPECTIVE JUROR:  Hi, Robert Henkel.  I owned a

10 paradise group.  Married.  Two kids.  Live in Key West, 12

11 years.

12         THE COURT:  What was the paradise group?

13         PROSPECTIVE JUROR:  We have a charter boat, a private

14 mortgage fund, computer services group.

15         THE COURT:  Interesting combination.

16         PROSPECTIVE JUROR:  Very.

17         PROSPECTIVE JUROR:  My name is Gerald Baker.  I've

18 been retired five years from the transportation business.

19 Married.

20         THE COURT:  What does your wife do?  Retired?

21         PROSPECTIVE JUROR:  She's retired.

22         THE COURT:  Thank you.

23         PROSPECTIVE JUROR:  My name is Maude Ahtes.  Retired.

24 My husband and I were in the retail development business.  And

25 we have been living here about 15 years.

1          THE COURT:  Thank you.

2          PROSPECTIVE JUROR:  Hi, my name is Maria Sims.  I

3   moved to Summerwin (sic) Key, three years ago, from Broward

4   County.  I still commute twice a month and work up in Broward

5   County as a registered nurse in newborn intensive care.  My

6   husband is retired, 32 years of Broward County fire and

7   rescue.

8          THE COURT:  Thank you.

9          PROSPECTIVE JUROR:  My name is Mary Zwirn.  My

10  husband and I own our own business.  We've been living in Key

11  Largo, we have been there the last 15 years.  And our business

12  is staffing, permanent and temporary staffing.

13         THE COURT:  Thank you.

14         PROSPECTIVE JUROR:  I'm Cheri Perry.  I live in

15  Marathon.  I'm a branch manager at Orion Bank for 17 years.

16  I'm married, my husband is self-employed.  He has Mid Keys

17  Aluminum Vinyl and Shutters.

18         THE COURT:  Thank you.

19         PROSPECTIVE JUROR:  My name is Doug Nowak.  I've

20  lived in the Keys 30 years.  I'm married.  Presently employed

21  at JIATF South, as a carpenter in the maintenance department.

22  My wife works at the U.S. postal service here in Key West.

23         PROSPECTIVE JUROR:  I'm Tim Kirchner.  I'm an

24  electrician.  I also work for Cook Communications and Clear

25  Channel Radio.  I'm married.  My wife is a medical assistant.

```
 1            THE COURT:  Thank you.
 2            PROSPECTIVE JUROR:  My name is Judith Blanco.  I'm a
 3  housewife, and my husband is a fisherman, and I have two kids.
 4            THE COURT:  Thank you.
 5            Okay.  And thank you, ladies and gentlemen.  Now to
 6  the lawyers.  You all have been provided with a copy of this
 7  jury sheet.
 8            Do I hear motions for cause as to jurors number 2, 3,
 9  6, 7, 12, 18, 21, and 36?
10            MR. LEVIN:  Could you repeat those numbers again?
11            THE COURT:  2, 3, 6, 7, 12, 18, 21 and 36?
12            MR. LEVIN:  Yes, Your Honor.  Motion for cause.
13            THE COURT:  It will be granted.  Are there any other
14  motions for cause?  All right.  No other motions for cause.
15  We will start with the Government, as to Juror Number 1?
16            MR. LEVIN:  Your Honor, could I ask the Court to
17  inquire of one of the perspective jurors, who indicated that
18  they were employed with the United States Coast Guard
19  auxiliary?  We have not heard the government's witness list,
20  and I am concerned there may be some -- that that would be
21  Juror Number 24.
22            THE COURT:  Number 24, and that is Mr. Kofoid.  Let
23  me just ask you -- well, what do you do with the Coast Guard
24  auxiliary?
25            PROSPECTIVE JUROR:  In my early days, I was an
```

1  observer in an aircraft, and we flew around looking for any

2  signs.  Lately, I've been, last ten years, I've been crew, and

3  we go around and assist.  Say seven years ago, we recovered a

4  body out in the northwest channel, from a immigrant who jumped

5  off the Coast Guard vessel, and three days later, we recovered

6  his body.

7          THE COURT:  Do you want me to read the names of the

8  Coast Guard?

9          MR. LEVIN:  I think it would be prudent.

10         THE COURT:  I'm happy to do it.  Tell me if you are

11  familiar with any of these names, who may or may not be called

12  as witness:  Matthew Waldron; Jason Stanko; Anibal Martinez;

13  Roosevelt Broome; Kevin McKeever; Jason Nelson; Michael

14  Nalli; Anthony Jones; Darren Navarra; Mark Whyte; Miguel

15  Rodriguez; Dale Hoggard-Tataryn.

16         Dominick Ferrandino; Sean Hamby; Santiago Parra.

17         Any of those names?

18         PROSPECTIVE JUROR:  None of the names I recognize.

19  Normally, I don't associate with the, you know, with the

20  enforcement part of it.  I'm usually with retired folks, and

21  we go out on a boat, on their vessels.

22         THE COURT:  All right.  Is that satisfactory?

23         MR. LEVIN:  Yes, Your Honor.

24         THE COURT:  So, we are back now to the Government, to

25  Juror Number 1.

TUESDAY, JANUARY 20th, 2009

1            MS. PEREZ SOTO:  Your Honor, the Government accepts.

2            MR. HOROWITZ:  Your Honor, before the defense makes

3    their decision, may we have some time to consult?

4            THE COURT:  Sure.

5            Bear with us, ladies and gentlemen.

6        (Pause.)

7            THE COURT:  So, now, we are back to Juror Number 1.

8            MR. LEVIN:  Your Honor, the defense thanks, but

9    excuses, Juror Number 1.

10           THE COURT:  Okay.  And let's see, we have already

11   excused Juror Number 2 and 3, right?

12           COURTROOM DEPUTY:  Yes.

13           MR. LEVIN:  Yes.

14           THE COURT:  So we are now to Juror Number 4, and as

15   to the defense?

16           MR. LEVIN:  Defense would accept Juror Number 4.

17           THE COURT:  The Government?

18           MS. PEREZ SOTO:  Yes, Your Honor.

19           THE COURT:  To the Government, Juror Number 5?

20           MS. PEREZ SOTO:  Accepts.

21           THE COURT:  To the defense?

22           MR. LEVIN:  We would thank, but excuse, Juror Number

23   5.

24           THE COURT:  And to the defense, Juror Number 6?

25           COURTROOM DEPUTY:  6 and 7 are excused.

TUESDAY, JANUARY 20th, 2009

```
 1                THE COURT:  I'm sorry.  Okay.  Number 7 is, also.
 2                So we are now to Juror Number 8.  And that's to the
 3     defense?
 4                MR. LEVIN:  We would thank, but excuse, Juror Number
 5     8.
 6                THE COURT:  To the Government, Juror 9?
 7                MS. PEREZ SOTO:  Accept.
 8                THE COURT:  The defense?
 9                MR. LEVIN:  Accept.
10                THE COURT:  To the defense, Juror Number 10?
11                MR. LEVIN:  Accept.
12                THE COURT:  The Government?
13                MS. PEREZ SOTO:  Accept.
14                THE COURT:  To the Government, Juror Number 11?
15                MS. PEREZ SOTO:  Strike.  With thanks.
16                THE COURT:  And to the defense, Juror Number 12?
17                COURTROOM DEPUTY:  12 is for cause.
18                THE COURT:  Okay.  Okay.  So, if I call your name,
19     you should remain seated.  If I don't call your name, for
20     those of you seated in the jury box, that means you have been
21     excused.
22                Mr. Gewin, and Michelle Forssell, please remain
23     seated.  And Mr. Frank Holden, please remain seated.  The
24     other jurors may be excused.
25                Jason Richards, you can take seat number one.  Kevin
```

1   Byron, seat number two.  Holly Hopkins, seat number three.

2   George Geisler, seat number five.  James Schmidt, seat number

3   six.

4           Okay.  Mr. Eulogio Ortiz, excused for cause.  Rita

5   Rivenbark, seat number seven.

6           Mr. Ortiz, thank you, you may be excused.

7           Larry Fischer, seat number eight.

8           Ronald Settles, thank you, you may be excused.

9           Frederick Ball, seat number 11.  And Mary Eager, seat

10  number 12.

11          So we are back to Juror Number 1, as to the

12  Government.

13          MS. PEREZ SOTO:  Number?  Is that Number 13, Your

14  Honor, Mr. Richards?

15          THE COURT:  Yes.

16          MS. PEREZ SOTO:  Accepts.

17          THE COURT:  To the defense?

18          MR. LEVIN:  We would thank, but excuse, Mr. Richards.

19          THE COURT:  To the defense, Juror Number 2?

20          MR. LEVIN:  We would accept.

21          THE COURT:  To the Government?

22          MS. PEREZ SOTO:  Accept.

23          THE COURT:  To the Government, Juror Number 3?

24          MS. PEREZ SOTO:  Accept.

25          THE COURT:  To the defense?

```
 1            MR. LEVIN:  Thanks, but excuse.

 2            THE COURT:  To the Government, Juror Number 5?

 3            MS. PEREZ SOTO:  Accepts.

 4            THE COURT:  To the defense?

 5            MR. LEVIN:  We would thank, but excuse, Mr. Geisler.

 6            THE COURT:  To the defense, Juror Number 6?

 7            MR. LEVIN:  Accept.

 8            THE COURT:  To the Government?

 9            MS. PEREZ SOTO:  Accept, Your Honor.

10            THE COURT:  To the Government, Juror Number 7?

11            MS. PEREZ SOTO:  Accept, Your Honor.

12            THE COURT:  To the defense?

13            MR. LEVIN:  We would thank, but excuse.

14            THE COURT:  To the defense, Juror Number 8?

15            MR. LEVIN:  Accept, your Honor.

16            THE COURT:  To the Government?

17            MS. PEREZ SOTO:  Accept.

18            THE COURT:  To the Government, Juror Number 11?

19            MS. PEREZ SOTO:  Accept.

20            THE COURT:  To the defense?

21            MR. LEVIN:  Accept.

22            THE COURT:  To the defense, Juror Number 12?

23            MR. LEVIN:  We will accept, thank you.

24            THE COURT:  To the Government?

25            MS. PEREZ SOTO:  Accept, Your Honor.
```

TUESDAY, JANUARY 20th, 2009

59

```
1          THE COURT:  Okay, Mr. Richards, you may be excused.

2   Ms. Hopkins, you may be excused.  Mr. Geisler, you are

3   excused.  Ms. Rivenbak(sic), you have been excused.

4          Oliver Kofoid, seat number one.  Robert Kilmoyer,

5   seat number three.  Karen Arnold, seat number five.  Diane

6   Middlesworth, seat number seven.

7          And that is as to the Government, Juror Number 1?

8   Let's see.  Yeah, Government, Juror Number 1.

9          MS. PEREZ SOTO:  Accept, Your Honor.

10         THE COURT:  To the defense?

11         MR. LEVIN:  Thanks, but excuse.

12         THE COURT:  To the Government, Juror Number 3?

13         MS. PEREZ SOTO:  Strike, with our thanks, Your Honor.

14         THE COURT:  To the Government, Juror Number 5?

15         MS. PEREZ SOTO:  Accept, your Honor.

16         THE COURT:  The defense?

17         MR. LEVIN:  We would thank, but excuse, Your Honor.

18         THE COURT:  That's nine?

19         MR. LEVIN:  Yes, sir.

20         THE COURT:  Okay.  To the Government, Juror Number 7?

21         MS. PEREZ SOTO:  Accept, Your Honor.

22         THE COURT:  To the defense?

23         MR. HOROWITZ:  May we have a moment, Your Honor?

24      (Pause.)

25         MR. LEVIN:  Accept, your Honor.
```

TUESDAY, JANUARY 20th, 2009

```
 1              THE COURT:  Okay.  Mr. Kofoid, thank you; you are
 2    excused.  Mr. Kilmoyer, thank you; you are excused.  And
 3    Ms. Arnold, thank you; you are excused.
 4              Diane Middlesworth, seat number one -- hold up.
 5    Excuse me.  No, I'm sorry.  My fault.  Mr. Henkel, seat number
 6    one; Gerald Baker, seat number three; Maude Ahtes.
 7              Okay.  So we are back to Juror Number 1 for the
 8    Government.
 9              MS. PEREZ SOTO:  Accept, Your Honor.
10              THE COURT:  To the defense?
11              MR. LEVIN:  Accept.
12              THE COURT:  Okay.  To the Government, Juror Number 3?
13              MS. PEREZ SOTO:  Accept, Your Honor.
14              THE COURT:  The defense?
15              MR. LEVIN:  Thanks, but excuse, Your Honor.
16              THE COURT:  That's ten.  And to the Government, Juror
17    Number 5?
18              MS. PEREZ SOTO:  Accept, Your Honor.
19              THE COURT:  The defense, for cause only.  None?
20    Okay.  Mr. Baker, thank you, you are excused.  Maria Sims,
21    seat number three.  That's to the Government -- no, no, no.
22    We got this down.  We do this all the time.  As to the
23    Government?
24              MS. PEREZ SOTO:  Your Honor, I'm sorry.  I think I've
25    lost track.
```

```
 1            THE COURT:  Maria Sims, this is Juror Number 31.
 2            MR. BROWN:  One moment, Your Honor?
 3       (Pause.)
 4            MS. PEREZ SOTO:  Accept, Your Honor.
 5            THE COURT:  Any challenge for cause?
 6            MR. LEVIN:  None.
 7            THE COURT:  Mary Zwirn.  If you could take the next
 8   seat, up top here.  Cheri Perry, the seat next to her.  And
 9   that's one challenge to both.  To the Government?
10            MS. PEREZ SOTO:  Accept, your Honor.
11            THE COURT:  To the defense, one challenge as to both.
12            MR. LEVIN:  Accept, your Honor -- wait.  Sorry,
13   sorry.
14            THE COURT:  Okay, okay.  Take your time.
15            MR. LEVIN:  Your Honor, we will thank, but excuse.
16            THE COURT:  Which?
17            MR. LEVIN:  Ms. Perry.
18            THE COURT:  Thank you, Ms. Perry.  Douglas Nowak.
19   And that's to the Government.
20            MS. PEREZ SOTO:  Accept.
21            THE COURT:  And no challenge for cause?  Okay.
22   Mr. Kirchner, and Ms. Blanco, thank you, you may be excused.
23            And if you all would please stand, we will have you
24   sworn in as jurors.
25            COURTROOM DEPUTY:  Raise your right hand.  Do you and
```

1  each of you solemnly swear that you will well and truly try

2  the issues in this case and a true verdict render according to

3  the evidence and charge of this court, so help you God?

4        THE JURORS:  I do.

5        COURTROOM DEPUTY:  Thank you.  Please be seated.

6        THE COURT:  Members of the jury, now that you have

7  been sworn, I'll give you some preliminary instructions to

8  guide you in your participation in the trial.

9        It will be your duty to find, from the evidence, what

10  the facts are.  You, and you alone, are the judges of the

11  facts.  You will then have to apply to those facts the law as

12  the Court will give it you, and you must follow that law

13  whether you agree with it or not.

14        Nothing the Court may say or do during the course of

15  the trial is intended to indicate, nor should be taken by you

16  as an indication, of what your verdict should be.

17        The evidence which you will find the facts consist of

18  the testimony of the witnesses, documents and other things

19  received into the record as exhibits, and any facts that the

20  lawyers agree to or stipulate to, or the Court may instruct

21  you to find.

22        Certain things are not evidence, and must not be

23  considered by you.  I will list them for you now.  Statements,

24  arguments, and questions by lawyers are not evidence.

25  Objections to questions are not evidence.  Lawyers have an

1  obligation to their client to make objection when they believe

2  what is being offered is improper under the rules of evidence.

3  And you should not be influenced by the objection, or by the

4  Court's ruling on it.  If the objection is sustained, ignore

5  the question.  If it is overruled, treat the answer like any

6  other.  And if you are instructed that some item of evidence

7  is received for a limited purpose only, you must follow that

8  instruction.

9       The testimony that the court has secluded or told you

10 to disregard, is not evidence, and must not be considered.

11 Anything you may have seen or heard outside of the courtroom

12 is not evidence, and must be disregarded.  You are to decide

13 the case solely on the evidence presented here in the

14 courtroom.

15      There are two kinds of evidence, direct and

16 circumstantial.  Direct evidence is direct proof of facts,

17 such as testimony of an eyewitness.  Circumstantial evidence

18 is proof of facts in which you may infer or conclude that

19 other facts exist.  I'll give you further instructions on

20 these, as well as other matters, at the end of the case.  But

21 keep in mind that you may consider both kinds of evidence.  It

22 will be up to you to decide which witnesses to believe and

23 which witnesses not to believe, and how much of any witness'

24 testimony to accept or reject.

25      As you know, I'll give you guidelines for determining

1   the credibility of witnesses at the ended of the case.  As you

2   know, this is a criminal case.  They are three basic rules

3   about a criminal case that you must keep in mind.

4          First, any defendant is presumed innocent until

5   proven guilty.  An indictment against the defendant brought by

6   the Government is only an accusation, nothing more.  Not proof

7   of guilt or anything else.  The defendant, therefore, starts

8   out with a clean slate.

9          Second, the burden of proof is on the Government

10  until the very end of the case.  The defendant has no burden

11  to prove his or her innocence or present any evidence or to

12  testify.  And since the defendant has the right to remain

13  silent, the law prohibits you from arriving at your verdict by

14  considering that a defendant may not have testified.

15         Third, the government must prove a defendant's guilt

16  beyond a reasonable doubt.  I'll give further instruction on

17  this point, but bear in mind that a criminal case is different

18  from a civil case.

19         I instruct you that during the trial you are not to

20  discuss the case with anyone, or to permit anyone to discuss

21  it with you, until you retire to the jury room at the end of

22  the case to deliberate on your verdict.  You simply are not to

23  talk about the case.

24         Second, do not read or listen to anything touching on

25  the case in any way.  If anyone should try to talk to you

1   about it, bring it to the Court's attention promptly.

2          Third, do not do any research or make any

3   investigation about the case on your own.

4          Finally, do not form any opinion until all the

5   evidence is in.  Keep an open mind until you start your

6   deliberations at the end of the case.

7          The trial will now begin.

8          First the Government will make a brief opening

9   statement, which is simply an outline of the evidence as they

10  understand it.

11         Next, the defendants' attorneys may, but do not have

12  to, make opening statements.  Opening statements are not

13  evidence or argument.

14         The Government will then present its witnesses, and

15  Counsel for the defendant may cross-examine them following the

16  Government's case.  The defendants may, if each wishes,

17  present witnesses whom the Government may cross-examine.

18         After all the evidence is in, the attorneys will

19  present the closing arguments, summarize, and interpret the

20  evidence for you, and the Court will instruct you on the law.

21  After that, you will retire to deliberate on your verdict.

22         With that, we will hear from Government counsel for

23  purposes of making a brief opening statement.

24         MS. PEREZ SOTO:  Your Honor, may I approach the

25  podium?

1        THE COURT:  Sure.

2                   OPENING STATEMENT

3        MS. PEREZ SOTO:  Good afternoon, ladies and

4   gentlemen.  Thank you for being here with us today.  On

5   September 23 of last year, these men, Michel Lopez, Brainer

6   Gomez Cruz, Humberto Carrazana, and Arley Ceballo Gonzalez

7   were encountered by the United States Coast Guard in the open

8   sea off the Great Bahama Bank.

9        At the time, actually earlier in the day at around

10  8:00, an officer from Customs and Border Protection, in an

11  airplane, doing routine patrols, detected a target.  He didn't

12  know exactly what it was, so they went in further.

13       Then Officer Wolfe realized there was two vessels

14  together, side by side.  So he started recording, and he

15  called the Coast Guard.  He relayed the information.  While

16  this video is being recorded, a third vessel arrives.  That's

17  a Sea Fox vessel.  It takes time for the Coast Guard to get

18  there because they were pretty far away.

19       You'll hear from Lieutenant Waldron, who is the

20  commanding officer of the cutter Pea Island, saying that they

21  were patrolling off the Cay Sal Bank, which is in the

22  Bahamas -- for those of us who are not fishermen and don't

23  know where everything is out there.  It took them some time to

24  try and meet the vessels.

25       From the other side, the Ocracoke cutter and Farallon

1  cutter were coming to intercept, because they realized there

2  were three vessels, they are going to need some help here.

3       Ladies and gentlemen, this man, Michel Lopez, this

4  man, Brainer Gomez Cruz, were on the Sea Fox, the last vessel

5  that comes in on the video.  As was Mr. Ceballo Gonzalez, at

6  the end.  The defendant, Mr. Carrazana, was on the vessel that

7  had already arrived when Officer Wolfe spotted the targets in

8  the open sea.

9       What does Officer Wolfe see that he needs to relay to

10  the Coast Guard?  He sees what he believes to be a vessel

11  loaded with migrants, as well as some people moving from boat

12  to boat, and what he thinks are fuel drums being thrown

13  overboard.  They wait.  They wait there together, all three

14  vessels, for more than an hour.  Until at 10:00, they start to

15  get underway.

16       Now, at this time, the Government will show you from

17  the maps, they are really not that far away from the Bahamas.

18  But if you see from where they are going, and you'll hear from

19  the Coast Guard, they are, in fact, making a dash towards the

20  United States.  The vessels break up.  Okay, they can't travel

21  just all close together.  But they are pretty close.  They are

22  so close that you'll hear from the Pea Island, not only the

23  commanding officer, from the Petty Officer McKeever, who is

24  operating the MARFLIR, which is a radar camera that's also

25  videotaping these vessels, cross the bow of the Pea Island,

TUESDAY, JANUARY 20th, 2009

1  but the Pea Island is waiting for the loaded migrant vessel.

2  On that vessel there are 32 people, ladies and gentlemen, men,

3  women and children.

4       The Pea Island turns on its lights, and the vessel

5  runs.  The vessel with the migrants runs.  Ladies and

6  gentlemen, they do not heed to the Coast Guard and they keep

7  going.  At some point after that the vessel is coming around.

8  You can see it on this MARFLIR that I will introduce.  You can

9  see the vessel coming around and the people going, oh, stop.

10  You will hear from the translator on the Pea Island, something

11  is very wrong, please help us.

12       At the time, these gentlemen have been stopped by the

13  cutter Farallon and the cutter Ocracoke.  You will hear

14  testimony from the Coast Guard officers that stopped all four

15  of these gentlemen, as well as the translators who spoke to

16  them.

17       But what is happening on the Pea Island, ladies and

18  gentlemen?  On the Pea Island, there's an emergency.  One of

19  the migrants, Mr. Quevedo Garcia, has been injured and is

20  bleeding on the boat.  The Coast Guard is doing everything it

21  can.  It rushes an EMT, a helicopter comes to try and hoist

22  the migrant out.  But the migrant essentially succumbs to his

23  injuries, and dies.

24       Where is the conspiracy, ladies and gentlemen?  The

25  Government has charged conspiracy, and what the Judge

1  describes as substantive counts of attempting to enter

2  migrants into the United States illegally.

3        Mr. Brown will explain the law, as will the Judge, at

4  the end of the case.  But I offer to you that conspiracy is

5  merely an agreement.  As informal as just saying we're going

6  to do this.  Not written down.  You know when you have an

7  agreement with someone, ladies and gentlemen.  And these men

8  had an agreement to get those migrants into this country.

9        They have refueled.  They gave them food.  They gave

10  them water.  You will hear from the migrants, they were out

11  there for days.  And they remember, in their delirium, while

12  being seasick, while being dying of hunger, that someone kept

13  coming and refueling with gasoline.

14        Now, the Government does not, would not, cannot put

15  these gentlemen on that vessel where that migrant died.

16  That's not what this case is.  That's not the theory of the

17  case.  The theory of the case is that the other vessels worked

18  together with the loaded vessel.  They were working in tandem,

19  they were working together, ladies and gentlemen.  And that

20  their object was to land those 32 people in the United States.

21  All right, ladies and gentlemen?

22        The Government will also introduce evidence of

23  satellite phones.  Satellite phones were recovered from the

24  two vessels these gentlemen were on.  It will introduce

25  evidence that they were calling the same numbers, ladies and

1   gentlemen.  The vessel Sea Fox, where these two gentlemen and

2   the gentlemen at the end were on, was calling the same number

3   as the vessel Chris Craft, the one Mr. Carrazana was on.  The

4   Government will also introduce GPS evidence, global

5   positioning system evidence, of the Sea Fox coming straight to

6   where the migrant vessel was.

7        Ladies and gentlemen, you will see the track.  The

8   GPS was recovered on that vessel.  And there they are.  On the

9   way to help the smuggling venture, to complete the smuggling

10  venture, because they had run out of food; they had run out of

11  gasoline.  They had to wait 'til the sun came down to make a

12  mad dash into Florida.

13       And during that mad dash, during the course of the

14  conspiracy, Radilberto Quevedo Garcia died.  And these men

15  agreed to enter those migrants.  And during that agreement,

16  and as a consequence of that agreement, that migrant was

17  injured and eventually succumbed to his injuries.

18       Ladies and gentlemen, the evidence will show that the

19  defendants made statements that they were fishing.  But the

20  United States Coast Guard officers that boarded the vessels

21  found no bait, no catch, no ice.  Sure they found a few poles.

22  Some weren't even rigged, not really for deep sea fishing,

23  nothing like that.

24       MR. HOROWITZ:  Judge, I apologize to Ms. Soto, but I

25  want to lodge an objection, and reserve a motion, if I may,

1    Judge?

2          THE COURT:  Okay.

3          MS. PEREZ SOTO:  And at the time, they continue to

4    say -- I'm sorry.

5          At the time, the Coast Guard is trying to figure out

6    what's going on with these three vessels, because they don't

7    understand, because what the defendants didn't know is that

8    they were being videotaped.  Not by only by the Coast Guard,

9    but by Customs and Border Protection, ladies and gentlemen.

10   There are two videos in this case.

11         And you will hear from the Coast Guard officers,

12   especially Lieutenant Waldron, who becomes the on-scene

13   command officer, saying, I could see them.  On a moonless

14   night, ladies and gentlemen, on a moonless night, between

15   10:00 and midnight, I could see them crossing my bow.  It's

16   not a coincidence.  The GPS is not wrong.  The sat phones that

17   show that they are all --

18         MR. LEVIN:  Judge, respectfully, this is now

19   argument.

20         THE COURT:  All right.

21         MS. PEREZ SOTO:  Yes, Judge.

22         And the sat phones will show that the telephones are

23   exactly the same, ladies and gentlemen.  You will hear, as

24   well, from the medical examiner who will tell you that he

25   believes that the cause of death for the migrant was blunt

TUESDAY, JANUARY 20th, 2009

1  force trauma to his head.  You will hear that there's no

2  dispute that the aliens involved in this case were foreign

3  nationals who had no permission, who had not applied for

4  permission and who had never received permission to come to

5  this country.

6       Ladies and gentlemen, all of the evidence will show

7  beyond a reasonable doubt that these men were in a conspiracy

8  with one another.  Multiple vessels, with sat phones, with

9  GPS, continuing on towards the United States, with the

10 ultimate object of getting those 32 people, who had no

11 permission to be here, in the cover of darkness, onto the

12 shores of Florida.

13      At the end of the case, we will ask that you return a

14 verdict of guilty on all 33 counts of the indictment.

15      Thank you.

16      THE COURT:  Thank you.

17                 OPENING STATEMENT

18      MR. LEVIN:  May it please the Court.  Counsel, ladies

19 and gentlemen of the Government team, and ladies and gentlemen

20 of the jury, good afternoon.

21      Again, once again, my name is Albert Levin, and I

22 represent Michel Lopez in this case.  Michel, stand up.  Thank

23 you.

24      Today is a rather historic day, as everyone is well

25 aware.  Because at 12:00 today, a new president was sworn in.

1  And I bring that up not to talk about politics, not to talk

2  about democrat and republican, but to talk about our system of

3  government, and how it works, and how it's been working for so

4  many years.

5       And one of the cornerstones of our system of

6  government is a trial by jury.  One of the cornerstones of our

7  system of government is just because the government, through

8  these prosecutors, returned charges against individuals, that

9  doesn't mean that they are right.  The people that have the

10  final say are you people.  And on that note, I want to, on

11  behalf of my client, thank you, very much, for your service as

12  jurors in this case.

13       And as his Honor, Judge Moore, pointed out to you,

14  the reason we went through the process that we went through

15  with regard to asking you questions about your

16  qualifications -- qualifications doesn't mean educational

17  background or anything like that -- qualification means can

18  you listen to this case, can you keep an open mind, and can

19  you follow the Court's instructs on the law?  And you all

20  indicated that you can do that.

21       Now, the Government has the sole burden of proof.

22  The Government must prove beyond a reasonable doubt the

23  allegations in this case.  That my client entered into some

24  form of an agreement or a conspiracy with others to commit the

25  violations that have been described to you.  And they must

74

1   convince you, and you must be convinced, rather, beyond a

2   reasonable doubt.

3          What is proof beyond a reasonable doubt?  His Honor,

4   at the end of the case, is going to tell you that proof beyond

5   a reasonable doubt is proof of such a convincing character

6   that you would be willing to rely and act upon it without

7   hesitation in the most important of your own affairs.

8          It's the highest burden of proof we have in law.  You

9   have heard about preponderance of evidence; you have heard

10   about probable cause that came up during the jury selection

11   process.  But this is proof beyond a reasonable doubt.

12          And that it's proof of such a convincing character

13   that you would be willing to rely and act upon it, without

14   hesitation, in the most important of your own affairs.

15          Which means that after you listen to the evidence in

16   this case, and you keep an open mind, and you listen to the

17   testimony from the witnesses from the witness stand, and not

18   decide this case, as you won't, on anything from outside the

19   courtroom, because you are instructed specifically to decide

20   this case based on evidence.  Not to decide this case based on

21   what you might believe is a good policy or a bad policy with

22   regard to people that come in illegally to the country, or any

23   of your own personal beliefs or opinions about that particular

24   topic.

25          For example, if this were a drug case, it's easy.

1  Nobody likes drugs.  But, in a drug case, you can't decide the
2  case based on whether you like drugs or not.  You decide the
3  case on whether or not you have been convinced beyond a
4  reasonable doubt.  Did the Government prove it, or did they
5  not prove it?
6      At the end of the case you will get a verdict form,
7  and it will say guilty, or not guilty.  You will not receive a
8  verdict form that has the word "innocent" on it.  Proven, or
9  not proven.  That's what this case is about.  Did they prove
10 it or didn't they?
11     Now, one of the instructions I anticipate you will
12 hear at the end of the case is an instruction on what's
13 referred to as mere presence.  Mere presence is essentially
14 that.  Mere presence at the scene of a crime or a transaction
15 does not, in and of itself, establish proof of a conspiracy.
16 The fact that people may have associated with each other, or
17 discussed, even discussed common aims or interests does not,
18 in and of itself, establish the proof of a conspiracy.
19     The evidence is going to show that my client was on a
20 boat on that evening.  He was on the boat called the Sea Fox.
21 You will hear evidence about the Sea Fox.  The person that
22 died was on another boat, it was a Scarab boat.  The
23 Government has to prove to you that my client knowingly and
24 willfully joined in this venture to smuggle aliens.
25     I submit to you, ladies and gentlemen, that at the

TUESDAY, JANUARY 20th, 2009

1   end of the case, the evidence will fall short of convincing

2   you beyond a reasonable doubt, that is, proof of such a

3   convincing character that you would be willing to rely and act

4   upon it, without hesitation, in the most important of your own

5   affairs.

6          And I'm going to ask you to find my client not guilty

7   of all of the charges.

8          Now, a couple things I want to remind you of with

9   regard to the law is, a defendant in a criminal case has the

10  absolute right to remain silent.  That is, he can elect to

11  testify in his own defense, or not testify in his own defense.

12  And Judge Moore has already indicated that to you.  He's

13  already pointed that out to you.

14         And you have to be able to accept the law.  A lot of

15  people would sit there and say to themselves, well, if

16  somebody said to me that I did something wrong and I didn't do

17  something wrong, of course, the immediate reaction is, to

18  defend yourself.  Well, keep in mind that the constitution of

19  this country, tells you, tells us, that a defendant can elect

20  not to testify.

21         So, if my client, based on my advice or his own

22  decision or whatever it might be, decides that he doesn't want

23  to testify in his own defense, when you go back at the end of

24  the case, to decide the case, you can't go back into the jury

25  room and say, well, if only Mr. Lopez had testified.  If only

TUESDAY, JANUARY 20th, 2009

```
 1   we had heard from Mr. Levin's client, maybe we'd come up with
 2   a different feeling.  You can't even discuss that in any way,
 3   shape, or form.  And that's a very, very important concept
 4   which I want you to be fully aware of at the get go here, in
 5   the beginning of the trial.
 6            And, of course, whatever I'm saying now is not
 7   evidence.  Just like whatever the prosecutor said is not
 8   evidence.  The evidence is going to come from the witness
 9   stand.
10            So, having said all of that, I ask that you pay
11   careful attention to the testimony of the case.  Pay careful
12   attention to the videos that purportedly show these boats
13   acting in concert.  I respectfully submit that you will hear
14   evidence that there were other boats out there that evening as
15   well.  That it was dark.  That vantage points were not the
16   greatest, in terms of visuals.
17            After you listen to the testimony, you will make the
18   appropriate decision as to whether or not you're convinced
19   beyond a reasonable doubt.  And I submit to you that after you
20   hear all of the evidence in this case, I ask that you keep an
21   open mind throughout the entire trial, that the only just
22   verdict that's going to be able to be returned, as to my
23   client, is not guilty.
24            Now, what exactly, and why are you here?  You are
25   here because you are doing a civil service, a public service
```

1    that is such a part of our system.  You've heard the phrase

2    "liberty and justice for all."  Justice requires that this

3    case gets decided based on the law.  Justice requires that you

4    listen to the evidence in this case and you give it your full

5    attention.

6         And that when his Honor, at the end of the case,

7    instructs you on the law to apply, that you follow that law.

8    For over 240 years, or whatever it is -- and it was a

9    tremendous moment in history today when a new president, every

10   four years or eight years, whatever it might be, on January

11   the 20th, after the election, at 12:00, a new president comes

12   in.  That's been happening since the founding fathers started

13   this great nation that we live in.

14        A jury is what I call the filter through which

15   justice flows.  The filter through which justice flows.

16   Because if the prosecutor charged people, and the prosecutor

17   had the say in putting people in jail, this would not be the

18   United States of America.

19        Thank you.

20                    OPENING STATEMENT

21        MR. CANO:  May it please the court, Your Honor.

22   Colleagues, ladies and gentlemen, good afternoon.  Yet another

23   lawyer to talk to you.  It will be brief.

24        Mr. Levin noted, of course, we have a new president,

25   and it's important to note that you too will have a similar

1  situation, as he does.  This new president is being presented

2  with a myriad of questions that he must balance.  You, as a

3  unit, as a unanimous group, as a jury, must balance the

4  evidence the Government is going to present to you.  A lot of

5  razzle-dazzle, a lot of videos, charts, things of that nature.

6        But what you have to take into account, what does

7  that have to do with this young man, his knowledge and his

8  willing participation in a conspiracy?

9        You've heard that there are three vessels.  And

10  please, that is most important that you bear that in mind.  A

11  Scarab, which is a boat that you will hear termed a go-fast

12  vessel.  The term speaks for itself.  This is the boat where

13  there were 32 Cuban migrants aboard.  Unfortunately, tragedy

14  occurred.  One died.  There's no erasing that.

15        But what does that boat have to do with this

16  particular young man?  What will the evidence show to you,

17  that the Government must present, and try to convince you

18  beyond a reasonable doubt that he had something to do with a

19  conspiracy?  Certainly there was a conspiracy.  There were

20  people driving that Scarab.  No doubt of that.  Does it have

21  anything to do with him?

22        By the time you finish the case, I dare say your

23  answer will be, in unison, no.  Not as to Brainer Gomez.  That

24  is his name, Brainer Gomez.  I don't represent any of the

25  other gentlemen.  They have fine counsel to handle their

TUESDAY, JANUARY 20th, 2009

1  particular chores.  And you will listen to them as well, as

2  diligently as you have listened to counsel for the Government,

3  and Mr. Levin and myself.  But the bottom line is, your

4  balancing of the evidence, your concluding, does it prove

5  beyond a reasonable doubt that Brainer Gomez, on a boat that

6  was not shown to have an illegal alien, that was not shown to

7  have a fuel drum, that was not shown to have spilt fuel from

8  fuel drums that the Government is going to suggest were being

9  passed on to another vessel.

10         There is no indicia, whatsoever, on the Sea Fox,

11 which is one of the three vessels the Government is alleging

12 were out there -- as Mr. Levin pointed out, there may be more

13 vessels.

14         The long and the short of it is, you have a tough

15 job.  You have a job that's been done in this country for over

16 200 years, successfully.  And it's your job to insure this

17 country continues.  You are the bulwark against the crowd, so

18 to speak.  This is how the jury service commenced.  Juries

19 were the bulwark against the crown of the UK, in Great

20 Britain.

21         You, too, are the ones who decide what the Government

22 in this country brings forth.  Is it valid against Mr. A,

23 Mr. B, Mr. C, and Mr. D?

24         Please pay close attention to this evidence.  And

25 view the evidence, in particular as to this defendant, as

1    opposed to any other person in this courtroom.  I'm convinced

2    by the time you finish your deliberations, and you're

3    considering every bit of evidence that comes in, your answer

4    will be that this gentleman is not guilty.

5            Thank you.

6                        OPENING STATEMENT

7            MR. ALDAZABAL:  May it please the Court, members of

8    defense, members of the prosecution, ladies and gentlemen of

9    the jury.  One of the disadvantages of being the third one to

10   talk to you is that both my colleagues have covered just about

11   everything I wanted to say.  The advantage is, of course, that

12   I'm going to be a lot shorter.

13           And ultimately, your job is going to be very

14   difficult in execution, but I would suggest not so difficult

15   in theory.  What you're going to have to do, and there are

16   four different trials right here, because there are four

17   defendants, four defense counsels, so four individual verdicts

18   that you have to arrive at.  Guilty, or not guilty, as to each

19   one of these defendants.

20           But ultimately, somewhat simplistically, what you

21   have to do is you have to evaluate the evidence.  You have to

22   decide what the evidence proves.  You have to study the

23   evidence, and you will have an opportunity to do that.  But

24   ultimately, you are going to have to say what does this

25   evidence say, in my particular case, against Humberto

1  Carrazana?  The gentleman that I represent.

2          Once you do that, the second part is, perhaps, a

3  little more theoretically complicated, because Judge Moore,

4  His Honor, is going to read you the law.  And you have to

5  follow the law.  You have no choice on that.  He will give you

6  the law, you follow it.  But you take that evidence, and

7  that's your determination because you are all here to

8  determine the facts in this case.

9          And those facts are very important.  Why?  Because

10  those facts, as has already been alluded to several times by

11  Judge Moore and by co-counsel, have to convince you beyond a

12  reasonable doubt the guilt of that defendant.

13          So when the prosecution in their opening argument

14  said, well, there were three boats, I'll tell you that one of

15  the boats had all the migrants.  And that the people in that

16  boat where the gentleman unfortunately passed away, are not

17  here today, because they already pled guilty.  The other two

18  boats had no migrants on them.  That's a beginning important

19  factor.  But it goes beyond that.

20          A statement was made to you in opening by the

21  prosecution, these boats were "pretty close."  Well, pretty

22  close doesn't work in this type of situation.  Why?  Because

23  the evidence has to show that these people were all involved

24  in one conspiracy.  If it doesn't show that, then pretty close

25  doesn't make it.

1            That there was refueling.  That there's videos of

2    refueling and, I think, fuel drums.  Where are the fuel drums?

3    You are going to see these videos and once you see the videos,

4    you will make your own determination.  But unlike the video

5    you may watch on TV or a home video, you will see what kind of

6    videos we are talking about.  We are talking about a video

7    shot at night, black and white.  It's a special type of

8    camera.  I'm not technically savvy, so I can't tell you how it

9    works, but you will see the videos, and you will determine

10   were these boats actually together?

11           Because you will see the camera pan.  And you will

12   see that this was taken from a Coast Guard cutter, but you

13   can't make a determination how many miles is there between one

14   boat and another boat and other boats that you will see in the

15   video.  Because you will see other boats out there.  Because

16   these are the Florida Straits, I mean, people go fishing --

17   whatever else they do there, I don't know.  But these are the

18   Florida Straits, there's boats out there.

19           And the boat that Mr. Carrazana was on, when you see

20   the video, if you are able to make a determination, you won't

21   see the face anywhere, you won't see any identification on

22   that boat to tie him to that boat.  But you will see, and you

23   will see this in the videos, is a little dot, a little white

24   boat a distance away that cannot be determined unless one of

25   the -- one of the -- the Coast Guard is going to tell you,

TUESDAY, JANUARY 20th, 2009

1   these were x-number of miles away.  These are not clear, clear

2   shots of anything.

3        So you have to make the determination, after you take

4   all the evidence in, was this young man actually involved in

5   the conspiracy?

6        I'm not going to go over what conspiracy is;

7   Mr. Levin did a great job of explaining that, and the Judge

8   will give you that aspect of the law once it's all over.  So

9   what I want to ask you is, don't -- well, you are already

10  sworn that you are not going to presume anybody guilty because

11  they are, as they sit there, presumed innocent.

12       Look at all the evidence carefully.  Listen to the

13  law that the Judge is going to give you.  Three boats here,

14  only one boat had migrants, only one boat had somebody die on.

15  The fast Scarab, only one boat, to quote the prosecution, took

16  off at a high rate of speed, which is another thing to

17  consider.

18       For you people that know about boats, and I know

19  there are quite a few of you on the jury that do, you know,

20  we're talking about a Scarab, which is, to the best of my

21  knowledge, is a speed boat with triple, 200-something motors.

22  And they were talking about the boat that Mr. Carrazana was

23  in, a Chris Craft.  When you see in that video that Scarab

24  take off, you are going to see something that I only see when

25  I see movies of these ocean racers.  I mean, this Scarab is

1    like whah, whah, whah, whah.  Super fast.

2         When you see what the Government is going to try to

3    tell you is Mr. Carrazana's boat, your determination whether

4    it is or not, you will see a boat that is just cruising.  But

5    somehow, the evidence is supposed to show that all three of

6    these boats took of, and I'm quoting, together, and headed

7    towards the coast of Florida.

8         Look at the detail.  This case, in particular, as

9    most criminal cases are, it's about the detail in the

10   evidence.  Think about it carefully before you make your

11   decision.  Listen to the Judge when the law has to be applied

12   to those facts, and to that evidence.

13        Once you do that, and if you do it well, I submit to

14   you that you will find that Humberto Carrazana is not guilty

15   of basically the two, it's 32 counts, but really it's really

16   two charges.  Conspiracy to bring the illegal aliens, and the

17   actual bringing in of 32 illegal aliens.

18        Again, I ask you to pay lots of attention to the

19   evidence, because it's going to be the starting point in your

20   determination of whether this gentleman should be here or not.

21        Thank you, very much.

22                   OPENING STATEMENT

23        MR. HOROWITZ:  May it please the Court, Counsel; good

24   afternoon, ladies and gentlemen.  I bring you good news.  I'm

25   last.

TUESDAY, JANUARY 20th, 2009

1        You've heard from the Government.  You've heard from

2    the three defense attorneys.  And Mr.  Aldazabal is absolutely

3    correct, going third and fourth, I sat there with a blue pen

4    and started crossing things off.  A lot of things have been

5    covered.

6        My name is Phil Horowitz and I represent this

7    gentleman right here, Arley Ceballo Gonzalez.

8        Why is he here?  He is here because he has been

9    indicted or charged or accused of a crime by the Government.

10   Now, the word indicted or charged or arrested has a sinister

11   connotation, but I want to tell you what an indictment is and

12   what an indictment isn't.  An indictment is like a wedding

13   invitation.  Tells you who, what, where, and when.  But is not

14   evidence of marriage.  An indictment informs the defendant

15   who, what, where and when, but is not evidence of guilt.

16       As Mr. Ceballo Gonzalez sits here today, and all

17   these gentlemen sit here today, they are presumed innocent.

18   He has pled not guilty to the charges contained within the

19   indictment.  By pleading not guilty, he has basically told the

20   Government, oh, yeah?  Prove it.  And they have to prove it

21   beyond a reasonable doubt.  That is their burden of proof.

22       That burden of proof doesn't jump over to this side

23   or come back here.  It stays at this table and it's firmly

24   rooted right here throughout this trial.

25       That's where you, ladies and gentlemen, come in.  You

TUESDAY, JANUARY 20th, 2009

1   are the judges of the facts.  The facts will come at you in

2   two different ways.  Tangible, things you can hold;

3   intangible, testimony that will come from that witness stand,

4   right there.

5        Testimony will come at you two different ways.

6   Direct, cross-examination.  Direct, Government will call a

7   witness, they will ask direct questions.  Cross-examination,

8   all or some of the defense attorneys will have an opportunity,

9   if they wish, to question these witnesses.  When you go back

10  and deliberate, we request that you listen to all the

11  testimony, both direct and cross-examination.

12       Now, does a defendant or a defense attorney have to

13  cross-examine a witness?  I can sit in my nice chair over

14  there, do a crossword puzzle.  Not ask a witness a single

15  question.  Not introduce a piece of evidence.  While at the

16  end of the case you may not think much of my legal skills, if

17  the Government does not prove their case beyond a reasonable

18  doubt as to this gentleman, you must, to be true to your oath,

19  find him not guilty.

20       Everybody has mentioned the peaceful transition of

21  power that we had today, and from what I heard on the radio on

22  the way down, this is the 56th such transfer, pursuant to

23  the United States Constitution.

24       Our constitution requires a trial by jury.  That you

25  have a right to a trial by jury.  And that's what we have

TUESDAY, JANUARY 20th, 2009

1  here, an exercise of those rights.  I want you to listen and

2  focus on the evidence as it comes from that witness stand.  As

3  it comes with tangible things as to Arley Ceballo Gonzalez.

4         At the end of the case, I'll have one more chance to

5  address you.  Trials are kind of like movies.  These are

6  previews of coming attractions.  Your main feature comes right

7  from there.

8         Then we have for us, a little bit of gray hair, the

9  old Siskel and Ebert part at the end, that's the closing

10  argument.  And at that point, I'll have a chance to address

11  you once again, and review with you what you heard and what

12  you saw.  And at that time, we'll ask that you find Arley

13  Ceballo Gonzalez not guilty of the charges in this case.

14         Thank you for your patience and time.

15         MR. BROWN:  Your Honor, the Government calls --

16         THE COURT:  Let me ask the jury first, because we

17  have been seated now for, since about 2:30, if anybody needs a

18  break.  If you don't, then we will call our first witness.  If

19  you do, we will take a short recess and come back and take the

20  first witness.

21         Anybody need a break?  No?  Ready?  Okay, go.

22         MR. BROWN:  The Government calls to the stand Mr.

23  William Wolfe.

24                    WILLIAM WOLFE,

25    having been first duly sworn, testified as follows:

TUESDAY, JANUARY 20th, 2009

```
 1            COURTROOM DEPUTY:  Please be seated.  Would you state

 2   your full name into the microphone?

 3            THE WITNESS:  William E. Wolfe.  W-O-L-F-E.

 4                         DIRECT EXAMINATION

 5   Q.  (BY MR. BROWN)  Good afternoon, Agent Wolfe.

 6   A.   Good afternoon.

 7   Q.   Sir, who do you work for?

 8   A.   I work for Homeland Security, Customs and Border

 9   Protection, Miami Marine Branch, at Homestead Air Reserve

10   Base.

11   Q.   And how long have you worked for that agency?

12   A.   Approximately 23 years.

13   Q.   And in that capacity, what is your title with the agency?

14   A.   I'm an air interdiction agent.

15   Q.   What does that mean?

16   A.   Primarily, I operate various types of radar and

17   electro-optical, and infrared cameras on Customs' aircraft.

18   Q.   And where are you currently assigned?

19   A.   At the Homestead Air Reserve Base, up near Miami.

20   Q.   And, you mentioned that you are assigned to an aircraft?

21   A.   To several different types of aircraft, yes.

22            MR. BROWN:  Your Honor, may I approach the witness?

23            THE COURT:  All right.

24   Q.  (BY MR. BROWN)  I'm showing what's been previously marked

25   as Government's Exhibit Number 10, do you recognize that, sir?
```

90

1   A.   Yes, I do.

2   Q.   What is it?

3   A.   That is a de Havilland Dash 8 maritime patrol aircraft.

4   Q.   Is that the type of aircraft that you operate in?

5   A.   Yes, it is.

6   Q.   Is this a fair and accurate picture of the aircraft as

7   you remember it?

8   A.   Yes, it is.

9        MR. BROWN:  Your Honor, at this time I move for

10  admission of Government's Exhibit Number 10 into evidence.

11       MR. ALDAZABAL:  No objection.

12       THE COURT:  Admitted.

13     (Government's Exhibit 10 is admitted into evidence.)

14       MR. CANO:  May we have an objection by one as an

15  objection as to all?

16       THE COURT:  That wasn't my question, but, of course.

17       MR. ALDAZABAL:  I'll do it.

18       MR. BROWN:  No objection, Your Honor?

19       MR. ALDAZABAL:  No objection.

20       MR. BROWN:  May I publish to the jury?

21       MR. LEVIN:  Judge, maybe I should object.

22       MR. BROWN:  Formalities.

23       May I publish this to the jury?

24       THE COURT:  Yes.

25       MR. BROWN:  Thank you.

1          Judge, may I just ask, for administrative purposes,

2    can every member of the jury see this projection on the wall?

3    Is your view obstructed?

4          THE JUROR:  I can see it, mostly.

5    Q.  (BY MR. BROWN)  Officer Wolfe, are you able to see it?

6    A.   I can move to see it, yes.

7    Q.   Officer Wolfe, on this picture, please tell us where you

8    sit in relation on this picture?

9    A.   If you see the large window, right there, just by the

10   propeller, there is a sensor station on the left side, and an

11   identical station on the right side.

12   Q.   Okay.  Sensors, what kind of sensors are on this

13   aircraft?

14   A.   If you look low, you will see a black bulge, right there.

15   That is the radar, on the housing for the antenna, for a

16   360-degree surface-search radar.  And also in the front there,

17   by the landing gear, if you come forward, you will see a gray

18   turret.

19   Q.   Right there, sir?

20   A.   Yes.  Yes, that houses the electro-optical and infrared

21   cameras.

22   Q.   Is there any other special kind of equipment on this

23   aircraft?

24   A.   No.

25   Q.   Okay.  So radars and --

TUESDAY, JANUARY 20th, 2009

1   A.   Electro-optical and infrared cameras.

2   Q.   Okay.  And, in this aircraft, how many missions have you

3   flown?  You can tell in hours or the number of sorties you've

4   flown.

5   A.   We have had the airplane for approximately two years.

6   I've probably flown at least 60 or 70 sorties in it.

7   Q.   In this actual aircraft?

8   A.   Actually, we have, right now, three of these airplanes.

9   Q.   Okay.  Prior to this, how many -- did you fly missions in

10  other types of aircraft?

11  A.   Yes, I did.

12  Q.   How many?

13  A.   I would say over 1,000 hours in different types of

14  aircraft.

15  Q.   Any of those aircraft have the same type of sensor?

16  A.   They had, some had air-to-air capability, and we also did

17  have aircraft that had maritime capability, but not as good as

18  this one.

19  Q.   Okay, sir.  So talking about the sensors, can you explain

20  to us, I believe you used the term FLIR, is that correct?

21  A.   Correct.

22  Q.   What is that, sir?

23  A.   FLIR is infrared.  It detects differences in heat, so you

24  do not need any light.  The hotter the object, the darker it

25  will be.

TUESDAY, JANUARY 20th, 2009

1  Q.   Okay.  And you operate the equipment that has this

2  capability on the aircraft?

3  A.   Yes, I do.

4  Q.   And I think you talked about a radar?

5  A.   That is correct.  It's a 360-degree surface-search

6  radar.

7  Q.   And what does that do?

8  A.   It -- 360-degrees, it sweeps around the aircraft.  It can

9  track and scan targets, and track up to 200 targets at a time.

10  Q.   Okay.  What is the mission of this aircraft?

11  A.   Our mission of this aircraft is to go out, maritime

12  patrols, to attempt to detect and then interdict any type of

13  maritime vessels attempting to come into the United States, or

14  the Bahamas.

15  Q.   Okay.  And when this aircraft goes out, how many people

16  launch with this aircraft?

17  A.   Ideally we have a crew of four.  Two pilots and two

18  sensor operators.

19  Q.   The sensor equipment on board here, does it have the

20  capability to record?

21  A.   Yes, it does.

22  Q.   Do you operate those recording devices?

23  A.   Yes, I do.

24  Q.   Let me turn you to the events of September 23rd, 2008.

25  Where were you on that day, that evening?

TUESDAY, JANUARY 20th, 2009

1   A.    I reported at 4:00 for a 4:00 to midnight shift at the

2   air branch.

3   Q.    And what did you do after you reported?

4   A.    I was assigned to the MSO-1 missions systems, operator

5   one, 3 Mike Romeo.

6   Q.    What was the task of 3 Mike Romeo that evening?

7   A.    We had no hard intelligence or task.  We would go out and

8   do a routine patrol, which we were going to take off out of

9   Homestead, head towards Bimini.  See if we could detect any

10  targets there.  And if nothing, we were going to head down

11  towards the 24th latitude, and then patrol along the waters

12  between Cuba and the United States.

13  Q.    And did the plane, in fact, take off on that mission?

14  A.    Yes, it did.

15  Q.    And what transpired during that mission?

16  A.    We took off at approximately 6:45 p.m.  We headed towards

17  Bimini.  We did not see any targets.  We proceeded heading

18  down south, and at approximately 8:20 or so, the radar

19  operator detected a target approximately 35-miles west of

20  Andros Island.

21        At that time, I instructed the flight crew to head

22  over that way, and as we got closer, on the FLIR, we were able

23  to determine that there were two vessels rafted up together.

24  The eastern-most vessel had a large amount of people on board.

25  The other vessel, that was to the west, had about two or three

TUESDAY, JANUARY 20th, 2009

1    people on board.

2    Q.    So vessel number one had a lot of people on board?

3    A.    That's correct.

4    Q.    Vessel number two was next to vessel number one?

5    A.    It appeared they were tied up together, rafted up

6    together.

7    Q.    You just gave us a lot of information, so let me

8    backtrack a little bit.

9         You indicated -- when you get underway or take off on

10   that aircraft, what is your title on that aircraft?  What are

11   you, specifically, in charge of?

12   A.    As the MSO-1, mission systems operator one, I'm the

13   mission commander.  I tell the pilots where to go, how to fly

14   the aircraft, and everything is set for safety of flight.

15   Q.    And what equipment are you in charge of?

16   A.    I'm in charge of both the radar and the FLIR and, also,

17   the radar operator that sits next to me.

18   Q.    And do you have a picture of the radar device in front of

19   you as well?

20   A.    Yes, I can have that up in front of me, and I usually do.

21   Q.    And you've previously talked about -- we talked about the

22   equipment has the capability to record; how does that

23   recording work?

24   A.    It records to a hard drive, and then we can pull it off,

25   using thumb drives or flash drives.

1   Q.   And regarding the events off the Bahamas on September

2   23rd, 2008, did you record those events?

3   A.   I took some pictures that I'm able to do, and also record

4   it.  Unfortunately, we did have problems with the DVR, and it

5   kept shutting down so there are some gaps in the recording.

6   Q.   But you did record the events?

7   A.   Yes, I did.

8          MR. BROWN:  Your Honor, may I approach the witness?

9          THE COURT:  Yes.

10  Q.   (BY MR. BROWN)  Agent Wolfe, do you recognize that?

11  A.   Yes, I do.

12  Q.   What is that, sir?

13  A.   It's an original DVD of the events of the 23rd of

14  September.

15  Q.   Do you remember what's on that?

16  A.   There were 12 pictures I took, and five segments of

17  recording.

18  Q.   And you mentioned -- I just want to get back to a

19  microphone so everybody could hear me.

20          You mentioned that the system has the capable to take

21  still pictures as well?

22  A.   That is correct.

23  Q.   And those are the 12 pictures you are referring to that's

24  on the disk?

25  A.   Yes.

97

1    Q.    Have you had an opportunity to review the video and the

2    pictures on the disk?

3    A.    Yes, I have.

4    Q.    Do they accurately reflect the events, as recorded by you

5    and the pictures taken by you, on September 23rd, 2008?

6    A.    Yes.

7    Q.    And how do you know that you've reviewed that disk?

8    A.    I have my initials on the case, and on the exhibit

9    sticker.

10   Q.    And you have previously reviewed those, correct?

11   A.    Yes, I have.

12         MR. BROWN:  Your Honor, at this time, the Government

13   moves for admission into evidence Government's Exhibit Number

14   1?

15         THE COURT:  Any objection?

16         MR. ALDAZABAL:  No objection.

17         THE COURT:  Admitted.

18      (Government's Exhibit 1 is admitted into evidence.)

19         MR. BROWN:  I think it's easier -- since the

20   underlying pictures, Your Honor, are on the disk, I'll show

21   them.  Before I do -- but since they are already in evidence,

22   we have them previously marked as Government's exhibits, so I

23   can introduce them individually, even though they are on the

24   disk, so they can be published to the jurors.

25         This is 11 through 15, and 94 through 100.

TUESDAY, JANUARY 20th, 2009

```
 1              THE COURT:  All right.  They are on the disk.
 2              MR. BROWN:  I would move for Government's 11 through
 3   15, and number 94 through 100 into evidence.
 4              THE COURT:  They are admitted.
 5         (Government's Exhibits 11 through 15, and 94 through 100
 6   are admitted into evidence.)
 7              MR. BROWN:  May I publish them, Your Honor?
 8              THE COURT:  All right.
 9              MR. BROWN:  Your Honor, may I respectfully request
10   that we could dim the lights so we could maybe see the videos
11   better?
12              THE COURT:  Okay.
13   Q.  (BY MR. BROWN)  Officer Wolfe, this is Government's
14   Exhibit Number 11.  In the top left-hand corner of this
15   picture, what's in the top left-hand corner?
16   A.   That is the date and time in Greenwich Mean Time.
17   Q.   What does that mean, Greenwich Mean Time?
18   A.   Greenwich Mean Time is the time it is in Greenwich,
19   England.  It's used worldwide by military and federal law
20   enforcement officers to reference time.
21   Q.   So, on this date and this occasion, how many hours do you
22   have to take away in order to get the correct local time?
23   A.   Subtract four hours from that.
24   Q.   What is the correct local time on this picture, sir?
25   A.   It would be 8:21.
```

1  Q.    Thank you, sir.  Moving clockwise from that, and Officer

2  Wolfe, if you need to step down, I can provide you with a

3  microphone.

4        Moving around clockwise, if you could explain the

5  heading up top, and what those different things mean?

6  A.    May I, Your Honor?

7        THE COURT:  All right.

8        MR. BROWN:  Judge, may I provide the witness with the

9  microphone?

10 A.    I can do this.

11       Next to the date and time, that's the round track and

12 auto is the system mode I'm in.  The IR tells me that it is in

13 the infrared mode.  The other numbers are there just used for

14 maintenance, and we don't use them in the aircraft itself.

15       The numbers on the left side there, that run up and

16 down, is the elevation of the FLIR itself, in degrees.  The

17 numbers on the bottom there, where you see 60, 265, 270 is

18 the azimuth for the FLIR --

19 Q.    Let me stop you for just a minute.  IR, what is infrared?

20 A.    Infrared is -- it allows you to take photos and a camera

21 at night without visible light.  It detects heat sources.

22 Differentiates between hot and cold.

23 Q.    Okay.  And then, the thing that you were pointing to now

24 is between the LI cutoff, on the left-hand side, and the off

25 button on the right, is that correct?

TUESDAY, JANUARY 20th, 2009

1  A.   Okay.  The numbers along the bottom there -- okay, LI

2  cutoff, and LI -- or, excuse me, LI cutout, and LI off, is the

3  laser illuminator that was not being used at the time.  And --

4  Q.   Yes, sir.  Let me ask you, what is the laser illuminator?

5  A.   Laser illuminator is a -- it's a laser that we can

6  designate a target and, with the appropriate night vision

7  equipment on the ground, can see the laser.

8  Q.   Okay, sir.  Please continue.

9  A.   The numbers on the bottom there, 62, 65 (inaudible) is

10 the azimuth of the FLIR, in reference to the nose of the

11 aircraft.  And in this regard, it is about 272 degrees from

12 the nose of the aircraft.

13 Q.   What does that mean, sir, 272 degrees?

14 A.   It would be approximately at the aircraft's left wing.

15 Q.   I don't mean to stop you, sir, but is it what is commonly

16 referred to as a relative-type position to the aircraft?

17 A.   Yes, relative to the nose of the aircraft.

18 Q.   Thank you, sir.

19 A.   On the bottom of the aircraft, the latitude, longitude on

20 the left-hand side there, is the current position of aircraft.

21 The 082 is the heading of the aircraft.  1241 is the altitude

22 of the aircraft.  The zero in the middle there is the terrain

23 evaluation, which in this case is zero.  The 354 is the true

24 bearing to the target.

25       The 2.5 is the distance, in other words,

1  two-and-a-half miles, direct line from the aircraft to the

2  target there.

3  Q.   Yes, sir.  Let me stop you there, Agent Wolfe.  The 354,

4  you said true bearing.  What does that mean, true bearing?

5  A.   If you were looking at a compass, it would be 354 degrees

6  looking at a compass, so, just a little less than north.

7  Q.   Thank you, sir.  Please continue.

8  A.   And then the latitude and longitude, on the right-hand

9  side, is the position of the target.

10  Q.   Thank you, Officer Wolfe.  And the position of the

11  target, how do you get that position or know where that

12  estimate is from the equipment?

13  A.   The aircraft is equipped with GPS, and they are full

14  navigation systems.

15  Q.   But how do you know that that target has that latitude

16  and longitude that is being given out?

17  A.   Wherever the crosshairs are on the FLIR, is where it is

18  going to be.

19  Q.   In this picture, what are you referring to as the

20  crosshairs?

21  A.   The four little lines right there.  Correct.

22  Q.   Thank you, sir.  In this picture, what are we looking at?

23  A.   This is two of the vessels rafted up.  The low boat, the

24  Scarab, is the closest one to you, with the people on board.

25  Q.   Okay, sir.  So that would be vessel number one, with the

TUESDAY, JANUARY 20th, 2009

1  people, and vessel number two?

2  A.   Correct.

3  Q.   Okay, sir.  Show you Government's Exhibit Number 12.

4  What time was this picture taken, sir?

5  A.   8:44.

6  Q.   What are we seeing here?

7  A.   At that time, the third vessel, the Sea Fox, showed up.

8  The Scarab and the Chris Craft are still tied up, or rafted

9  together, when the third vessel showed up.

10 Q.   Thank you, sir.  I want to show you Government's Exhibit

11 Number 13.  What time was that picture taken, sir?

12 A.   8:45.

13 Q.   What are we seeing here?

14 A.   Once again, the Scarab and the Chris Craft were right

15 there.  Still rafted up.  And the Sea Fox is just -- he

16 maneuvered a little bit before he finally came into, come to

17 the left side of the Chris Craft.

18 Q.   Okay, sir.  Let me show you Government's Exhibit Number

19 14.  What are we seeing here -- excuse me.  What time was this

20 taken?

21 A.   8:49 p.m.

22 Q.   What are we seeing here?

23 A.   That's all three vessels together.

24 Q.   I show you Government's Exhibit Number 15.  What time was

25 this picture?

TUESDAY, JANUARY 20th, 2009

1    A.    That's at 9:15 p.m.

2    Q.    And what are we seeing here?

3    A.    Still all three vessels together.

4    Q.    Okay.

5          MR. BROWN:  At this point, Your Honor, with the

6    permission of the Court, I would like to play Government's

7    Exhibit Number 1?

8          THE COURT:  All right.

9    Q.    (BY MR. BROWN)  At this point in the video, this is the

10   point of the video where you began recording, correct?

11   A.    Yes.

12   Q.    How long had you been on scene prior to this recording?

13   A.    Approximately 20 minutes.

14   Q.    When you first got on scene, how many vessels were on

15   scene?

16   A.    The two go-fast.  The Scarab and the Chris Craft.

17   Q.    And, approximately, how long after being on scene did the

18   third vessel came on scene?

19   A.    Approximately 20 minutes.

20   Q.    Is this about the approximate time the third vessel

21   arrived on scene?

22   A.    Yes.

23   Q.    When you began recording?

24   A.    Yes.

25   Q.    When you were observing vessels number one and two, prior

1   to vessel number three coming on scene, what did you observe?

2   What could you see?

3   A.   We did see individuals go back and forth between the two

4   boats.  And, at one point, observed a splash in the water from

5   the stern of one of the boats.

6   Q.   Okay.  And then, when this vessel came on scene, what did

7   you observe this vessel initially do when it came on?

8   A.   He came on scene, he slowed down.  He looked like he was

9   circling to leave, circled.  And then he eventually, as you

10  can see, joined up with the other two boats.

11  Q.   Why is there no sound on this video?

12  A.   There was a problem with the equipment, and no audio was

13  recorded.

14  Q.   And while this is going on, what is being relayed?

15  A.   As soon as we saw the first vessel with the migrants on

16  board, I notified U.S. Coast Guard, and also our Customs, to

17  try and get us some service assets to assist us.

18  Q.   And about how far off the coast of the Bahamas were you

19  at this point?

20  A.   They were about 35 miles west of Andros Island.

21  Q.   Okay.  While you were observing these vessels rafted up,

22  next to each other, did any other vessels, besides these

23  three, come into the area?

24  A.   In this area, no.

25  Q.   So what are we seeing here, Officer Wolfe?

TUESDAY, JANUARY 20th, 2009

1  A.    Just all three vessels that are rafted up together.

2  Q.    And how far away are you at this point?

3  A.    Four miles.

4  Q.    How do you know that?

5  A.    The 4.0 down there.  Correct.  Right there.

6  Q.    And how far -- in what direction were you from the

7  aircraft?

8  A.    The -- we are headed roughly eastbound, and they are off

9  our left wing.  We are in a left-hand orbit, circling the

10 vessels.

11 Q.    When you came on scene, could you see any lights on the

12 targets?

13 A.    No.

14 Q.    Could you have been able to identify whether there were

15 lights on the targets?

16 A.    I first asked the pilots if they could see any lights --

17        MR. LEVIN:  Objection -- go ahead.  Withdrawn.

18 A.    In addition, I have a one of my cameras set up as a

19 spotter camera that picks up daylight, but will also pick up

20 lights on vessels, and I did not pick up any lights on my

21 camera.

22 Q.    (BY MR. BROWN)  On any three of these vessels?

23 A.    On any vessels.

24 Q.    And about how long, total in length -- we are going to

25 see the videos -- did you observe these vessels?

TUESDAY, JANUARY 20th, 2009

1    A.    From about 8:23, when we came on scene, to when they were

2    stopped, at approximately 11:45 p.m.

3    Q.    During that entire time, did you either -- again, why was

4    it -- let me rephrase.

5          During that entire time, did you have these boats

6    either visually in the MARFLIR or on radar?

7    A.    Yes.

8    Q.    What time does this video start, approximately?

9    A.    It's 8:49.

10   Q.    What are we seeing here?

11   A.    Once again, all three vessels rafted up together.  The

12   Scarab is on the left; the Chris Craft in the middle; and the

13   Sea Fox on the right.

14   Q.    Say that again, please.

15   A.    The -- excuse me.  The Scarab, with the migrants on

16   board, is on the left; and then the Chris Craft in the middle;

17   and the Sea Fox on the right.

18   Q.    And about how long did you observe these vessels rafted

19   up next to each other?

20   A.    Until about 10:00 is when it finally started moving.

21   Q.    And, about what time did the Sea Fox come on scene again?

22   A.    It was approximately 8:43.

23   Q.    About one hour, you saw these vessels?

24   A.    An hour to an hour and 20 minutes.

25   Q.    Rafted up together?

TUESDAY, JANUARY 20th, 2009

1  A.    Yes.

2  Q.    Again, what type of action are you -- is the aircraft

3  taking in order to relaying to the Coast Guard?

4  A.    We maintained approximately a four-mile orbit around the

5  vessels.  I contacted sector Key West, who had a cutter that

6  was about 40 miles to the southwest, notified him.  He

7  proceeded in our direction.  Also notified some more cutters,

8  they were up in the north, and started heading south.

9  Q.    Thank you.  I think you mentioned you previously saw a

10  splash in the water at one point?

11  A.    Yes.

12  Q.    Did you see any other splashes in the water?

13  A.    I did not.

14  Q.    Could you have seen everything being put into the water?

15  A.    No.

16  Q.    Why couldn't you have seen everything being put into the

17  water?

18        MR. LEVIN:  Objection.  Speculation.

19        THE COURT:  Well, let me hear the answer first, and

20  then we will rule on it.

21        THE WITNESS:  Because there may have been several

22  times that I looked away to change the radio frequency, and

23  sometimes I'll settle the aircraft, may have been out of

24  position for about a second or two while they were readjusting

25  their orbit.

```
 1              THE COURT:  Overruled.
 2   Q.   (BY MR. BROWN)  What are we seeing here, Agent Wolfe?
 3   A.   It's still the three vessels, still rafted up together.
 4   We are about four miles in the left-hand orbit, off our left
 5   wing.
 6   Q.   And again, what are you observing through this?
 7   A.   We are observing the three vessels rafted up together.
 8   Not moving, just drifting together.
 9              MR. BROWN:  Judge, for expediency, while this is
10   being played, I would like the jurors to see it.  Can I hit
11   fast forward and stop it at pertinent points?
12              THE COURT:  Please.
13              MR. BROWN:  Thank you.
14   Q.   (BY MR. BROWN)  Officer Wolfe, what are we seeing here?
15   A.   Once again, it's the three vessels rafted up.  The Scarab
16   is on the right; the Chris Craft in the middle; and the Sea
17   Fox on the left.
18   Q.   And what vantage point are you seeing the vessel here?
19   A.   That's from the stern.
20   Q.   And what does the stern refer to?
21   A.   That's their back end.
22   Q.   Thank you, sir.  Officer Wolfe, I believe this is the
23   third segment of the video.  What time does this start?
24   A.   9:48.
25   Q.   And for the members of the jury, I apologize for the
```

1    technical difficulty on the last video.

2          What are we seeing here, Officer Wolfe?

3    A.   The Sea Fox has separated from the other two boats.

4    Q.   And where in this reference frame is the Sea Fox?

5    A.   The Sea Fox is over to the left.  That one right there.

6    And that is the Scarab.

7    Q.   As we see the screen change different functions, or looks

8    like you are getting closer; what are you doing?

9    A.   I'm changing -- I have zoom-in, zoom-out capability.

10   When I zoom in very close, it gets kind of distorted like

11   that, but gives us our best capability of seeing what is going

12   on.

13   Q.   And what are we seeing here?

14   A.   The Sea Fox had separated a little bit.  He came back

15   again.  And now he's just staying off their port side a little

16   bit.

17   Q.   When they start getting underway here, in what direction

18   do they head towards?

19   A.   They head northwest, towards the United States.

20          MR. CANO:  Objection.  Speculation.

21          THE COURT:  Sustained.

22          MR. CANO:  Move to strike.

23          THE COURT:  Unless you can lay a foundation for that,

24   the direction they were heading?

25   Q.   (BY MR. BROWN)  Officer Wolfe, how would you know what

1  direction they are heading in?

2  A.   The radar's capability of giving the target's speed and

3  heading.  And once they started heading, the radar operator

4  informed me.

5  Q.   And how long did you track the vessels once they stopped

6  rafting up to one another?

7  A.   We tracked them from when they slid apart to when the

8  Coast Guard stopped them.

9  Q.   What direction were they traveling?

10 A.   They were headed northwest.

11 Q.   And what are you doing there?

12 A.   I zoomed out a little bit to get the three vessels on the

13 camera.  The Sea Fox, it's just going off the right side, over

14 there.  And now the other two vessels are starting to split

15 up, also.

16 Q.   What was the weather like out there, Officer Wolfe?

17 A.   The weather, in that area right there, was clear.  There

18 were some winds and a rough chop on the water.

19 Q.   What was the cloud coverage like?

20 A.   At that point, very few clouds.  The closer we got into

21 shore, we ran into some clouds and rain.

22 Q.   And how does that effect the equipment?

23 A.   Once we go into clouds, we are not able to see anything

24 on the camera, and then we rely on the radar.  If we can break

25 out of the clouds, and then we rely on the FLIR again.

TUESDAY, JANUARY 20th, 2009

1  Q.   Did that happen on this occasion?

2  A.   Yes, it did.

3  Q.   When you went into the clouds, did you still have the

4  vessels on the radar?

5  A.   Yes, we did.

6  Q.   Now, while you are tracking these vessels as they get

7  back underway, were there any other contacts in the area?

8  A.   As the vessels proceeded to the northwest, we did detect

9  one other target.  I had the flight crew go over and check it

10 while we kept these vessels on radar.  It turned out to be a

11 Bahamian fishing vessel.  As soon as we identified it, we went

12 back and reacquired these vessels on the FLIR.

13 Q.   Was that the only target that you had at that time, other

14 than these three vessels?

15 A.   It was the only vessel in the area, other than the Coast

16 Guard cutters.

17 Q.   Okay.  What are we seeing here, Officer Wolfe?

18 A.   The Sea Fox is in front, and the other two vessels

19 started moving.

20 Q.   And which vessel are you trying to keep the camera on?

21 A.   We were going to try to keep the camera on the Scarab,

22 the one with the migrants, at all times.

23 Q.   Why's that?

24 A.   They were the one with the load.  And our policy is you

25 stay with the vessel that has the load, whether it's people or

TUESDAY, JANUARY 20th, 2009

1  drugs or whatever.

2  Q.   What are you doing there, again, Officer Wolfe?

3  A.   I'm zooming out to try to get the positions of all the

4  vessels.

5  Q.   When these vessels got underway, could you see any

6  lights?

7  A.   No.

8  Q.   Do you know which vessels these are, Agent Wolfe?

9  A.   The one in the lower left right there, that's the Sea

10 Fox.  I believe, and I'm not certain, I have to look at this a

11 little bit, I believe the second one is, right there, that one

12 is a -- the Chris Craft.  And the one in the rear, I believe,

13 is the Scarab.

14 Q.   Which vessel are you referring to threw something

15 overboard?

16 A.   The middle one, the Chris Craft.

17 Q.   What are you doing here, Agent Wolfe?

18 A.   Once again, zooming out to get the position of the other

19 vessels, if I can find them.  And then come back to get the

20 middle vessel.

21 Q.   On your radar, or on your MARFLIR video, you are able to

22 get distances of the vessels?

23 A.   Yes.

24 Q.   And while these vessels were transiting, approximately

25 how far do they remain close to each other?

TUESDAY, JANUARY 20th, 2009

1  A.   I would say they never got outside of a mile of each

2  other.

3          MR. BROWN:  (Speaking to technical assistant)  I'm

4  going to ask you to start it.

5  Q.   Officer Wolf, what time does this video start,

6  approximately?

7  A.   That's at 10:00.

8          MR. BROWN:  With the Court's permission, I'll fast

9  forward to time 02:17.  Unless there's an objection by the

10  defense.  Any objection, gentlemen?

11          MR. ALDAZABAL:  No, Your Honor.

12  Q.   (BY MR. BROWN)  I know we skipped ahead a little bit,

13  Agent Wolfe, but can you tell which vessel you're tracking?

14  A.   Hard for me to see.  I believe the Sea Fox.

15  Q.   Okay.  Why would you think it was the Sea Fox?

16  A.   The Sea Fox had a Bimini top in the middle.

17  Q.   I seem to see gray shadows going through the screen, what

18  is that?

19  A.   The clouds, as we are getting closer to shore.  And I

20  will stand corrected.  That's not the Sea Fox.  That's the

21  Scarab.

22  Q.   Okay.  Does your radar or sensor equipment have the

23  capability to determine surface contact speeds?

24  A.   Yes, it does.

25  Q.   And approximately how fast would you track these three

```
 1  targets during this recording?

 2  A.   They were -- the fastest they were up to about, between

 3  27 and --

 4          MR. CANO:  Objection, Your Honor.  They, as opposed

 5  to which particular vessel?

 6          MR. BROWN:  I'll ask, Your Honor.

 7  Q.   (BY MR. BROWN)  As to vessel number one, you are

 8  referring to as the Scarab, about how fast would you track

 9  that vessel?

10  A.   Anywhere from 25 to 30 knots is the fastest it was going.

11  Q.   Now, which -- who's in this picture?

12  A.   Okay, that's the Sea Fox and, I believe, the Chris Craft.

13  Q.   And what time is that?

14  A.   That's at 10:18.

15  Q.   And what are you doing there?

16  A.   We are going back to find the number one vessel, the

17  Scarab.

18  Q.   Are those the two vessels?

19  A.   That's the Chris Craft and the Sea Fox.

20  Q.   Are they moving at this time?

21  A.   They were just drifting at that point.

22  Q.   Do you know how far, based on your radar, they are apart

23  from each other?

24  A.   There, within feet of each other there.

25  Q.   Again, what's that, the date or -- excuse me.  Time?
```

TUESDAY, JANUARY 20th, 2009

```
1   A.    It was at 10:19.

2   Q.    Local time, 10:19?

3   A.    Yes.

4   Q.    While we see this, what are you relaying to the Coast

5   Guard?

6   A.    Relaying to the Coast Guard, this is the Bahamian fishing

7   vessel that we had detected on the radar.  Once we determined

8   what it was, then we came back to find the other three

9   vessels.  At this time I'm still relaying to the Coast Guard,

10  sector Key West, Customs, and also to the Coast Guard cutters

11  our position and the vessels position, vessel setting and

12  vessel speed.

13  Q.    And while you saw the Bahamian contact, did you have the

14  other three vessels on radar?

15  A.    Yes, I did.

16  Q.    Do you know which vessels those are, sir?

17  A.    The Sea Fox and, I believe, the Chris Craft.

18  Q.    What are you doing here, Agent Wolfe?

19  A.    After determining what those two vessels are, I'm now

20  attempting to find the Scarab.

21  Q.    And based on the sensors and the radars you were reading,

22  about how far was the Scarab at that point?

23  A.    It was about a mile-and-a-half away at that point --

24  excuse me.  About a mile away.

25  Q.    So what vessel do you believe this is that you're
```

TUESDAY, JANUARY 20th, 2009

1  tracking now?

2  A.    That's the Scarab, I believe.

3  Q.    As to vessel number two, the Chris Craft, how fast did

4  you track that vessel traveling?

5  A.    That one was also doing approximately 25 or 30 knots.

6  Q.    As to vessel number three, you are referring to the Sea

7  Fox, how fast did you track that vessel traveling?

8  A.    Same, between 25 and 30 knots.

9  Q.    What are we seeing here?  What are the black dots on that

10  boat?

11  A.    Those are the aliens on board the vessel.

12  Q.    And why do they come off as black dots?

13  A.    The way I have it set up, the darker the surface, or

14  whatever, then the darker it's going to be.  The hotter the

15  surface, the darker it's going to be.  So what you're seeing

16  there is the scan.

17  Q.    Well, Agent Wolfe, you previously mentioned that outside

18  of the context that we discussed, being these three Coast

19  Guard vessels, and the Bahamian fishing vessel, did you pick

20  up any other contacts?

21        MR. LEVIN:  Objection, asked and answered.

22  Q.    (BY MR. BROWN)  When you answered that as to, no, you did

23  not, how sensitive is the radar?

24  A.    The radar is sensitive enough that it can pick up a

25  50-gallon fuel drum floating in the water.

TUESDAY, JANUARY 20th, 2009

1    Q.    How many targets can you track at one time?

2    A.    Approximately 200.

3    Q.    Did you pick up any others?

4    A.    Not in the vicinity of these vessels, no.

5    Q.    What are we seeing here, Agent Wolfe?

6    A.    I believe we've just gone through some weather again.   I

7    believe we are in the clouds.

8         MR. BROWN:  Your Honor, I'm going to skip ahead 15

9    minutes.

10        THE COURT:  How much longer do you have?

11        MR. BROWN:  Approximately, if I skip ahead 15

12   minutes, approximately an hour after that, Your Honor.

13        THE COURT:  Let's go ahead and spot 15, and so

14   that -- we are going to be at it for a while with this witness

15   and this film.  It's already 5:15.  Let's go ahead and pause,

16   and recess for the evening.

17        Ladies and gentlemen, let me give you, again, a

18   reminder about your conduct as jurors during the course of the

19   trial.  Don't talk to anyone about the case; don't permit

20   anyone to talk to you about it.  If anybody should try to talk

21   to you about it, bring it to my attention immediately.

22        Don't read or listen to anything touching on the case

23   in any way; don't do any research about the case on your own.

24   Keep an open mind until you hear all the evidence in the case.

25        I would like to start at 8:30 tomorrow morning.  Does

TUESDAY, JANUARY 20th, 2009

1  that present a problem to any juror?  I know some of you

2  travel longer distances than others.  Is that acceptable to

3  everyone?  I don't see any no, so I'll take that as a yes.

4          In order to start at 8:30, we need all of you.  We

5  need the prosecution; we need the defendants; and the defense

6  attorneys; and the judge; and all the other people that make

7  it go.  If we're just missing one of us, then we can't get

8  started.  So as a courtesy to your fellow jurors, and in order

9  to keep the proceedings on track, I would ask that you try to

10 get here, be here on time, if not before, just to make sure

11 that we can get all started on time.

12         If that means coming in a little bit early and having

13 a cup of coffee or something like that, anticipate that that's

14 what you can do.  Come in early, have a cup of coffee, and

15 then we will get started promptly at 8:30.

16         Have a pleasant evening, we will see you tomorrow

17 morning.

18     (Jury withdrew from the courtroom at 5:17p.m.)

19         THE COURT:  Is there anything we need to take up

20 before we recess for today?

21         MR. HOROWITZ:  Judge, one matter.  I did reserve a

22 motion during the Government's opening statement.

23         The prosecutor made statements to the effect that

24 "they," meaning the defendants, made statements that they were

25 fishing.  My client made no statement, Your Honor.  In fact,

TUESDAY, JANUARY 20th, 2009

1  when questioned by the agents, he invoked his right to remain

2  silent, and requested an attorney.

3           So, due to the fact that he made no such statements

4  and made no post-arrest statements, I would respectfully move

5  for a mistrial on his behalf.

6           MS. PEREZ SOTO:  Your Honor, may I be heard?  I was

7  not referring to any post-Miranda or any statement that the

8  Government referred to the case in chief or required not to.

9  The defendant, in fact, all Mr. Ceballo Gonzalez told the

10 Coast Guard, on boarding, that they were fishing.  Mr. Ceballo

11 made a statement, as well, saying it doesn't matter what they

12 do because they are going to do what they want.  And that is a

13 statement that Mr. Horowitz produced, and Mr. Ferrandino will

14 be the witness for that.

15          MR. HOROWITZ:  Judge, I produced that statement;

16 however, it wasn't attributable to the any defendant.  The way

17 the report came across does not mention my client's name at

18 all.

19          THE COURT:  Does it say "they?"

20          MR. HOROWITZ:  It doesn't say any person.

21          THE COURT:  But, how does it refer to them, in the

22 plural?  Or what is the statement?

23          MR. HOROWITZ:  If I could find the report, Judge.  I

24 don't have that report handy, but it doesn't identify a

25 specific individual.

1        THE COURT:  I understand that, and she didn't refer

2    to a specific individual, either.

3        MR. HOROWITZ:  I know, but "they" includes all four

4    defendants, which includes my client.

5        THE COURT:  Well, now we know that it's not all four

6    defendants, in fact, it was your client.  From what we were

7    just told.

8        MR. HOROWITZ:  Your Honor, that statement was never

9    attributable to my client previously.  It was in the report as

10   a...

11       THE COURT:  Well, it may not have been attributable

12   to any report, but apparently we are going to hear it at

13   trial.  Or, if we do hear it at trial, it's going to be

14   referred to as your client.  So everybody else has an

15   objection, but you don't.

16       MR. HOROWITZ:  Well, I think I have an objection to

17   that statement as well, Judge, and at the appropriate time

18   I'll make it when they seek to introduce it.

19       THE COURT:  Are you saying that it was his client

20   that made that statement?

21       MS. PEREZ SOTO:  I'm saying that all defendants made

22   statements, all the ones here.  Mr. Michel Lopez, Mr. Brainer

23   Gomez Cruz, Mr. Carrazana, and Mr. Ceballo.  They were all

24   different, all to the effect that they were out there fishing

25   and they didn't know anyone else on the other vessels, Your

TUESDAY, JANUARY 20th, 2009

1   Honor.

2          I didn't include the second part, because you told me

3   not to talk about my 404(b) in the opening.  But I did include

4   the first part.  And I -- they gave the same story

5   post-Miranda, and they have those reports as well.  But that's

6   not what I'm talking about.  And that is not the evidence that

7   will be in use.

8          MR. HOROWITZ:  They didn't give the same statements.

9          MS. PEREZ SOTO:  Correct.  I apologize.  He's

10  completely right about that, Judge.  I apologize.

11         THE COURT:  Okay.  So, in any event, the statements

12  that are being referred to were out on the boat.

13         MR. HOROWITZ:  And our clients may not have been free

14  to leave.  I mean, they have a valid motion to suppress as to

15  those statements.  They were in custody at that time.

16         THE COURT:  Well, a little late now.

17         MR. HOROWITZ:  Judge, so is the Government's

18  response.  This statement that is now being attributable to my

19  client was provided to me Friday afternoon as Jencks.  It was

20  not specifically identified as being made by my client.  So,

21  it would have been impossible for me to file a motion to

22  suppress that statement.  The first indication I had was

23  coming from my client was 60 seconds ago.

24         THE COURT:  Well, who's going to -- is the statement

25  going to be introduced, seek to introduce the statement?

TUESDAY, JANUARY 20th, 2009

```
 1              MS. PEREZ SOTO:  Yes, Your Honor.

 2              THE COURT:  And who is it going to come through?

 3              MS. PEREZ SOTO:  Seaman Dominick Ferrandino.

 4              THE COURT:  So that was provided as Jencks?

 5              MS. PEREZ SOTO:  That is a second amended statement,

 6    Your Honor.  There was a first statement provided by

 7    Mr. Ferrandino that did not contain the statement, but was

 8    provided in discovery.

 9              THE COURT:  Okay.  Well, doesn't sound to me like the

10    statement itself, since it didn't refer directly to your

11    client, warrants a mistrial.  But in any event, you can renew

12    it in the event when it's offered, and if it does, then if

13    they specify who it refers to, I guess you can make your

14    objection at that time.  But it seems to me it's admissible in

15    any event.  But renew it at the time.

16              We'll see you all tomorrow at 8:30.

17              MS. PEREZ SOTO:  Thank you, Your Honor.

18         (Proceedings were adjourned at 5:24 p.m.)

19

20

21

22

23                        *  *  *

24

25
```

TUESDAY, JANUARY 20th, 2009

```
 1          I certify that the foregoing is a correct transcript

 2   from the record of proceedings in the above matter.

 3

 4   Date:  May 10, 2009
               s/ JUDITH M. SHELTON, CERTIFIED REALTIME REPORTER
 5             Signature of Court Reporter

 6
```

```
 7                     INDEX TO TRANSCRIPT
                                                           PAGE
 8   Arraignment...........................................12

 9   Jury Voir Dire........................................17

10   Government's Opening Statement........................66

11   Defendant Madrigal Opening Statement..................72

12   Defendant Gomez Opening Statement.....................78

13   Defendant Carrazana Opening Statement.................81

14   Defendant Ceballo Opening Statement...................85

15

16
```

```
17   WITNESS FOR THE GOVERNMENT          D       C      RD      RC

18   William E. Wolfe                    88

19

20

21                      EXHIBITS                        ADMITTED

22   Government
        10            Picture de Havilland Dash 8          90
23        1           DVD of events on Sept. 23, 2009      97

24     11 - 15        Pictures on disk                     98

25     94 - 100       Pictures on disk                     98
```

TUESDAY, JANUARY 20th, 2009

'
'08 [1] 32/4
'til [1] 70/11

0
0052 [1] 1/18
02:17 [1] 113/9
08-CR-10076-MOORE [1] 1/4
082 [1] 100/21

1
1,000 [1] 92/13
10 [10] 31/2 33/4 33/22 35/16 56/10
 89/25 90/10 90/13 123/4 123/22
10-minute [1] 19/20
100 [5] 50/17 97/25 98/3 98/5 123/25
1001 [1] 1/23
10:00 [4] 67/14 71/15 106/20 113/7
10:18 [1] 114/14
10:19 [2] 115/1 115/2
11 [9] 37/24 56/14 57/9 58/18 97/25
 98/2 98/5 98/14 123/24
11:45 [1] 106/2
12 [12] 32/18 33/4 51/10 53/9 53/11
 56/16 56/17 57/10 58/22 96/16 96/23
 102/3
122 [1] 1/8
1241 [1] 100/21
12:00 [2] 72/25 78/11
12:20 [1] 5/1
13 [5] 10/2 45/2 48/18 57/13 102/11
1324 [1] 24/13
14 [2] 50/3 102/19
15 [14] 30/8 32/23 33/16 37/18 51/25
 52/11 97/25 98/3 98/5 102/24 117/8
 117/11 117/13 123/24
16 [1] 45/6
16th [1] 5/1
17 [3] 45/6 50/6 52/15
18 [4] 48/2 51/6 53/9 53/11
1910 [1] 2/2
1915 [1] 2/3
1970 [1] 47/9
1970s [1] 31/22
1986 [1] 39/5
1:27 [1] 1/6
1:30 [2] 10/4 17/23
1:57 [1] 17/8

2
2.5 [1] 100/25
20 [8] 10/3 30/8 33/5 33/13 49/16
 103/13 103/19 106/24
200 [3] 80/16 93/9 117/2
200-something [1] 84/21
2001 [1] 29/16
2002 [1] 31/4
2003 [2] 29/18 31/4
2008 [7] 23/25 24/1 24/19 27/12 93/24
 96/2 97/5
2009 [3] 1/5 123/4 123/23
20th [2] 1/5 78/11
21 [3] 37/17 53/9 53/11
2121 [1] 1/20 1/21
21st [1] 10/1
22 [1] 46/25
23 [3] 66/5 89/12 123/23
23rd [6] 23/25 24/18 93/24 96/2 96/13
 97/5
24 [4] 9/25 23/25 53/21 53/22
240 [1] 78/8
24th [2] 24/19 94/11

25 [6] 36/25 46/3 50/15 114/10 116/5
 116/8
26 [1] 1/1
265 [1] 99/17
2655 [1] 1/24
27 [1] 114/3
270 [1] 99/17
272 [2] 100/11 100/13
27th [1] 5/3
28 [1] 47/22
2:00 [1] 10/3
2:15 [4] 10/24 11/1 11/2 11/4
2:30 [4] 10/24 11/8 17/5 88/17
2:32 [1] 17/8
2:33p.m [1] 17/13

3
30 [5] 49/21 52/20 114/10 116/5 116/8
305 [6] 1/16 1/18 1/21 1/25 2/3 2/6
31 [1] 61/1
32 [9] 25/5 49/17 52/6 68/2 69/20
 72/10 79/13 85/15 85/17
33 [7] 13/12 24/17 24/22 25/2 25/12
 25/21 72/14
33128 [1] 2/6
33132 [2] 1/15 1/18
33134 [2] 1/21 1/24
33156 [1] 2/3
34 [2] 13/13 25/9
35 [3] 13/13 49/9 104/20
35-miles [1] 94/19
354 [3] 100/23 101/3 101/5
36 [2] 53/9 53/11
360-degree [2] 91/16 93/5
360-degrees [1] 93/8
37 [1] 50/3
372-0052 [1] 1/18

4
4.0 [1] 105/5
40 [1] 107/6
400 [1] 2/5
404 [9] 5/11 5/15 6/23 6/24 7/1 7/5
 16/14 16/17 121/3
42 [1] 49/18
440 [1] 9/24
442-2121 [1] 1/21
4:00 [2] 94/1 94/1

5
50-gallon [1] 116/25
523-5294 [1] 2/6
5294 [1] 2/6
569-9566 [1] 1/25
56th [1] 87/17
5:00 [1] 19/17
5:15 [1] 117/15
5:17p.m [1] 118/18
5:24 [1] 122/18
5th [1] 4/24

6
60 [3] 92/6 99/17 121/23
62 [1] 100/9
65 [1] 100/9
670-1915 [1] 2/3
6:45 [1] 94/16
6th [1] 1/17

7
70 [1] 92/6

8
88 [1] 123/18

8:00 [1] 66/10
8:20 [1] 64/19
8:21 [1] 98/25
8:23 [1] 106/1
8:30 [5] 19/16 117/25 118/4 118/15
 122/16
8:43 [1] 106/22
8:44 [1] 102/5
8:45 [1] 102/12
8:49 [2] 102/21 106/9
8N09 [1] 2/5
8th [1] 5/10

9
90 [1] 123/22
9122 [1] 1/16
9130 [1] 2/2
94 [4] 97/25 98/3 98/5 123/25
950 [1] 1/20
9566 [1] 1/25
961-9122 [1] 1/16
97 [1] 123/23
98 [2] 123/24 123/25
99 [1] 1/15
9:00 [1] 19/17
9:15 [1] 103/1
9:48 [1] 108/24

A
ability [10] 27/20 34/20 35/20 37/12
 38/8 39/12 40/18 41/5 41/12 42/4
able [10] 43/21 76/14 77/22 83/20 91/5
 94/22 96/3 105/14 110/23 112/21
ablest [1] 9/2
ably [1] 9/10
aboard [1] 79/13
abolished [1] 45/3
about [98] 6/20 7/13 9/11 9/25 10/2
 10/22 17/17 18/3 19/19 23/17 23/22
 23/22 23/24 23/25 26/9 26/23 26/23
 27/1 27/9 27/13 27/18 29/12 32/10
 32/23 33/4 33/5 33/16 33/21 33/22
 36/10 39/5 39/11 39/18 39/24 41/4
 42/21 44/6 44/17 45/5 45/21 46/19
 48/13 50/13 50/15 51/25 64/3 64/23
 65/1 65/3 73/1 73/2 73/2 73/15 74/9
 74/10 74/23 75/9 75/21 81/10 83/6
 83/6 84/18 84/20 84/22 85/9 85/10
 88/17 92/19 93/4 94/25 95/21 95/21
 100/11 103/20 104/18 104/20 105/24
 106/1 106/18 106/20 106/21 106/23
 107/6 107/24 108/4 114/2 114/8
 115/22 115/23 115/24 117/18 117/19
 117/20 117/21 117/23 121/3 121/6
 121/10
above [1] 123/2
absolute [1] 76/10
absolutely [1] 86/2
abusive [1] 36/4
academy [1] 36/3
accept [31] 55/16 56/7 56/9 56/11
 56/13 57/20 57/22 57/24 58/7 58/9
 58/11 58/15 58/17 58/19 58/21 58/23
 58/25 59/9 59/15 59/21 59/25 60/9
 60/11 60/13 60/18 61/4 61/10 61/12
 61/20 63/24 76/14
acceptable [1] 118/2
accepts [4] 55/1 55/20 57/16 58/3
accommodate [1] 19/23
according [1] 62/2
account [1] 79/6
accurate [3] 8/12 8/12 90/6
accurately [2] 23/10 97/4

**A**

accusation [1] 64/6
accused [2] 39/6 86/9
acquaintances [1] 26/25
acquit [2] 21/1 25/22
across [5] 22/20 22/23 22/24 23/1 119/17
act [3] 74/6 74/13 76/3
acting [1] 77/13
action [1] 107/2
actual [2] 85/17 92/7
actually [9] 4/23 5/23 16/4 28/17 48/3 66/9 83/10 84/4 92/8
add [1] 4/13
adding [1] 4/3
addition [1] 105/18
Additionally [1] 5/18
address [2] 88/5 88/10
adjourned [1] 122/18
administrative [1] 91/1
admissible [1] 122/14
admission [2] 90/10 97/1
admitted [7] 90/12 90/13 97/17 97/18 98/4 98/6 123/21
advantage [1] 81/11
advice [1] 76/21
advise [1] 10/10
advised [2] 5/5 6/4
advises [1] 5/25
advising [1] 5/2
AFC [1] 9/17
affairs [3] 74/7 74/14 76/5
after [16] 31/10 36/25 49/16 50/15 65/18 65/21 68/7 74/15 77/17 77/19 78/11 84/3 94/3 103/17 115/19 117/12
afternoon [22] 3/4 3/8 3/12 3/15 10/5 17/15 17/23 17/24 17/25 19/18 19/21 21/6 21/14 21/18 22/1 66/3 72/20 78/22 85/24 89/5 89/6 121/19
again [26] 5/20 25/17 33/1 40/25 41/10 44/3 53/10 72/21 72/21 85/18 88/11 102/14 106/3 106/11 106/14 106/21 107/2 108/6 108/15 109/15 110/25 112/2 112/18 114/25 117/6 117/17
against [9] 24/6 34/14 41/8 64/5 73/8 80/17 80/19 80/22 81/25
agencies [1] 34/3
agency [3] 34/5 89/11 89/13
agent [16] 3/5 3/7 16/12 21/12 26/14 89/5 89/14 96/10 101/3 108/2 112/8 112/17 113/13 115/18 116/17 117/5
agents [1] 119/1
ago [26] 8/5 14/18 27/10 29/3 30/8 31/2 32/9 32/10 32/18 32/18 32/23 33/4 33/5 33/11 33/13 33/16 33/21 33/23 35/24 39/4 39/19 40/15 45/17 52/3 54/3 121/23
agree [2] 62/13 62/20
agreed [3] 7/13 24/5 70/15
agreement [7] 24/16 69/5 69/7 69/8 70/15 70/16 73/24
ahead [7] 7/3 105/17 113/12 117/8 117/11 117/13 117/15
Ahtes [3] 33/15 51/23 60/6
aims [1] 54/17
air [6] 89/9 89/14 89/19 92/16 92/16 94/2
air-to-air [1] 92/16
aircraft [38] 54/1 89/17 89/20 89/21 90/3 90/4 90/6 91/13 91/23 92/2 92/7 92/10 92/14 92/15 92/17 93/2 93/8 93/10 93/11 93/15 93/16 95/10 95/10

95/14 99/14 100/11 100/12 100/16 100/17 100/19 100/20 100/21 100/22 101/1 101/7 101/11 105/7 107/2 107/23
aircraft's [1] 100/14
airline [1] 51/7
Airlines [1] 45/16
airplane [2] 66/11 92/5
airplanes [1] 92/8
aisle [3] 22/23 22/24 23/1
al [1] 4/20
Albert [4] 1/17 3/10 21/15 72/21
Aldazabal [1] 1/22 3/13 21/23 86/2
alien [3] 24/7 24/21 80/6
aliens [12] 25/5 25/14 41/3 41/8 41/8 41/9 41/18 72/2 75/24 85/16 85/17 116/11
all [88] 8/8 8/12 8/21 9/9 9/17 10/17 11/9 11/10 11/19 11/25 16/6 17/9 17/18 18/2 18/4 18/5 22/7 23/8 23/17 26/3 26/7 26/10 29/23 30/15 31/21 32/5 32/24 35/13 37/3 37/5 38/10 38/14 43/23 53/6 53/14 54/22 60/22 61/23 65/4 65/18 67/13 67/21 68/14 69/21 71/17 71/20 72/6 74/19 76/7 77/10 77/20 78/2 82/7 82/15 82/23 84/4 84/8 84/12 85/5 86/16 87/8 87/10 89/23 90/15 98/1 98/8 99/7 102/23 103/3 103/8 105/1 106/11 111/22 112/3 117/24 118/4 118/6 118/11 119/9 119/18 120/3 120/5 120/21 120/22 120/23 120/24 122/16
allegation [4] 20/8 21/2 25/22 41/4
allegations [16] 9/8 20/12 21/1 15/18 25/21 25/24 26/2 26/19 26/22 27/11 40/24 40/25 41/4 41/2 41/5 41/11 73/23
allege [1] 25/3
alleged [4] 20/11 20/15 24/5 41/2
alleges [3] 20/5 23/24 25/6
alleging [1] 80/11
allow [2] 5/12 16/4
allowed [1] 16/15
allows [1] 99/20
alluded [1] 82/10
almost [1] 51/6
alone [1] 62/10
along [2] 94/11 100/1
already [11] 18/18 44/12 55/10 67/7 76/12 76/13 82/10 82/17 84/9 97/21 117/15
also [28] 17/21 21/23 22/2 23/11 29/18 29/19 33/22 33/23 34/21 46/23 47/1 48/20 50/18 52/24 56/1 67/24 69/22 70/4 91/16 92/16 95/16 96/3 104/16 105/19 107/7 110/15 115/10 116/5
although [3] 5/25 14/2 16/25
altitude [1] 100/21
Aluminum [1] 52/17
always [1] 16/19
am [9] 4/15 21/7 36/25 40/22 44/24 45/10 47/17 50/8 53/20
amended [2] 4/2 122/5
AMERICA [3] 1/4 3/1 78/18
amount [1] 94/24
Anderson [4] 27/5 28/25 28/7 46/17
Andros [2] 94/20 104/20
Anibal [1] 54/12
Ann [3] 22/14 41/17 44/24
announced [1] 9/24
another [16] 7/18 8/19 8/20 19/7 19/7 35/2 43/17 43/18 44/3 72/8 75/22 78/22 80/9 83/14 84/16 110/6
answer [7] 26/7 34/18 35/8 63/5 79/23 81/3 107/19

answered [2] 116/21 116/22
antenna [1] 91/15
Anthony [1] 54/14
anticipate [3] 15/19 75/11 118/13
anticipated [2] 4/19 19/13
anticipating [1] 5/20
any [99] 8/17 10/7 10/15 12/8 14/4 14/8 16/10 18/15 18/19 19/5 20/3 20/4 20/25 23/18 24/1 25/18 25/19 25/24 25/25 26/14 26/15 26/18 26/25 27/1 27/7 27/19 28/9 31/12 34/3 34/14 34/20 35/19 37/11 37/20 38/1 38/8 38/18 38/19 38/22 40/10 40/17 40/23 40/25 41/7 41/10 41/14 41/25 42/9 43/6 53/13 54/1 54/11 54/17 61/5 62/19 63/5 63/23 64/4 64/11 64/25 65/2 65/2 65/4 74/22 77/2 79/24 81/1 83/21 91/22 92/15 92/24 93/12 94/9 94/17 97/15 104/22 105/11 105/16 105/20 105/22 105/23 107/12 111/7 112/5 113/10 116/20 117/3 117/23 117/23 118/1 118/3 119/7 119/7 119/16 119/20 120/12 121/11 122/11 122/15
anybody [16] 26/14 26/22 26/23 26/25 27/7 28/8 29/12 36/15 38/21 38/25 42/13 44/1 84/10 88/17 88/21 117/20
anyone [11] 21/4 26/16 33/24 36/10 43/6 64/20 64/20 64/25 117/19 117/20 120/25
anyone's [1] 41/20
anything [19] 15/24 26/23 26/23 26/24 39/11 39/24 41/4 44/5 44/9 63/11 64/7 64/24 73/17 74/18 79/21 84/2 110/23 117/22 118/19
anyway [1] 5/7
anywhere [2] 83/21 114/10
apart [2] 110/7 114/22
apologize [8] 4/9 6/13 11/3 17/21 70/24 108/25 121/9 121/10
apparently [1] 120/12
appeal [1] 7/7
APPEARANCES [1] 1/13
appeared [1] 95/5
appears [1] 15/7
appetites [1] 10/23
applicable [6] 18/25 20/16 20/23 25/9 29/10 42/20
applied [2] 72/3 85/11
apply [4] 20/22 29/10 62/11 78/7
appointed [4] 21/16 21/19 21/24 22/2
appreciate [6] 17/19 17/25 23/2 28/4 43/15 43/25
approach [3] 65/24 89/22 96/8
appropriate [5] 9/20 15/3 77/18 100/6 120/17
approximate [1] 103/20
approximately [23] 5/1 8/23 43/3 89/12 92/5 94/16 94/18 94/19 100/14 103/13 103/17 103/19 106/2 106/8 106/22 107/4 112/24 113/6 113/25 116/5 117/2 117/11 117/12
are [216]
area [5] 104/23 104/24 110/17 111/7 111/15
argument [1] 65/13 71/19 82/13 88/10
arguments [2] 62/24 65/19
ARLEY [11] 1/8 2/1 3/2 3/16 12/5 12/19 22/4 66/6 86/7 88/3 88/12
armed [1] 31/20
Arnold [3] 32/22 38/4 50/23 59/5 60/3
around [11] 19/17 19/19 31/2 54/1 54/3 66/9 68/7 68/9 93/8 99/4 107/4

# A

arraign [1] 11/10
arraigned [1] 9/9
arraignment [1] 13/22
Arraignment ...........................................
123/8
arrangements [2] 19/15 43/19
arrest [1] 119/4
arrested [1] 86/10
arrive [1] 81/18
arrived [2] 67/7 103/21
arrives [1] 66/16
arriving [1] 64/13
Arvada [1] 33/6
aside [2] 42/2 42/3
ask [24] 18/11 18/15 22/16 23/4 23/7
35/1 44/3 53/16 53/23 72/13 76/6
77/10 77/20 84/9 85/18 87/7 87/14
88/12 88/16 91/1 100/4 113/4 114/6
118/9
asked [5] 8/7 44/2 44/5 105/16 116/21
asking [4] 6/6 6/7 41/20 73/15
aspect [1] 84/8
assault [1] 33/17
assert [1] 6/5
assets [1] 104/17
assigned [3] 89/18 89/20 94/4
assist [2] 54/3 104/17
assistant [5] 3/5 21/7 21/10 52/25
113/3
assisted [1] 9/2
associate [1] 54/19
associated [2] 7/22 75/16
assumes [1] 20/10
assure [2] 42/17 42/23
Atlanta [1] 45/16
attempt [1] 93/12
attempting [4] 25/14 69/1 93/13 115/20
attendance [1] 18/8
attention [7] 65/1 77/11 77/12 78/5
80/24 85/18 117/21
attorney [10] 3/5 17/11 21/8 21/10
27/25 42/9 44/7 48/14 87/12 119/2
Attorney's [1] 1/14
attorneys [9] 9/3 28/1 42/9 44/9 65/11
65/18 86/2 87/8 118/6
attractions [1] 88/6
attributable [4] 119/16 120/9 120/11
121/18
audio [1] 104/12
AUSA [2] 1/13 1/14
auto [2] 49/12 99/12
auxiliary [3] 37/24 53/19 53/24
available [6] 6/1 8/8 15/16
Avenue [1] 2/5
avoid [1] 15/17
aware [2] 72/25 77/4
away [10] 66/18 67/17 82/16 83/24
84/1 98/22 105/2 107/22 115/23
115/24
azimuth [1] 99/18 100/10

# B

back [32] 5/10 10/13 17/5 22/20 22/22
29/12 30/19 32/3 35/24 36/10 36/16
40/3 43/18 49/4 54/24 55/7 57/11 60/7
76/23 76/24 86/23 87/9 88/19 96/18
104/3 108/21 109/14 111/7 111/12
112/19 114/16 115/8
background [1] 73/17
backtrack [1] 95/8
bad [1] 74/21

Bahama [1] 66/8
Bahamas [5] 66/22 67/17 93/14 96/1
104/18
Bahamian [4] 71/11 115/6 115/13
116/19
bar [1] 70/21
Baker [4] 33/10 51/17 60/6 60/20
balance [2] 79/2 79/3
balancing [1] 80/4
Ball [3] 32/16 49/20 57/9
Bank [3] 52/15 66/8 66/21
base [6] 18/21 19/3 41/22 42/24 89/10
89/19
based [9] 18/12 22/13 74/20 74/20
75/2 76/21 78/3 114/22 115/21
basic [1] 64/2
basically [3] 16/16 85/15 86/19
Batiste [1] 4/20
battery [2] 33/17 40/5
be [134]
bear [5] 8/11 44/7 55/5 64/17 79/10
bearing [3] 100/24 101/4 101/4
became [1] 50/18
because [36] 5/20 7/16 7/20 7/25 8/20
10/4 14/11 17/23 36/2 41/21 66/18
67/1 70/10 71/6 71/7 72/25 73/7 74/19
77/25 78/16 81/16 82/3 82/7 82/9
82/17 82/22 83/11 83/15 83/15 84/10
85/19 86/8 88/16 107/21 119/12 121/2
become [1] 15/2
becomes [1] 71/12
been [75] 4/24 5/1 5/6 6/24 6/25 9/13
12/6 12/20 14/2 16/14 16/16 18/5
19/11 21/16 21/19 21/23 22/2 22/7
22/9 28/17 29/22 34/4 34/18 37/8
37/17 37/24 38/6 38/19 38/21 39/5
43/23 45/5 45/21 46/12 46/18 46/24
46/25 48/1 49/12 49/13 49/18 49/21
50/3 50/23 51/1 51/18 51/25 52/10
52/11 53/6 54/2 54/2 56/20 59/3 62/7
68/12 68/19 73/3 73/25 75/3 78/12
80/15 82/10 86/4 86/8 88/17 88/25
89/24 103/12 105/14 107/21 107/23
120/11 121/13 121/21
before [19] 1/11 3/16 4/21 19/14 20/21
25/25 28/9 28/17 28/20 41/21 41/25
43/19 43/20 55/2 85/10 97/21 102/16
118/10 118/20
began [2] 103/10 103/23
begin [4] 10/4 10/18 17/17 65/7
beginning [2] 77/5 82/18
behalf [7] 3/9 3/13 3/16 4/15 16/8
73/11 119/5
behind [3] 10/6 18/14 34/13
being [28] 5/9 5/20 17/19 24/3 24/19
36/13 45/3 63/2 66/4 66/16 67/12
69/12 69/12 71/8 79/1 80/8 81/9 100/3
101/16 103/17 104/14 107/14 107/16
108/10 116/18 121/12 121/18 121/20
beliefs [1] 74/23
believe [23] 3/24 7/6 7/19 14/2 28/15
37/21 41/17 63/1 63/22 63/23 74/21
92/20 108/22 112/10 112/11 112/12
113/14 114/18 115/17 115/25 116/2
117/6 117/7
believes [2] 67/10 71/25
below [1] 24/22
beside [1] 21/25
besides [1] 104/22
best [6] 6/5 10/15 36/25 37/2 84/20
109/11
better [3] 23/9 23/9 98/11
Betty [2] 29/15 46/22

between [9] 49/4 71/14 83/13 94/12
99/22 99/24 104/3 114/2 116/8
beyond [21] 16/25 20/19 20/23 23/21
29/11 64/16 72/7 73/22 74/1 74/3 74/4
74/11 75/3 76/2 77/19 79/18 80/5
82/11 82/19 86/21 87/17
biases [3] 18/19 34/14 41/7
Big [4] 45/6 46/25 48/6 48/15
bigger [1] 10/23
Bimini [3] 94/9 94/17 113/16
bit [14] 10/6 17/22 31/9 44/17 81/3
88/8 95/8 102/16 109/14 109/16
110/12 112/11 113/12 118/12
black [4] 83/7 91/14 116/9 116/12
Blanco [4] 40/14 40/21 53/2 61/22
bleeding [1] 68/20
blue [2] 47/5 86/3
blunt [1] 71/25
Blvd [2] 1/20 2/2
board [9] 44/25 93/19 94/24 95/1 95/2
101/24 104/16 106/16 116/11
boarded [1] 70/20
boarding [1] 119/10
boat [34] 27/6 47/8 47/14 48/7 51/13
54/21 67/11 67/12 68/20 75/20 75/20
75/22 75/22 79/11 79/12 79/15 80/5
82/16 83/14 83/14 83/19 83/22 83/22
83/24 84/14 84/14 84/15 84/21 84/22
85/3 85/4 101/23 116/10 121/12
boats [19] 45/5 77/12 77/14 82/14
82/15 82/18 82/21 83/10 83/14 83/15
83/18 84/13 84/18 85/6 104/4 104/5
104/10 106/5 109/3
body [2] 54/4 54/6
Border [3] 66/10 71/9 89/8
Born [1] 46/4
both [14] 30/10 30/13 30/20 32/19
34/12 41/13 47/2 50/13 61/9 61/11
63/21 81/10 87/11 95/16
bottom [7] 22/14 22/18 80/3 99/17
100/1 100/9 100/19
bought [1] 50/15
bow [2] 67/25 71/15
box [4] 22/15 22/19 22/20 56/20
BRAINER [13] 1/7 1/20 3/2 3/9 12/3
12/16 21/20 66/5 67/4 79/23 79/24
80/5 120/22
branch [3] 52/15 89/9 94/2
break [6] 10/8 19/22 67/20 88/18 88/21
110/24
brief [3] 65/8 65/23 78/23
bring [5] 65/1 73/1 85/16 85/24 117/21
bringing [2] 7/21 85/17
brings [1] 80/22
Britain [1] 80/20
Broome [1] 54/13
brother [3] 34/10 36/16 36/17
brother-in-law [2] 34/10 36/17
brought [10] 22/6 22/7 22/8 22/16 24/4
24/20 25/6 25/6 43/18 64/5
Broward [3] 52/3 52/4 52/6
Brown [4] 1/14 3/5 21/10 69/3
building [1] 46/18
bulge [1] 91/14
bulwark [2] 80/17 80/19
burden [24] 20/10 20/11 20/12 20/14
20/19 20/20 20/21 20/22 20/25 25/20
25/23 29/7 29/8 29/10 31/10 31/11
31/13 33/1 64/9 64/10 73/21 74/8
86/21 86/22
business [6] 10/13 47/19 51/18 51/24
52/10 52/11
businesses [1] 48/20

**B**

button [1] 99/25
Byron [3] 36/12 48/5 57/1

**C**

calender [3] 4/17 7/14 8/5
call [11] 4/17 5/7 7/14 8/5 15/9 15/24 56/18 56/19 78/14 87/6 88/18
called [6] 5/4 16/11 19/7 54/11 66/15 75/20
calling [2] 69/25 70/2
calls [3] 14/5 88/15 88/22
came [15] 29/19 36/3 47/8 70/11 74/10 102/16 103/18 104/6 104/7 104/8 105/11 106/1 109/14 115/8 119/17
camera [10] 67/24 83/8 83/11 99/20 105/19 105/21 110/13 110/24 111/20 111/21
cameras [4] 89/17 91/21 92/1 105/18
can [58] 3/20 9/19 11/2 11/25 12/14 15/15 15/24 17/2 19/2 19/2 22/11 22/12 23/2 23/18 27/7 35/2 35/8 41/22 42/16 42/23 56/25 68/8 68/8 68/21 73/17 73/18 73/18 73/20 76/10 76/19 87/2 87/13 91/2 91/4 91/6 92/3 92/19 93/8 95/20 95/24 97/23 97/24 99/2 99/10 100/5 100/7 104/10 108/10 109/23 110/24 112/19 113/13 116/24 117/1 118/11 118/14 122/11 122/13
can't [12] 7/25 19/5 31/22 42/25 43/13 67/20 75/1 76/24 77/2 83/8 83/13 118/7
Canaveral [1] 49/16
canceled [1] 43/14
candor [2] 28/4 34/25
cannot [4] 20/3 25/18 69/14 83/24
Cano [4] 1/19 1/20 3/8 21/19
capability [9] 92/16 92/17 93/2 93/20 95/22 109/9 109/11 110/2 113/23
capable [1] 96/20
capacity [1] 89/13
Cape [1] 49/16
captain [2] 47/8 47/10
car [1] 32/7
care [2] 13/22 52/5
careful [2] 77/11 77/11
carefully [2] 84/12 85/10
carpenter [1] 52/21
carpentry [1] 46/19
CARRAZANA [22] 1/7 1/23 3/2 3/13 11/19 12/4 12/11 12/18 12/18 12/24 13/5 13/17 21/24 66/6 67/6 70/3 82/1 83/19 84/22 85/14 120/23 123/13
Carrazana's [1] 85/3
carried [3] 4/24 4/25 5/6
carries [1] 23/9
case [158]
cases [11] 20/17 20/17 20/23 30/11 30/13 30/21 31/19 31/21 32/1 32/24 85/9
catch [1] 70/21
cause [13] 31/12 31/13 53/8 53/12 53/14 53/14 56/17 57/4 60/19 61/5 61/21 71/25 74/10
Cay [1] 66/19
CEBALLO [23] 1/8 2/1 3/2 3/16 12/5 12/13 12/19 12/19 12/25 13/7 13/20 16/8 22/4 66/6 67/5 86/7 86/16 88/3 88/13 119/9 119/10 120/23 123/14
cell [1] 14/12
Center [1] 2/1
cents [1] 9/22

certain [2] 62/22 112/10
certainly [2] 18/2 19/23 79/18
CERTIFIED [1] 123/4
certify [1] 123/9
chair [1] 87/13
challenge [4] 61/5 61/9 61/11 61/21
chambers [2] 5/2 5/4
chance [3] 10/8 88/4 88/10
change [2] 107/22 109/7
changed [2] 50/23 50/24
changing [1] 109/9
channel [2] 52/25 54/4
character [3] 74/5 74/12 76/3
characterized [1] 6/11
charge [6] 24/17 39/18 62/3 95/11 95/15 95/16
charged [6] 13/15 13/19 68/25 78/16 86/9 86/10
charges [5] 73/8 76/7 85/16 86/18 88/13
charging [1] 20/9
charter [1] 51/13
charts [1] 79/5
check [1] 111/9
cheese [3] 50/17 50/18 50/18
chef [1] 47/14
Cheri [2] 52/14 61/8
Cherry [2] 30/6 47/16
chief [3] 14/24 15/8 119/8
childcare [1] 47/23
children [1] 68/3
choice [1] 82/5
chop [1] 110/18
chores [1] 80/1
Chris [16] 14/17 70/3 84/23 102/8 102/14 102/17 103/16 106/12 106/16 108/16 112/12 112/16 114/12 114/19 115/17 116/3
circled [1] 104/9
circling [2] 104/9 105/9
circumstances [1] 6/6
circumstantial [2] 63/16 63/17
city [10] 4/21 36/18 45/20 45/22 46/3 46/9 47/22 48/24 49/21 50/7
civil [24] 20/17 20/21 28/10 28/24 29/2 29/6 29/7 29/16 30/1 30/3 30/4 30/13 30/17 30/20 30/20 30/22 32/7 32/17 33/11 33/17 33/22 45/9 64/18 77/25
claim [1] 15/25
clarification [1] 15/6
Claudia [2] 34/8 45/14
clean [1] 64/8
clear [6] 52/24 84/1 84/1 110/17
client [24] 4/18 5/13 5/13 6/3 21/16 63/1 73/11 73/23 75/19 75/23 76/6 76/21 77/1 77/23 118/25 120/4 120/6 120/9 120/14 120/19 121/19 121/20 121/23 122/11
client's [1] 119/17
clients [4] 11/11 11/17 13/1 121/13
clockwise [2] 99/1 99/4
close [14] 34/4 34/9 34/19 38/19 38/22 67/21 67/21 67/22 80/24 82/21 82/22 82/24 109/10 112/25
closer [4] 94/22 109/8 110/20 113/19
closest [4] 22/15 22/22 22/23 101/24
closing [2] 65/19 88/9
cloud [1] 110/19
clouds [7] 110/20 110/21 110/23 110/25 111/3 113/19 117/7
co [2] 48/1 82/11
co-counsel [1] 82/11
Co-op [1] 48/1

coast [32] 37/24 47/11 53/18 53/23 54/5 54/8 66/16 66/15 66/19 67/10 67/19 68/6 68/14 68/20 70/20 71/5 71/8 71/11 83/12 83/25 85/7 104/16 104/18 107/3 110/8 111/15 115/4 115/6 115/9 115/10 116/18 119/10
code [2] 24/12 36/17
coffee [2] 118/13 118/14
coincidence [1] 71/16
cold [1] 99/22
colleagues [2] 78/22 81/10
college [3] 48/25 49/22 50/14
Colorado [1] 33/5
Columbus [1] 37/17
combination [1] 51/15
come [33] 5/14 11/3 11/18 24/7 24/22 25/14 26/25 28/17 29/17 32/8 32/13 41/3 41/9 41/22 72/4 74/22 77/1 77/8 86/23 86/25 87/1 87/3 87/5 88/19 91/17 93/13 102/16 104/23 106/21 112/19 116/12 118/14 122/13
comes [11] 18/17 20/1 22/11 35/3 67/5 68/21 78/11 81/3 88/2 88/3 88/6
coming [11] 24/9 24/24 67/1 68/7 68/9 69/13 70/5 88/6 104/1 118/12 121/23
command [1] 71/13
commander [1] 95/13
commanding [2] 66/20 67/23
commence [1] 5/3
commenced [1] 80/18
commercial [1] 49/13
Commissioners [1] 44/25
commit [2] 24/6 73/24
commitment [2] 7/16 7/18
committed [2] 8/19 20/6
common [1] 75/17
commonly [2] 4/20 100/15
Communications [1] 52/24
Community [1] 48/25
commute [1] 52/4
comp [1] 40/8
company [3] 45/12 45/12 46/18
compass [2] 101/5 101/6
complete [2] 23/11 70/9
completely [1] 121/10
complicated [1] 82/3
complied [1] 5/19
comply [1] 15/14
computer [2] 47/1 51/14
concept [1] 77/3
concern [1] 6/3
concerned [2] 38/20 53/20
concert [1] 77/13
conclude [3] 19/17 43/4 63/18
concluding [1] 80/4
conclusion [1] 36/3
conduct [4] 9/9 24/11 24/25 117/18
confederated [1] 24/5
conflict [1] 8/14
conflicts [1] 8/6
connotation [1] 86/11
consequence [1] 14/7
Consequently [1] 14/7
consider [2] 63/21 84/17
consideration [1] 18/23
considered [4] 20/3 25/19 62/23 63/10
considering [2] 64/14 81/3
consist [1] 62/17
conspiracy [18] 24/15 25/4 25/13 68/24 68/25 69/4 70/14 72/7 73/24 75/15 75/18 79/8 79/19 79/19 82/24 84/5 84/6 85/16
conspired [2] 24/5 25/15

**C**

constitution [3] 76/18 87/23 87/24
consult [1] 55/3
contact [2] 113/23 115/13
contacted [1] 107/5
contacts [2] 111/7 116/20
contain [1] 122/7
contained [1] 86/18
contesting [1] 33/7
context [1] 116/18
continuance [2] 6/7 8/7
continue [3] 71/3 100/8 101/7
continues [1] 80/17
continuing [1] 72/9
contractor [1] 50/7
controller [1] 50/9
controvert [1] 5/14
converse [1] 8/1
convicted [1] 40/15
convince [3] 74/1 79/17 82/11
convinced [4] 74/1 75/3 77/18 81/1
convincing [4] 74/5 74/12 76/1 76/3
Cook [1] 52/24
cop [1] 36/18
copy [3] 12/21 26/20 53/6
Coral [2] 1/21 1/24
corner [2] 98/14 98/15
cornerstones [2] 73/5 73/6
corporate [1] 50/9
Corporation [2] 45/10 45/11
correct [20] 4/5 11/12 11/13 29/10 86/3 92/20 92/21 93/5 95/3 96/22 97/10 98/22 98/24 99/25 101/21 102/2 103/10 105/5 121/9 123/1
corrected [1] 113/20
correction [1] 49/3
corrections [1] 36/24
cost [1] 39/7
costs [1] 7/22
could [25] 6/1 7/16 14/1 29/22 36/6 43/16 43/19 43/20 53/10 53/16 61/7 71/13 71/15 94/9 96/19 98/10 98/10 99/4 104/2 105/11 105/14 105/16 107/14 112/5 119/23
couldn't [1] 107/16
counsel [14] 13/1 16/2 16/3 21/5 21/5 26/17 48/21 65/15 65/22 72/18 79/25 80/2 82/11 85/23
counsels [1] 81/17
count [9] 24/14 24/15 24/16 25/3 25/4 25/4 25/5 25/9 25/13
country [8] 41/19 69/8 72/5 74/22 76/19 80/15 80/17 80/22
counts [13] 13/12 13/13 13/15 13/18 24/17 24/22 25/2 25/12 25/13 25/14 69/1 72/14 85/15
county [31] 24/2 24/19 28/16 28/21 30/7 30/7 31/7 31/19 32/7 32/13 32/17 32/19 33/4 33/11 33/16 35/15 35/17 36/24 37/1 38/5 39/3 44/25 45/15 49/4 49/9 49/17 50/2 50/25 52/4 52/5 52/6
couple [2] 40/3 76/8
course [9] 26/21 62/14 70/13 76/17 77/6 78/24 81/11 90/16 117/18
court [42] 1/1 2/5 3/17 4/7 4/18 5/8 5/12 5/22 6/13 8/20 10/7 16/18 17/18 21/14 21/16 21/19 21/22 22/3 23/13 23/14 28/19 28/19 28/24 29/4 32/1 33/6 38/19 39/7 40/16 53/16 62/3 62/12 62/14 62/20 63/9 65/20 72/18 78/21 81/7 85/23 103/6 123/5
Court's [9] 18/24 19/4 41/24 42/19

42/24 63/4 65/1 73/19 113/8
court-appointed [1] 21/19
courtesy [1] 119/8
courthouse [1] 31/19
courtroom [18] 3/14 16/10 17/13 18/23 22/7 22/9 22/17 26/25 29/20 36/11 40/3 41/24 42/19 63/1 63/14 74/19 81/1 118/18
courts [1] 28/11
cousin [2] 34/9 40/15
cousins [1] 35/17
cover [1] 72/11
coverage [1] 110/19
covered [2] 81/10 86/5
CR [1] 1/4
Craft [16] 14/17 70/3 84/23 102/8 102/14 102/17 103/16 106/12 106/16 108/16 112/12 112/16 114/12 114/19 115/17 116/3
credentials [1] 5/23
credibility [1] 64/1
Crespo [2] 4/4 4/7
crew [4] 54/2 93/17 94/21 111/9
crime [2] 75/14 86/9
criminal [30] 9/2 20/1 20/14 20/16 20/23 26/1 28/10 28/24 29/6 30/2 30/3 30/17 30/22 31/14 32/13 32/16 32/18 33/4 33/12 33/21 38/19 38/21 39/9 40/10 40/13 64/2 64/3 64/17 76/9 85/9
Cristina [2] 1/13 21/7
cross [7] 65/15 65/17 67/25 87/6 87/7 87/11 87/13
cross-examination [3] 87/6 87/7 87/11
cross-examine [3] 65/15 65/17 87/13
crosshairs [2] 101/17 101/20
crossing [2] 71/15 86/4
crossword [1] 87/14
crowd [1] 80/17
crown [1] 80/19
CRR [1] 2/4
cruising [1] 85/4
CRUZ [13] 1/7 1/20 3/2 3/9 11/19 12/3 12/16 13/3 13/11 21/20 66/6 67/4 120/23
Cuba [1] 94/12
Cuban [2] 40/16 79/13
Cudjoe [1] 50/13
cup [2] 118/13 118/14
current [1] 100/20
currently [5] 38/5 45/11 47/9 48/19 89/18
custody [1] 121/15
custom [1] 46/18
Customs [3] 3/6 66/10 71/9 89/8 104/16 115/10
Customs' [1] 89/17
cutoff [2] 99/24 100/2
cutout [1] 100/2
cutter [7] 66/20 66/25 67/1 68/13 68/13 83/12 107/5
cutters [3] 107/7 111/16 115/10

**D**

Dade [2] 36/24 49/4
Dadeland [1] 2/2
dairy [1] 50/16
Dale [1] 54/15
damaging [1] 5/12
dare [1] 79/22
dark [1] 77/15
darker [4] 92/24 116/13 116/14 116/15
darkness [1] 72/11
Darlene [1] 50/22

Darren [1] 54/14
dash [5] 67/19 70/12 70/13 99/3 123/22
date [8] 8/8 8/13 8/13 98/16 98/21 99/11 114/25 123/4
Dating [1] 32/3
Datran [2] 2/1
day [8] 8/19 8/23 43/4 43/23 45/9 66/9 72/24 93/25
daylight [1] 105/19
days [5] 9/14 43/6 53/25 54/5 69/11
dazzle [1] 79/5
de [3] 1/20 90/3 123/22
death [3] 24/11 24/25 71/25
decide [10] 63/12 63/22 74/18 74/19 74/20 75/1 75/2 76/24 80/21 81/22
decided [3] 4/8 4/10 78/3
decides [1] 76/22
decision [7] 31/12 42/5 44/11 55/3 76/22 77/18 85/11
decisions [1] 22/13
deep [1] 70/22
deeper [1] 35/1
defend [1] 76/18
defendant [46] 1/17 1/19 1/22 2/1 4/3 12/9 12/10 12/11 12/13 12/16 12/17 12/18 12/19 12/22 12/23 12/24 12/25 20/11 21/2 25/2 25/22 25/23 38/20 38/23 40/8 41/25 64/4 64/5 64/7 64/10 64/12 64/14 65/15 67/6 76/9 76/19 80/25 82/12 86/14 87/12 119/9 119/16 123/11 123/12 123/13 123/14
defendant's [1] 64/15
defendants [27] 1/9 4/12 6/25 9/2 9/9 12/1 20/11 24/4 24/17 24/20 24/20 25/25 26/14 34/22 35/5 41/2 41/13 65/16 70/19 71/7 81/17 81/19 118/5 118/24 120/4 120/6 120/21
defendants' [1] 65/11
defender [1] 9/6
defense [47] 5/10 9/3 13/25 14/25 17/11 21/13 27/25 37/1 42/9 44/7 44/9 55/2 55/8 55/15 55/16 55/21 55/24 56/3 56/8 56/10 56/16 57/17 57/19 57/25 58/4 58/6 58/12 58/14 58/20 58/22 59/10 59/16 59/22 60/10 60/14 60/19 61/11 76/11 76/11 76/23 81/8 81/17 86/2 87/8 87/12 113/10 118/5
degree [2] 91/16 93/5
degrees [5] 93/8 99/16 100/11 100/13 101/5
delayed [1] 17/25
delete [1] 4/13
deliberate [3] 64/22 65/21 87/10
deliberations [3] 26/21 65/6 81/2
delirium [1] 69/11
deliver [1] 43/22
Delta [1] 45/16
demand [1] 15/12
democrat [1] 73/2
denied [1] 16/16
denying [1] 7/8
department [5] 35/25 37/9 37/16 48/19 52/21
deputy [1] 37/7
described [1] 73/25
describes [1] 69/1
designate [1] 100/6
detail [2] 85/8 85/9
detailing [1] 45/5
detect [3] 93/12 94/9 111/8
detected [3] 66/11 94/19 115/7
detects [2] 92/23 99/21

**D**

determination [7] 82/7 83/4 83/13
83/20 84/3 85/3 85/20
determine [4] 82/8 83/9 94/23 113/23
determined [2] 83/24 115/7
determining [2] 63/25 115/19
developed [1] 45/10
development [1] 51/24
device [1] 95/18
devices [1] 93/22
Diane [5] 33/3 38/12 51/4 59/5 60/4
did [57] 27/8 28/25 29/16 30/10 31/25
32/8 32/13 32/24 33/8 33/17 43/12
50/19 75/4 75/4 75/9 76/16 84/7 92/9
92/11 92/16 94/3 94/13 94/14 94/17
96/2 96/4 96/6 96/7 103/17 104/1
104/3 104/6 104/22 105/20 105/25
106/3 106/5 106/18 106/21 107/12
107/13 110/5 111/1 111/2 111/3 111/5
111/8 115/13 115/15 116/3 116/7
116/19 116/22 117/3 118/21 121/3
122/7
didn't [12] 4/6 12/8 29/21 66/11 71/7
75/10 76/16 120/1 120/25 121/2 121/8
122/10
die [1] 84/14
died [4] 69/15 70/14 75/22 79/14
dies [1] 68/23
differences [1] 92/23
different [15] 14/18 14/20 29/7 31/9
33/1 64/17 77/2 81/16 87/2 87/5 89/21
92/13 99/5 109/7 120/24
Differentiates [1] 99/22
difficult [3] 43/7 81/14 81/14
difficulty [1] 109/1
diligently [1] 80/2
dim [1] 98/10
DIRE [1] 17/14
Dire.............................................17 [1]
123/9
direct [9] 63/15 63/16 63/16 87/6 87/6
87/7 87/11 89/4 101/1
direction [6] 105/6 107/7 109/17
109/24 110/1 110/9
directly [1] 122/10
Director [2] 46/2 46/9
disability [1] 43/7
disadvantages [1] 81/9
disclosure [1] 5/20
discovery [5] 14/4 14/7 15/7 15/14
122/8
discuss [4] 16/2 64/20 64/20 77/2
discussed [5] 5/13 44/12 75/17 75/17
116/18
disk [8] 96/24 97/2 97/7 97/20 97/24
98/1 123/24 123/25
disprove [2] 20/12 25/23
dispute [1] 72/2
disregard [3] 24/9 24/23 63/10
disregarded [1] 63/12
distance [2] 43/24 100/25
distances [2] 112/22 118/2
distant [1] 35/17
distorted [1] 109/10
district [13] 1/1 1/1 1/12 7/22 9/3 17/18
17/19 21/8 24/2 24/3 24/3 24/20 37/7
division [5] 1/2 45/1 45/2 45/24 46/12
divorced [4] 45/4 49/13 50/3 51/2
do [113] 3/20 4/3 8/25 8/25 10/15
10/20 13/1 14/21 15/18 18/4 19/2 23/4
23/6 23/10 25/15 25/22 26/6 26/10
26/17 27/17 27/19 31/23 34/17 37/10

37/19 37/25 38/7 40/17 41/18 42/25
43/11 44/19 44/19 45/23 45/23 46/6
46/19 47/12 48/23 49/23 50/19 51/20
53/8 53/23 53/23 54/7 54/10 60/22
61/25 62/4 62/14 64/24 65/2 65/2 65/4
65/11 68/6 69/6 73/20 76/16 79/7
79/15 79/18 79/21 81/15 81/21 81/23
82/2 83/17 84/19 85/13 85/13 87/14
88/19 89/7 89/25 90/1 90/17 92/24
93/3 93/7 93/22 94/23 94/3 94/8 95/18
95/20 96/3 96/10 96/11 96/15 97/4
97/7 97/21 98/21 99/10 101/11 101/15
104/7 105/4 109/18 112/8 112/25
114/22 115/16 115/25 116/12 117/10
117/23 118/14 119/12 119/12 120/13
document [1] 20/4
documents [1] 62/18
does [44] 6/13 9/4 13/22 16/20 26/14
26/22 26/25 27/7 44/22 46/8 47/12
51/20 67/9 69/14 75/15 75/17 79/1
79/6 79/15 79/20 80/4 81/24 87/12
87/17 89/15 93/7 93/19 93/21 95/22
98/7 100/13 101/4 106/8 108/20
108/23 110/22 113/5 113/22 113/24
117/25 119/17 119/19 119/21 122/12
doesn't [12] 6/14 73/9 73/16 76/22
82/22 82/24 82/25 86/22 119/11
119/20 119/24 122/9
doing [11] 16/18 66/11 68/20 77/25
109/8 110/11 112/2 112/17 114/15
115/18 116/5
domestic [1] 50/9
Dominick [2] 54/16 122/3
don't [45] 4/2 5/25 6/19 6/20 6/21 7/24
8/17 9/21 10/22 11/15 14/2 15/25
16/24 16/25 18/18 22/17 23/17 26/18
27/6 27/15 28/25 34/8 36/6 36/14
37/21 41/14 42/6 43/18 54/19 56/19
66/22 71/6 79/24 83/17 84/9 88/18
99/14 100/15 117/19 117/19 117/22
117/23 118/3 119/24 120/15
done [3] 44/20 44/22 80/15
dot [1] 83/23
dots [2] 116/9 116/12
doubt [20] 20/15 20/24 25/21 29/11
64/16 72/7 73/22 74/2 74/3 74/5 74/11
75/4 76/2 77/19 79/18 79/20 80/5
82/12 86/21 87/18
Doug [2] 33/20 52/19
Douglas [1] 61/18
down [21] 3/21 15/17 22/18 23/10
28/14 31/6 47/8 48/6 48/8 49/12 60/22
69/6 70/11 87/22 94/10 94/18 96/5
99/2 99/16 104/8 105/5
downtown [1] 47/5
drifting [2] 108/8 114/21
drive [1] 95/24
drives [2] 95/25 95/25
driving [1] 79/20
drop [1] 15/2
drug [3] 31/21 74/25 75/1
drugs [4] 31/23 75/1 75/2 112/1
drum [2] 80/7 116/25
drums [4] 67/12 80/8 83/2 83/2
due [2] 5/16 119/3
DUI [3] 30/18 30/25 32/24
duly [2] 12/6 88/25
during [13] 26/21 62/14 64/19 70/13
70/13 70/15 74/10 94/15 106/3 106/5
114/1 117/18 118/22
duties [1] 10/13
duty [3] 30/7 43/25 62/9
DVD [2] 96/13 123/23

DVR [1] 96/4
dying [1] 68/13

**E**

each [23] 11/25 12/20 13/8 23/1 23/12
23/15 24/6 24/17 25/2 25/20 26/6
42/16 42/23 62/1 65/16 75/16 81/18
104/22 106/19 112/25 113/1 114/23
114/24
Eager [4] 32/6 37/15 50/1 57/9
earlier [4] 7/17 8/20 17/24 66/9
early [3] 53/25 118/12 118/14
earning [1] 9/6
EAS [2] 45/10 45/11
easier [1] 97/19
eastbound [1] 105/8
eastern [1] 94/24
eastern-most [1] 94/24
easy [1] 74/25
eat [2] 10/9 10/17
Ebert [1] 88/9
educational [3] 18/7 19/10 73/16
effect [21] 27/19 27/22 34/20 35/19
36/20 37/11 37/19 37/25 38/8 38/14
39/12 39/25 40/5 40/10 40/18 41/5
41/12 42/4 110/22 118/23 120/24
effective [1] 45/2
efforts [1] 6/5
eight [3] 49/12 57/7 78/10
eighth [1] 46/4
either [10] 28/10 28/10 34/18 36/19
37/10 38/20 38/23 106/3 106/6 120/2
elect [2] 76/10 76/19
election [1] 78/11
Electric [1] 48/1
electrician [1] 52/24
electro [3] 89/17 91/20 92/1
electro-optical [3] 89/17 91/20 92/1
elevation [1] 99/16
else [14] 8/1 16/6 17/4 28/8 29/12
33/24 36/10 36/15 42/13 44/1 64/7
83/17 120/14 120/25
email [1] 5/2
emergency [1] 68/18
emphasize [2] 25/17 31/14
employed [13] 34/2 34/4 34/19 34/20
35/24 44/18 44/19 44/25 45/11 50/14
52/16 52/20 53/18
employment [3] 37/10 37/11 38/7
EMT [1] 68/21
enable [1] 66/7
encourage [2] 24/7 41/9
encouraged [1] 41/3
encouraging [1] 24/21
end [21] 19/14 43/5 43/20 63/20 64/10
64/21 65/6 67/6 69/4 70/2 72/13 74/4
75/6 75/12 76/1 76/23 78/6 87/16 88/4
88/9 108/21
ended [1] 64/1
enforcement [10] 3/6 34/3 34/5 34/15
34/16 34/19 34/20 37/8 54/20 98/20
engineering [2] 45/1 45/2
England [1] 98/19
enough [2] 32/25 116/24
enter [8] 13/8 13/11 13/18 13/20 24/8
24/22 69/1 70/15
entered [3] 7/4 7/6 73/23
entering [1] 41/1
enters [2] 13/14 17/13
entire [3] 77/21 106/3 106/5
entirety [1] 23/21
entry [3] 24/9 24/10 24/24
equipment [10] 91/22 93/1 93/19 95/15

## E

equipment... [6] 58/22 100/7 101/12 104/12 110/22 113/22
equipped [1] 101/13
erasing [1] 79/14
error [1] 4/8
especially [2] 9/5 71/12
Esq [4] 1/17 1/19 1/22 2/1
essence [1] 16/3
essentially [4] 24/15 26/21 68/22 75/13
establish [2] 75/15 75/18
estate [1] 48/14
estimate [1] 101/12
et [1] 4/20
Eulogio [3] 36/23 49/2 57/4
evaluate [1] 81/21
evaluation [1] 100/23
even [6] 6/22 16/4 70/22 75/17 77/2 97/23
evening [6] 75/20 77/14 93/25 94/6 117/16 118/16
event [5] 14/25 121/11 122/11 122/12 122/15
events [7] 93/24 96/1 96/2 96/6 96/13 97/4 123/23
eventually [2] 70/17 104/9
ever [4] 7/24 28/9 34/4 38/19
every [4] 43/14 78/9 81/3 91/2
everybody [4] 21/9 87/20 96/19 120/14
everyone [7] 8/7 17/12 17/22 21/6 44/1 72/24 118/3
everything [6] 66/23 68/20 81/11 95/14 107/14 107/16
evidence [88] 5/14 14/22 15/1 18/21 18/22 19/3 20/3 20/4 20/20 25/18 25/19 25/24 29/8 32/25 41/10 41/23 42/18 42/24 62/3 62/9 62/17 62/22 62/24 62/25 63/12 63/6 63/10 63/12 63/13 63/15 63/16 63/17 63/21 64/11 65/5 65/9 65/13 65/18 65/20 69/22 69/25 70/4 70/5 70/18 72/6 74/9 74/15 74/20 75/19 75/21 76/1 77/7 77/8 77/8 77/14 77/20 78/4 79/4 79/16 80/4 80/24 80/25 81/3 81/21 81/22 81/23 81/25 82/6 82/23 84/4 84/12 85/5 85/10 85/12 85/19 86/14 86/15 87/15 88/2 90/10 90/13 97/13 97/18 97/21 98/3 98/6 117/24 121/6
ex [1] 45/4
ex-husband [1] 45/4
exactly [3] 66/12 71/23 77/24
examination [4] 87/6 87/7 87/11 89/4
examine [3] 65/15 65/17 87/13
examiner [1] 71/24
example [1] 74/25
Except [1] 9/15
exception [1] 16/12
excuse [17] 44/11 55/22 56/4 57/18 58/1 58/5 58/13 59/11 59/17 60/5 60/15 61/15 100/2 102/19 106/15 114/25 115/24
excused [18] 18/11 19/6 55/11 55/25 56/21 56/24 57/4 57/6 57/8 59/1 59/2 59/3 59/3 60/2 60/2 60/3 60/20 61/22
excuses [1] 55/9
excusing [1] 35/4
execution [1] 81/14
exercise [1] 88/1
exercises [1] 44/4
exhibit [12] 89/25 90/10 90/13 97/8 97/13 97/18 98/14 102/3 102/10 102/18 102/24 103/7

exhibits [4] 62/19 97/22 98/5 123/21
exist [1] 63/19
expected [2] 69/18 108/18
expediency [1] 108/9
experience [2] 18/7 19/25
expert [4] 5/18 5/24 15/14 15/24
explain [3] 69/3 92/19 99/4
explaining [1] 84/7
Extremely [1] 39/10
eyewitness [1] 63/17

## F

face [1] 83/21
fact [13] 3/24 24/9 24/24 27/17 34/15 34/18 67/19 75/16 94/13 118/25 119/3 119/9 120/6
factor [2] 5/17 82/19
facts [14] 62/10 62/11 62/11 62/17 62/19 63/16 63/18 63/19 82/8 82/9 82/10 85/12 87/1 87/1
failing [1] 25/21
fails [1] 20/25
fair [13] 27/20 34/21 35/20 36/7 36/13 38/8 39/12 40/18 41/6 41/12 42/4 44/8 90/6
fairly [1] 14/6
fall [2] 30/8 76/1
familiar [2] 5/22 54/11
family [3] 34/4 38/18 38/22
far [9] 36/13 66/18 67/17 104/18 105/2 105/6 112/25 114/22 115/22
Farallon [2] 66/25 68/13
farm [2] 50/15 50/16
fast [11] 27/6 79/11 84/15 85/1 103/16 108/11 113/8 113/25 114/8 116/3 116/7
fastest [2] 114/2 114/10
father [2] 37/6 48/3
father's [1] 37/11
father-in-law [1] 48/3
fathers [1] 78/12
fault [1] 60/5
favor [1] 41/8
feature [1] 88/6
February [1] 45/2
federal [10] 20/6 20/10 28/11 28/19 28/24 29/19 31/5 31/23 40/16 98/19
feeling [1] 77/2
feelings [2] 41/18 42/3
feet [1] 114/24
fellow [1] 118/8
felon [1] 40/15
felony [1] 39/18
felt [1] 39/20
Ferrandino [4] 54/16 119/13 122/3 122/7
few [3] 70/21 84/19 110/20
field [1] 47/2
figure [1] 71/5
file [2] 5/9 121/21
files [1] 20/8
film [1] 117/15
filter [2] 78/14 78/15
final [1] 73/10
finally [4] 39/6 65/4 102/16 106/20
finance [1] 46/9
find [14] 18/6 19/9 62/9 62/17 62/21 76/6 85/14 87/19 88/12 112/19 114/16 115/8 115/20 119/23
fine [2] 10/25 79/25
finish [3] 43/6 79/22 81/2
finished [1] 19/14
fire [3] 45/15 48/19 52/6

firmly [1] 86/23
first [31] 8/5 11/10 13/6 17/17 18/3 21/5 22/18 22/22 24/4 24/14 24/20 26/12 28/14 29/12 36/11 38/25 48/12 50/24 64/4 65/8 88/16 88/18 88/20 88/25 103/14 104/15 105/16 107/19 121/4 121/22 122/6
Fischer [2] 49/11 57/7
Fish [2] 47/5 47/5
fisherman [1] 53/3
fishermen [1] 66/22
fishing [9] 70/19 70/22 83/16 111/11 115/6 116/19 118/25 119/10 120/24
fitness [1] 44/7
five [9] 10/8 32/10 39/18 45/17 47/17 51/18 57/2 59/5 96/16
FL [6] 1/15 1/18 1/21 1/24 2/3 2/6
flash [1] 95/25
flew [1] 54/1
flight [3] 94/21 95/14 111/9
FLINT [1] 2/8
FLIR [10] 92/20 92/23 94/22 95/16 99/16 99/18 100/10 101/17 110/25 111/12
floating [1] 116/25
Floor [1] 1/17
FLORIDA [13] 1/1 1/6 17/19 21/8 24/3 37/16 48/1 48/25 70/12 72/12 83/16 83/18 85/7
flown [3] 92/3 92/4 92/6
flows [2] 78/15 78/15
flush [1] 9/20
fly [2] 92/9 95/13
focus [1] 88/2
folks [2] 22/6 54/20
follow [13] 18/24 19/3 28/23 34/17 41/24 42/19 42/24 62/12 63/7 73/19 78/7 82/5 82/6
follow-up [2] 28/23 34/17
following [1] 65/15
follows [2] 12/6 88/25
food [2] 69/9 70/10
force [2] 46/23 72/1
foregoing [1] 123/1
foreign [1] 72/2
forester [1] 48/2
forget [1] 23/18
forgot [1] 47/9
form [5] 65/4 73/24 75/6 75/8 77/3
formal [1] 13/5
Formalities [1] 90/22
Forssell [2] 47/4 56/22
forth [5] 22/25 24/21 49/5 80/22 104/3
fortunately [1] 8/21
forward [3] 91/17 108/11 113/9
found [6] 9/10 14/17 14/20 33/17 70/21 70/21
foundation [1] 109/23
founding [1] 78/12
four [19] 4/12 31/19 31/21 35/24 43/4 68/14 78/10 81/16 81/16 81/17 81/17 93/17 98/23 101/21 105/3 107/4 108/4 120/3 120/5
four-day [1] 43/4
four-mile [1] 107/4
fourth [3] 25/4 25/7 86/3
Fox [29] 14/17 66/17 67/4 70/1 70/5 75/20 75/21 80/10 102/7 102/15 106/13 106/17 106/21 108/17 109/3 109/4 109/5 109/14 110/13 111/18 112/10 113/14 113/15 113/16 113/20 114/12 114/19 115/17 116/7
frame [5] 28/2 35/6 35/7 42/10 109/4

## F

Frank [2] 47/7 56/23
frankly [2] 5/18 6/5
Frederick [5] 27/5 32/16 46/17 49/20 57/9
free [1] 121/13
frequency [1] 107/22
frequent [1] 9/5
Friday [12] 4/25 6/2 6/20 6/21 9/11 9/12 9/12 15/13 15/20 43/13 43/20 121/19
Fridays [1] 6/1
friend [4] 34/4 34/19 38/19 38/22
friends [1] 26/24
front [10] 5/24 6/19 7/17 7/17 11/17 23/13 91/16 95/18 95/20 111/18
Ft [1] 5/23
fuel [7] 67/12 80/7 80/7 80/8 83/2 83/2 116/25
full [5] 28/18 28/21 78/4 89/2 101/13
fully [3] 5/19 8/15 77/4
functions [1] 109/7
fund [1] 51/14
further [4] 15/6 63/19 64/16 66/12

## G

Gables [3] 1/21 1/23 1/24
gallon [1] 116/25
gaps [1] 96/5
Garcia [4] 24/12 25/1 68/19 70/14
gasoline [2] 69/13 70/11
gave [7] 8/13 8/13 20/18 69/9 69/9 95/7 121/4
gear [1] 91/17
Geisler [4] 48/17 57/2 58/5 59/2
General [1] 45/24
generalized [1] 42/15
generally [1] 19/11
generation [1] 46/5
gentleman [9] 22/4 22/21 22/23 81/4 82/1 82/16 85/20 86/7 87/18
gentleman's [1] 16/3
gentlemen [42] 10/23 17/15 21/15 21/18 21/23 22/1 34/1 53/5 55/5 66/4 67/3 68/2 68/6 68/12 68/15 68/18 68/24 69/7 69/15 69/19 69/21 69/24 70/1 70/1 70/2 70/7 70/18 71/9 71/14 71/23 72/6 72/19 72/19 75/25 78/22 79/25 81/8 85/24 86/17 86/25 113/10 117/17
George [2] 48/17 57/2
Gerald [3] 33/10 51/17 60/6
get [33] 5/8 6/5 6/14 9/14 10/10 11/2 12/7 15/21 17/2 19/16 23/10 33/8 43/24 66/17 67/15 69/8 75/6 77/4 95/9 96/18 98/22 101/11 104/17 110/12 111/6 112/3 112/18 112/19 112/22 118/7 118/10 118/11 118/15
gets [2] 78/3 109/10
getting [6] 17/21 42/15 72/10 109/8 109/17 113/19
Gewin [2] 45/20 56/22
gigs [1] 48/8
Gina [2] 3/5 21/12
give [21] 8/8 12/14 23/6 23/15 23/21 26/20 27/4 34/7 39/1 43/11 62/7 62/12 63/19 63/25 64/16 74/8 82/5 84/8 84/13 117/17 121/8
given [5] 6/6 8/24 9/7 34/15 101/16
gives [1] 109/11
giving [1] 110/2
global [1] 70/4

go [40] 4/14 4/16 6/8 7/3 7/10 10/13 19/15 11/7 19/11 22/18 23/23 36/18 28/12 28/12 29/3 41/14 44/15 45/20 49/4 54/3 54/23 76/23 76/24 77/4 79/11 83/16 84/6 87/9 88/21 93/11 94/7 95/13 103/16 104/3 105/17 110/23 111/9 117/13 117/15 118/7
go-fast [2] 79/11 103/16
goat [2] 50/17 50/18
goats [2] 50/17 50/17
God [1] 62/3
goes [2] 82/19 93/15
going [73] 4/6 5/6 5/7 6/5 7/18 7/21 8/2 8/2 8/8 8/18 14/14 14/15 14/22 15/7 15/14 15/23 18/11 23/20 23/20 34/1 34/16 34/23 36/2 36/25 67/2 67/18 68/7 68/9 69/5 71/6 74/4 75/19 76/6 77/8 77/22 79/4 80/8 81/12 81/13 81/15 81/24 82/4 83/3 83/25 84/6 84/10 84/13 84/24 85/2 85/19 86/3 94/8 94/10 101/18 104/14 105/24 109/11 110/13 111/21 113/4 113/17 114/10 114/16 116/14 116/15 117/8 117/14 119/12 120/12 120/13 121/24 121/25 122/2
GOMEZ [19] 1/7 1/20 3/2 3/9 12/3 12/10 12/16 12/16 12/23 13/3 13/11 21/20 66/6 67/4 79/23 79/24 80/5 120/23 123/12
Gomez Cruz [1] 120/23
gone [1] 117/6
GONZALEZ [16] 1/8 2/1 3/3 11/19 12/5 13/7 13/20 16/8 22/4 66/6 67/5 86/7 86/16 88/3 88/13 119/9
good [21] 3/4 3/8 3/12 3/15 10/18 17/15 18/6 21/6 21/9 21/14 21/18 22/1 66/3 72/20 74/21 78/22 85/23 85/24 89/5 89/6 92/17
got [13] 3/21 5/23 14/12 30/5 30/19 39/6 49/6 60/22 94/22 103/14 110/20 112/5 113/1
government [90] 1/13 5/21 7/21 9/21 14/1 14/8 15/12 15/16 16/17 16/20 20/5 20/8 20/10 20/13 20/14 20/25 21/5 25/6 25/20 34/21 39/19 41/13 53/15 54/24 55/1 55/17 55/19 56/6 56/12 56/14 57/12 57/21 57/23 58/2 58/8 58/10 58/16 58/18 58/24 59/7 59/8 59/12 59/14 59/20 60/8 60/12 60/16 60/21 60/23 61/9 61/19 64/6 64/9 64/15 65/8 65/14 65/17 65/22 67/16 68/25 69/14 69/22 70/4 72/19 73/3 73/6 73/7 73/7 73/21 73/22 75/4 75/23 79/4 79/17 80/2 80/8 80/11 80/21 85/2 86/1 86/9 86/20 87/6 87/17 88/15 88/22 97/12 119/8 123/17 123/22
government's [21] 4/2 7/20 53/19 65/16 89/25 90/10 90/13 97/13 97/18 97/22 98/2 98/5 98/13 102/3 102/10 102/18 102/24 103/6 118/22 121/17 123/10
GPS [5] 70/4 70/8 71/16 72/9 101/13
gracing [1] 4/6
grand [4] 31/5 31/11 31/20 32/23
granted [3] 6/15 8/7 53/13
gray [3] 88/8 91/17 113/17
great [5] 35/15 66/8 78/13 80/19 84/7
great-uncle [1] 35/15
greatest [1] 77/16
Greenwich [4] 98/16 98/17 98/18 98/18
grocery [1] 46/20
ground [1] 100/7
group [4] 51/10 51/12 51/14 79/3

Guard [30] 37/24 47/11 53/18 53/23 54/5 54/8 66/16 66/15 66/17 67/10 67/19 68/6 68/14 68/20 70/20 71/5 71/8 71/11 83/12 83/25 104/16 107/3 110/8 111/16 115/5 115/6 115/9 115/10 116/19 119/10
guess [5] 5/8 9/11 10/10 39/18 122/13
guide [1] 62/8
guidelines [1] 63/25
guilt [4] 64/7 64/15 82/12 86/15
guilty [21] 13/12 13/14 13/18 13/21 39/18 64/5 72/14 75/7 75/7 76/6 77/23 81/4 81/18 81/18 82/17 84/10 85/14 86/18 86/19 87/19 88/13

## H

habitats [1] 39/19
had [60] 4/7 4/7 4/24 5/4 7/13 7/16 7/19 8/6 9/6 9/6 9/8 9/9 9/19 9/25 10/7 10/8 10/17 11/9 14/4 17/22 17/24 31/23 32/25 33/7 34/19 50/16 67/7 69/8 70/10 70/10 70/11 72/3 72/3 72/4 72/10 76/25 77/1 78/17 79/18 82/15 82/18 84/14 84/14 87/21 92/5 92/16 92/16 92/17 94/7 94/24 94/25 95/2 97/1 103/12 107/5 109/14 111/9 111/13 113/16 115/7 121/22
hair [1] 88/8
half [3] 10/22 101/1 115/23
Half-an-hour [1] 10/22
Hamby [1] 54/16
hand [20] 12/1 23/5 23/6 26/4 26/17 27/3 28/11 28/22 34/6 38/24 43/10 44/13 61/25 98/14 98/15 99/24 100/20 101/8 105/9 108/4
handle [1] 79/25
hands [12] 26/18 28/8 28/12 28/13 33/24 38/17 40/3 40/23 41/14 43/1 43/2 44/14
handy [1] 119/24
happen [1] 111/1
happened [2] 8/22 14/12
happening [2] 68/17 78/12
happens [1] 5/22
happy [2] 8/22 54/10
hard [4] 9/14 94/7 95/24 113/14
has [46] 4/10 4/11 5/5 5/13 6/4 6/24 9/25 10/7 16/14 16/15 20/11 20/15 21/1 25/20 25/23 26/22 37/17 38/21 43/6 44/22 52/16 63/9 64/10 64/12 68/19 68/25 73/21 75/8 75/23 76/9 76/12 82/10 82/23 85/11 86/8 86/10 86/18 86/19 87/20 93/1 95/22 96/20 101/15 109/3 111/25 120/14
hasn't [2] 8/21 10/8
have [199]
haven't [5] 18/17 28/17 41/10 44/5 44/12
Havilland [2] 90/3 123/22
having [6] 12/6 25/15 31/10 77/10 88/25 118/12
he [52] 3/9 3/13 4/11 5/22 5/22 5/24 5/25 6/1 9/6 9/25 10/1 15/13 15/14 33/17 35/9 39/5 39/8 39/21 47/19 52/16 66/11 66/14 66/14 66/15 67/9 67/10 67/10 67/12 71/24 75/20 76/10 76/22 79/1 79/2 79/18 82/5 86/8 86/8 86/18 86/19 102/15 102/16 104/8 104/8 104/8 104/8 104/7 109/14 119/1 119/3
He'd [1] 35/11
he's [11] 5/23 6/22 9/5 10/24 13/12 13/15 13/18 35/16 76/12 109/15 121/9

**H**

head [6]  72/1 94/9 94/10 94/21 109/18 109/19
headed [4]  85/6 94/16 105/8 110/10
heading [8]  94/17 99/5 100/21 107/8 109/24 110/1 110/3 110/3
hear [27]  12/8 18/22 23/8 34/1 34/16 41/23 53/8 65/22 66/19 67/18 67/22 68/10 68/13 69/10 71/11 71/23 72/1 75/12 75/21 77/13 77/20 79/11 96/19 107/19 117/24 120/12 120/13
heard [18]  8/6 20/18 25/24 26/23 27/18 41/10 53/19 63/11 74/9 74/9 77/1 78/1 79/9 86/1 86/1 87/21 88/11 119/6
hearing [2]  6/25 33/11
hearings [1]  17/23
heart [1]  7/11
heat [2]  92/23 99/21
heavily [1]  16/14
heed [1]  68/6
held [1]  4/17
helicopter [1]  68/21
Hello [1]  50/22
help [5]  27/7 62/3 67/2 68/11 70/9
Henkel [3]  40/4 51/9 60/5
her [3]  5/2 61/8 64/11
here [72]  4/1 4/6 6/5 8/18 8/19 17/5 17/20 18/2 23/19 28/14 28/17 29/20 30/17 31/6 31/22 40/15 43/23 44/1 45/16 45/21 46/24 47/9 48/6 48/8 49/12 49/21 50/5 51/25 52/22 61/8 63/13 66/4 67/2 72/11 77/4 77/24 77/25 81/16 82/7 82/17 84/13 85/20 86/7 86/8 86/8 86/16 86/17 86/23 86/24 88/1 93/19 102/6 102/13 102/19 102/22 103/2 104/25 106/10 108/2 108/14 108/18 109/2 109/13 109/17 111/17 112/17 115/18 116/9 117/5 118/10 118/10 120/22
Hernandez [4]  28/15 35/14 43/12 46/2
hesitate [5]  28/1 35/6 35/10 35/11 42/9
hesitation [3]  74/7 74/14 76/4
Hi [4]  45/19 47/4 51/9 52/2
high [3]  24/1 24/19 84/16
higher [1]  20/22
highest [1]  74/8
him [9]  3/23 4/2 4/3 4/7 16/4 79/21 83/22 87/19 107/6
his [23]  3/24 4/7 4/8 5/21 54/6 64/11 68/22 70/17 72/1 73/13 74/3 76/11 76/11 76/21 76/23 78/6 79/7 79/7 79/24 82/14 119/1 119/5 120/19
historic [1]  72/24
history [1]  78/9
hit [1]  108/10
Hoggard [1]  54/15
Hoggard-Tataryn [1]  54/15
hoist [1]  68/21
hold [7]  3/20 6/21 15/4 16/25 41/18 60/4 87/2
Holden [2]  47/7 56/23
Holly [3]  31/4 48/11 57/1
Hollywood [1]  48/19
home [3]  45/6 49/18 83/5
Homeland [1]  89/8
Homestead [3]  89/9 89/19 94/9
honest [2]  36/14 36/25
honor [90]  3/4 3/8 3/10 3/12 3/15 3/18 4/5 4/11 7/2 7/18 8/1 9/18 9/23 10/19 11/14 11/22 13/6 13/17 13/21 13/24 14/9 15/5 15/16 15/20 16/7 16/13 16/21 17/3 17/6 17/10 22/3 25/11

53/12 53/16 54/23 55/1 55/2 55/8 55/18 57/14 58/9 58/11 58/15 58/25 59/9 59/15 59/17 59/21 59/23 59/25 60/9 60/13 60/15 60/18 60/24 61/2 61/4 61/10 61/12 61/15 65/24 73/13 74/3 78/6 78/21 82/4 88/15 89/22 90/9 90/18 96/8 97/12 97/20 98/7 98/9 99/6 103/5 113/11 114/4 114/6 117/8 117/12 118/25 119/6 120/8 121/1 122/1 122/6 122/17
HONORABLE [1]  1/11
hook [1]  7/24
hope [6]  8/24 16/25 18/6 19/9 34/23 35/21
hopefully [4]  19/15 29/5 40/13 43/4
hoping [2]  5/7 16/21
Hopkins [4]  31/4 48/11 57/1 59/2
Horowitz [7]  2/1 3/16 9/4 9/5 22/2 86/6 119/13
hot [1]  99/22
hotels [1]  50/10
hotter [2]  92/24 116/14
hour [8]  10/22 17/22 19/20 67/14 106/23 106/24 106/24 117/12
hours [4]  92/3 92/13 98/21 98/23
houses [1]  91/20
housewife [1]  53/3
housing [1]  91/15
Houston [1]  33/12
how [48]  8/12 10/10 10/20 15/18 29/12 32/9 36/10 39/4 63/23 73/3 73/3 80/18 83/8 83/13 89/11 92/2 92/9 92/12 93/15 95/13 95/22 97/7 98/21 101/11 101/15 103/12 103/14 103/17 104/18 105/2 105/4 105/6 105/24 106/18 109/25 110/5 110/22 112/25 113/25 114/8 114/22 115/22 116/3 116/7 116/23 117/1 117/10 119/21
however [2]  45/3 119/16
HP [1]  45/11
HUMBERTO [11]  1/7 1/23 3/2 3/13 12/4 12/18 13/17 21/24 66/6 81/25 85/14
hunger [1]  69/12
husband [15]  40/7 40/14 45/4 45/4 45/15 46/8 47/1 47/18 49/9 51/6 51/24 52/6 52/10 52/16 53/3

**I**

I'll [20]  11/3 16/2 23/18 29/4 37/1 37/4 62/7 63/19 63/25 64/16 82/14 88/4 88/10 90/17 97/20 107/23 113/8 114/6 118/3 120/18
I'm [84]  4/3 6/4 6/6 6/7 6/20 7/3 8/8 8/12 9/3 10/12 17/16 21/9 21/15 23/20 23/20 27/2 27/23 31/10 34/23 36/4 36/16 36/24 37/6 37/23 38/14 38/4 40/9 41/20 43/19 45/4 45/8 47/4 47/4 47/5 47/9 47/18 48/2 48/5 48/6 49/3 49/3 49/8 49/11 49/13 50/25 51/2 51/2 52/14 52/15 52/16 52/20 52/23 52/23 52/25 53/2 54/10 54/20 56/1 60/5 60/24 71/4 76/6 77/6 81/1 81/12 83/8 84/6 85/6 85/24 89/14 89/24 95/12 95/16 96/3 99/12 109/9 112/3 112/10 113/3 115/9 115/19 117/8 120/21 121/6
I've [25]  3/21 21/16 21/19 21/23 33/20 38/6 43/23 44/2 45/5 45/21 46/11 46/24 46/25 47/16 49/13 50/2 50/3 50/5 51/1 51/17 52/19 54/2 54/2 60/24 92/6
ice [1]  70/21

Ideally [1]  93/17
ideas [3] 12/23
identical [1]  91/11
identification [1]  83/21
identified [2]  111/11 121/20
identify [5]  22/12 23/14 23/15 105/14 119/24
identifying [1]  23/12
ignore [1]  63/4
III [1]  1/14
illegal [5]  39/19 41/18 80/6 85/16 85/17
illegally [4]  25/7 41/3 69/2 74/22
illuminator [3]  100/3 100/4 100/5
imagination [1]  8/17
immediate [1]  76/17
immediately [1]  117/21
immigrant [1]  54/4
Immigration [1]  3/6
impartial [12]  27/20 34/21 35/20 36/7 37/12 38/8 39/12 40/18 41/6 41/12 42/4 44/8
important [10]  29/9 31/14 74/7 74/14 76/4 77/3 78/25 79/10 82/9 82/18
imposition [1]  7/20
impossible [2]  43/8 121/21
improper [1]  63/2
inaudible [1]  100/9
include [3]  9/4 121/2 121/3
included [1]  13/12
includes [2]  120/3 120/4
inclusive [1]  13/12
inconvenience [1]  7/23
INDEX [1]  123/7
Indiana [1]  37/8
indicate [4]  19/6 19/22 23/4 62/15
indicated [5]  14/21 53/17 73/20 76/12 95/9
indication [2]  62/16 121/22
indicia [1]  80/10
indicted [4]  8/4 39/3 86/9 86/10
indictment [24]  3/19 11/11 12/21 13/2 13/6 13/9 13/21 20/2 20/2 20/9 23/21 23/24 24/14 25/8 26/20 26/20 40/24 64/5 72/14 86/11 86/12 86/12 86/14 86/19
individual [4]  20/5 81/17 119/25 120/2
individually [2]  25/8 97/23
individuals [4]  20/6 41/8 73/8 104/3
induce [2]  24/7 41/9
induced [1]  41/2
inducing [2]  24/21 25/14
infer [1]  63/18
influenced [1]  63/3
informal [1]  69/5
information [2]  66/15 95/7
informed [1]  110/4
informs [1]  86/14
infrared [7]  89/17 91/20 92/1 92/23 99/13 99/19 99/20
initially [2]  5/4 104/7
initials [1]  97/8
injured [2]  68/19 70/17
injuries [2]  68/23 70/17
innocence [1]  64/11
innocent [6]  26/2 42/1 64/4 75/8 84/11 86/17
inquire [1]  53/17
Install [1]  48/7
instruct [3]  62/20 64/19 65/20
instructed [3]  63/6 74/19 94/21
instruction [6]  19/4 20/18 42/25 63/8 64/16 75/12
instructions [7]  18/25 23/17 41/24 42/3

**I**

instructions... [3] 82/7 63/19 75/11
instructs [1] 42/19 73/19 78/7
insurance [1] 45/12
insure [1] 80/16
intangible [1] 87/3
intelligence [1] 94/7
intelligent [3] 22/13 35/3 44/11
intended [2] 62/15
intensive [1] 52/5
Interagency [1] 46/23
intercept [1] 67/1
interdict [1] 93/12
interdiction [1] 89/14
interesting [3] 18/7 19/10 51/15
interests [1] 75/17
International [2] 1/23 50/6
interpret [1] 65/19
interpreter [1] 11/21
interpreters [2] 2/8 10/9
interview [1] 16/4
introduce [11] 14/11 21/4 44/16 68/8
69/22 69/24 70/4 87/15 97/23 120/18
121/25
introduced [4] 23/23 26/13 26/16
121/25
introducing [1] 14/19
introduction [2] 7/5 15/1
invade [1] 18/14
investigate [1] 14/5
investigation [1] 65/3
invitation [1] 86/13
invoke [1] 16/8
invoked [1] 119/1
involved [5] 38/19 38/21 72/2 82/23
84/4
IR [2] 99/12 99/19
is [379]
Islamorada [3] 48/18 48/20 48/21
Island [10] 66/20 67/22 67/25 68/1
68/4 68/10 68/17 68/18 94/20 104/20
isn't [2] 43/13 86/12
issue [3] 4/1 6/23 6/24
issued [1] 9/24
issues [2] 16/20 62/2
it [216]
it's [46] 3/25 6/24 9/20 10/3 16/16
20/20 25/18 27/15 29/9 39/5 39/15
40/13 43/14 43/16 50/23 71/15 73/3
74/8 74/12 74/25 78/25 80/16 83/7
84/8 85/9 85/15 85/15 85/19 86/23
93/5 96/13 97/19 98/19 100/5 106/9
108/3 108/15 110/13 111/25 116/14
116/15 117/15 120/5 120/13 122/12
122/14
item [1] 63/6
its [3] 23/21 65/14 68/4
itself [7] 8/15 75/15 75/18 79/12 99/14
99/16 122/10

**J**

jail [1] 78/17
James [3] 36/16 48/23 57/2
JANUARY [9] 1/5 4/17 4/24 5/1 5/3
5/10 10/1 10/2 78/10
Jason [5] 30/16 47/25 54/12 54/13
56/25
Jencks [2] 121/19 122/4
JIATF [3] 46/24 47/1 52/21
job [6] 45/3 80/15 80/15 80/16 81/13
84/7
Johansson [1] 5/21

**K**

join [1] 11/18
joined [2] 75/24 104/10
Joint [1] 46/23
Jones [1] 54/14
Jr [2] 36/23 49/2
judge [39] 1/12 4/15 4/22 4/24 5/24
6/19 6/21 7/3 7/18 8/20 14/13 16/15
17/16 20/18 30/1 68/25 69/3 70/24
71/1 71/18 71/21 73/13 76/12 82/3
82/11 84/7 84/13 85/11 90/21 91/1
99/8 108/9 118/6 118/21 119/15
119/23 120/17 121/10 121/17
judges [2] 62/10 87/1
Judith [4] 2/4 40/14 53/2 123/4
judy [1] 2/7
jump [1] 86/22
jumped [1] 54/4
Juries [1] 80/18
jurisdiction [1] 24/1
juror [59] 26/9 26/15 26/15 27/5 27/9
27/13 27/20 28/1 28/14 34/21 35/20
36/1 36/7 37/12 38/9 39/12 40/18 41/6
41/13 42/4 42/10 44/8 53/15 53/21
54/25 55/7 55/9 55/11 55/14 55/16
55/19 55/22 55/24 56/2 56/4 56/6
56/10 56/14 56/16 57/11 57/19 57/23
58/2 58/6 58/10 58/14 58/18 58/22
59/7 59/8 59/12 59/14 59/20 60/7
60/12 60/16 61/1 91/4 118/1
jurors [13] 26/5 26/10 28/9 53/8 53/17
56/24 61/24 62/4 73/12 97/24 108/10
117/18 118/8
jury [57] 1/11 10/11 11/2 11/6 11/7
17/9 17/13 17/14 18/4 18/6 18/13
18/16 19/5 19/7 19/10 19/24 20/3
20/21 22/15 22/19 22/20 25/19 30/7
31/5 31/11 32/23 33/8 35/6 35/10
35/11 41/22 42/16 43/8 43/16 44/4
53/7 56/20 62/6 64/21 72/20 73/6
74/10 76/24 78/14 79/3 80/18 81/9
84/19 87/24 87/25 88/16 90/20 90/23
91/2 108/25 118/18 123/9
just [45] 4/12 6/6 6/11 7/25 8/8 10/13
11/1 12/7 15/17 26/16 32/2 32/17 36/4
41/1 41/11 43/17 44/15 45/1 48/13
50/24 53/23 67/21 69/5 73/7 77/7
77/21 81/10 85/4 91/1 91/9 95/7 96/18
99/13 99/19 101/6 102/15 105/1 108/8
109/15 110/13 114/21 117/6 118/7
118/10 120/7
justice [7] 38/22 39/9 78/2 78/2 78/3
78/15 78/15

**K**

Karen [4] 32/22 38/4 50/23 59/5
keep [17] 19/2 22/11 23/2 23/18 31/15
63/21 64/3 65/5 68/6 73/18 74/16
76/18 77/20 111/20 111/21 117/24
118/9
kept [3] 69/12 96/5 111/10
Kevin [4] 36/12 48/5 54/13 56/25
KEY [25] 1/2 1/6 30/17 35/17 45/6
45/20 45/22 46/3 46/4 46/12 46/18
46/24 47/8 47/22 49/4 49/18 49/21
50/2 50/13 51/10 52/3 52/10 52/22
107/5 115/10
Keys [6] 45/5 47/17 48/1 48/25 52/16
52/20
kids [2] 51/10 53/3
Kilmoyer [3] 50/12 59/4 60/2
kind [6] 5/9 10/24 15/25 20/3 20/4
25/18 25/19 31/12 41/1 44/3 83/5 88/5
91/12 91/22 109/10

**K**

kinds [2] 63/15 63/21
Kirelner [2] 52/23 61/22
Kirelner [2] 52/23 61/22
knew [1] 10/1
knots [3] 114/10 116/5 116/8
know [50] 4/6 6/11 6/13 6/20 9/13 9/19
9/21 10/22 12/24 19/12 23/2 26/14
26/15 27/6 27/15 28/25 31/10 34/8
37/1 41/14 42/6 43/16 43/18 44/6
44/10 44/18 54/19 63/25 64/2 66/12
66/23 69/6 71/7 83/17 84/18 84/18
84/19 97/7 101/11 101/15 105/4
109/25 112/8 113/12 114/22 115/16
118/1 120/3 120/5 120/25
knowing [3] 24/8 24/23 28/2
knowingly [3] 24/5 24/21 75/23
knowledge [3] 27/1 79/7 84/21
known [2] 20/2 46/23
Kofoid [6] 32/12 37/23 50/5 53/22 59/4
60/1

**L**

ladies [32] 17/15 21/15 21/18 21/22
22/1 34/1 53/5 55/5 66/3 67/3 68/2
68/5 68/17 68/24 69/7 69/19 69/21
69/25 70/7 70/18 71/9 71/14 71/23
72/6 72/18 72/19 75/25 78/22 81/8
85/24 86/25 117/17
lady [1] 22/19
laid [1] 48/13
land [1] 69/20
landing [1] 91/17
landscape [1] 47/19
large [3] 23/7 91/9 94/24
Largo [2] 49/4 52/11
Larry [2] 49/11 57/7
laser [5] 100/3 100/4 100/5 100/5
100/7
last [14] 9/11 10/2 19/13 32/2 32/2
32/17 48/18 50/24 52/11 54/2 66/5
67/4 85/25 109/1
lasting [1] 15/19
lastly [1] 7/11
late [6] 14/4 14/7 14/9 14/11 17/22
121/16
Lately [1] 54/2
later [1] 54/5
latitude [4] 94/11 100/19 101/8 101/15
Lauderdale [1] 5/23
launch [1] 93/16
law [43] 1/20 18/25 19/4 20/7 20/10
24/10 24/25 25/16 26/2 34/2 34/5
34/10 34/15 34/16 34/19 34/20 36/17
37/8 38/13 42/1 42/20 42/21 42/25
48/3 62/11 62/12 64/13 65/20 69/3
73/19 74/8 76/9 76/14 78/3 78/7 78/7
82/4 82/5 82/6 84/8 84/13 85/11 98/19
lawyer [4] 5/22 21/15 27/7 78/23
lawyers [10] 19/13 20/1 22/10 23/2
26/13 35/2 53/6 62/20 62/24 62/25
lay [1] 109/23
lead [1] 50/7
least [3] 9/1 9/20 92/6
leave [3] 47/9 104/9 121/14
left [18] 22/4 91/10 98/14 98/15 99/15
99/24 100/14 100/20 102/17 105/9
105/9 106/12 106/16 108/4 108/4
108/17 109/5 112/9
left-hand [6] 98/14 98/15 99/24 100/20
105/9 108/4
legal [1] 87/16
LeJeune [1] 1/24
Lenard [2] 4/22 4/24
length [2] 15/21 105/24

# L

Leon [1]  1/20
less [3]  18/13 43/22 101/6
let [18]  3/21 7/24 17/21 21/3 27/24
41/14 44/3 53/22 88/16 93/24 95/7
99/19 100/4 101/3 102/18 106/4
107/19 117/17
let's [12]  6/8 11/7 14/21 16/25 25/9
29/13 42/14 44/15 55/10 59/8 117/13
117/15
Levin [11]  1/17 3/10 3/22 4/6 15/13
21/15 72/21 78/24 80/3 80/12 84/7
Levin's [1]  77/1
LI [5]  99/24 100/1 100/2 100/2 100/2
liberty [2]  4/21 78/2
licensed [1]  47/10
Lieutenant [2]  66/19 71/12
light [3]  16/19 92/24 99/21
lights [8]  68/4 98/10 105/11 105/15
105/16 105/20 105/20 112/6
like [23]  3/21 10/9 16/8 29/21 44/10
63/5 70/23 73/17 75/2 77/7 85/1 86/12
88/5 103/6 104/8 108/10 109/8 109/10
110/16 110/19 117/25 118/13 122/9
likes [1]  75/1
limited [1]  63/7
line [2]  80/3 101/1
lines [1]  101/21
list [4]  4/2 4/13 53/19 62/23
listed [1]  4/2
listen [14]  18/21 32/24 64/24 73/18
74/15 74/16 77/17 78/4 80/1 84/12
85/11 87/10 88/1 117/22
listened [1]  80/2
litigated [1]  16/14
little [23]  6/10 10/6 17/22 23/22 31/9
35/1 44/17 49/18 82/3 83/23 83/23
88/8 95/8 101/6 101/21 102/16 109/14
109/15 110/12 112/11 113/12 118/12
121/16
live [7]  46/25 47/8 48/5 48/18 51/10
52/14 78/13
lived [6]  47/17 50/2 50/5 50/13 51/6
52/20
lives [1]  101/4
living [6]  44/20 44/21 44/23 49/12
51/25 52/10
LLOYD [1]  2/8
load [2]  111/24 111/25
loaded [3]  67/11 68/1 69/18
lobster [1]  49/13
local [3]  98/22 98/24 115/2
Locke [3]  5/25 6/19 6/21
Lockheed [1]  49/16
lodge [1]  70/25
long [12]  14/18 15/18 19/13 32/9 39/4
80/14 89/11 103/12 103/17 105/24
106/18 110/5
longer [3]  29/3 117/10 118/2
longitude [3]  100/19 101/8 101/16
look [4]  84/12 85/8 91/14 112/10
looked [3]  7/5 104/8 107/22
looking [5]  41/21 54/1 101/5 101/6
101/22
looks [1]  109/7
LOPEZ [18]  1/6 1/17 3/3 3/11 3/22
4/13 4/15 11/19 12/2 12/17 13/4 13/14
21/17 66/5 67/3 72/22 76/25 120/22
lose [1]  22/17
lost [1]  60/25
lot [11]  8/6 9/7 39/7 46/19 76/14 79/4
79/5 81/12 86/4 95/2 95/7

lots [1]  85/18
low [2]  91/14 101/23
lower [4]  20/2 29/7 31/13 112/9
lunch [5]  10/16 10/20 17/8 19/20 30/19

# M

M-I-C-H-E-L [1]  3/25
ma'am [1]  43/10
mad [2]  70/12 70/13
made [17]  7/5 15/15 18/18 19/15 21/1
50/17 70/19 82/20 118/23 118/24
118/25 119/3 119/4 119/11 120/20
120/21 121/20
MADRIGAL [10]  1/6 1/17 3/3 3/22 12/2
12/9 12/17 12/17 12/22 123/11
Magistrate [1]  16/15
magistrate's [1]  7/8
main [1]  88/6
maintained [1]  107/4
maintenance [3]  46/13 52/21 99/14
make [24]  3/21 9/19 19/24 22/13 35/3
43/7 43/19 44/10 63/1 65/2 65/8 65/12
70/11 77/17 82/25 83/4 83/13 83/20
84/3 85/10 118/6 118/10 120/18
122/13
maker [1]  50/18
makes [2]  20/8 55/2
making [4]  14/14 14/16 65/23 67/19
malpractice [1]  30/9
man [6]  21/20 67/3 67/4 79/7 79/16
84/4
manage [1]  16/19
Management [1]  50/6
manager [1]  52/15
maneuvered [1]  102/16
many [10]  39/7 73/4 83/13 92/2 92/9
92/12 93/15 98/21 103/14 117/1
maps [1]  67/17
Marathon [3]  48/24 51/6 52/15
MARFLIR [4]  67/24 68/8 106/6 112/21
MARGARITA [1]  2/8
Maria [3]  52/2 60/20 61/1
Marie [1]  22/14
Marine [3]  47/7 47/10 89/9
Mario [4]  1/19 1/20 3/8 21/19
marital [1]  44/21
maritime [5]  5/24 90/3 92/17 93/11
93/13
Mark [1]  54/14
marked [2]  89/24 97/22
Marquez [2]  4/4 4/13
marriage [1]  86/14
married [12]  44/22 46/6 46/7 46/14
47/5 47/18 48/18 51/10 51/19 52/16
52/20 52/25
marshal [1]  37/7
Martin [1]  49/16
Martinez [1]  54/12
Mary [6]  32/6 37/15 50/1 52/9 57/9
61/7
Maryland [1]  33/16
Massachusetts [1]  50/20
master [1]  50/18
mate [1]  47/14
materials [1]  9/25
matter [6]  38/20 41/1 41/21 118/21
119/11 123/2
matters [2]  11/5 63/20
Matthew [1]  54/12
Maude [3]  33/15 51/23 60/6
Mauricio [3]  1/22 3/12 21/23
may [67]  5/19 5/22 7/12 7/12 11/5
11/14 14/1 15/2 15/2 15/21 16/7 18/12

20/17 20/18 21/14 21/22 26/11 41/8
42/3 46/12 53/9 54/11 54/11 56/3
56/24 57/6 57/8 59/1 59/2 59/23 61/22
62/14 62/20 63/11 63/18 63/21 64/14
65/11 65/15 65/16 65/17 65/24 70/25
72/18 75/16 78/21 80/12 81/7 83/5
85/23 87/16 89/22 90/14 90/20 90/23
91/1 96/8 98/7 98/9 99/6 99/8 107/21
107/23 119/6 120/11 121/13 123/4
maybe [5]  16/4 32/18 77/1 90/21 98/10
McKeever [2]  54/13 67/23
McLeod [2]  50/24 50/25
me [56]  3/4 3/21 5/25 6/4 8/13 8/13
8/21 10/22 16/15 17/21 19/13 19/23
21/3 21/25 22/15 23/13 27/24 35/10
36/1 39/7 42/17 42/23 43/22 44/3
47/13 53/23 54/7 54/10 60/5 76/16
88/16 93/24 95/7 95/17 95/20 96/19
99/12 99/19 100/2 100/4 101/3 102/18
102/19 106/4 106/15 107/19 110/4
113/14 114/25 115/24 117/17 121/2
121/19 121/21 122/9 122/14
mean [17]  6/14 34/9 41/6 73/9 73/16
83/16 84/25 89/15 98/16 98/17 98/17
98/18 99/5 100/13 100/15 101/4
121/14
meaning [2]  13/25 118/24
means [4]  56/20 73/17 74/15 118/12
medical [2]  52/25 71/24
meet [2]  20/25 66/24
member [5]  34/3 37/23 38/18 38/22
43/8 91/2
members [4]  62/6 81/7 81/8 108/25
memories [1]  39/14
men [5]  66/5 68/2 69/7 70/14 72/7
mention [3]  40/24 40/25 119/17
mentioned [6]  6/18 26/12 43/3 43/5
87/20 89/20 96/18 96/20 107/9 116/17
mentioning [1]  16/17
Merchant [2]  47/7 47/10
mere [3]  75/13 75/13 75/14
merely [1]  69/5
Miami [10]  1/15 1/18 2/3 2/5 2/6 36/24
49/4 49/4 89/9 89/19
Miami-Dade [2]  36/24 49/4
MICHAEL [4]  1/11 3/22 17/16 54/13
MICHEL [15]  1/6 1/17 3/3 3/10 3/23
3/24 12/2 12/17 21/17 21/17 66/5 67/3
72/22 72/22 120/22
Michelle [2]  47/4 56/22
Michigan [2]  30/7 47/18
microphone [4]  89/2 96/19 99/3 99/9
mid [3]  19/21 19/21 52/16
mid-afternoon [1]  19/21
mid-morning [1]  19/21
middle [7]  100/22 106/12 106/16
108/16 112/16 112/20 113/16
Middlesworth [5]  33/3 38/12 51/4 59/6
60/4
midnight [2]  71/15 94/1
might [12]  8/14 27/18 39/11 40/18 41/5
41/12 42/3 43/23 44/7 74/21 76/22
78/10
migrant [7]  68/1 68/22 68/22 69/15
70/6 70/16 71/25
migrants [14]  67/11 68/5 68/19 69/2
69/8 69/10 70/15 79/13 82/15 82/18
84/14 104/15 106/15 111/22
Miguel [1]  54/14
Mike [2]  94/5 94/6
mile [4]  107/4 113/1 115/23 115/24
mile-and-a-half [1]  115/23
miles [8]  83/13 84/1 94/19 101/1

M

miles... [4] 104/20 105/3 107/6 108/4
military [1] 98/19
milked [1] 50/17
mind [22] 15/23 18/17 18/18 19/3
20/22 21/3 28/2 29/9 31/15 35/7 35/7
42/10 63/21 64/3 64/17 65/5 73/18
74/16 76/18 77/21 79/10 117/24
minute [2] 19/20 99/19
minutes [8] 5/6 10/3 10/8 103/13
103/19 106/24 117/9 117/12
Miranda [2] 119/7 121/5
missing [2] 17/10 118/7
mission [6] 93/10 93/11 94/13 94/15
95/12 95/13
missions [3] 92/2 92/9 94/4
mistrial [2] 119/5 122/11
misunderstanding [2] 7/12 7/13
mode [2] 99/12 99/13
moment [4] 42/2 59/23 61/2 78/9
Monday [1] 9/16
money [1] 39/7
Monroe [21] 24/2 24/19 28/16 31/6
31/19 32/7 32/12 32/17 32/19 33/4
33/11 35/15 35/17 35/24 38/5 39/3
44/25 45/15 49/9 50/2 50/25
month [1] 52/4
months [2] 10/1 32/24
moonless [2] 71/13 71/14
MOORE [7] 1/4 1/11 17/16 73/13 76/12
82/3 82/11
more [17] 5/8 6/10 7/11 10/7 14/23
17/22 18/9 18/12 20/6 29/5 42/15 64/6
67/14 80/12 82/3 88/4 107/7
morning [6] 17/24 19/17 19/21 21/9
117/25 118/17
morning's [1] 10/4
mortgage [1] 51/14
most [7] 9/2 74/7 74/14 76/4 79/10
85/9 94/24
mostly [1] 91/4
motion [6] 6/14 53/12 70/25 118/22
121/14 121/21
motions [3] 53/8 53/14 53/14
motors [1] 84/21
move [6] 14/7 90/9 91/6 98/2 109/22
119/4
moved [2] 45/16 52/3
moves [1] 97/13
movies [2] 84/25 88/5
moving [7] 67/11 99/1 99/4 106/20
108/8 111/19 114/20
Mr [14] 3/13 4/7 11/19 11/19 11/19
11/19 13/7 16/8 56/23 80/23 86/2
88/22 119/9 120/23
Mr. [56] 3/22 4/6 4/15 9/4 9/5 13/3 13/4
13/5 13/11 13/14 13/17 13/20 15/13
21/24 28/5 28/7 40/2 53/22 56/22 57/4
57/6 57/14 57/18 58/5 59/1 59/2 60/1
60/2 60/5 60/20 61/22 67/5 67/6 68/19
69/3 70/3 76/25 77/1 78/24 80/3 80/12
80/22 80/23 80/23 81/9 84/7 84/22
85/3 86/16 119/10 119/13 119/13
120/22 120/22 120/23 122/7
Mr. A [1] 80/22
Mr. Anderson [2] 28/5 28/7
Mr. B [1] 80/23
Mr. Baker [1] 60/20
Mr. Brainer [1] 120/22
Mr. Brown [1] 69/3
Mr. Carrazana [5] 13/5 67/6 70/3 83/19
84/22

Mr. Carrazana's [1] 85/3
Mr. Ceballe [5] 13/20 67/5 86/16
119/10 120/22
Mr. D [1] 80/23
Mr. Eulogio [1] 57/4
Mr. Ferrandino [2] 119/13 122/7
Mr. Geisler [2] 58/5 59/2
Mr. Gewin [1] 56/22
Mr. Gomez [2] 13/3 13/11
Mr. Henkel [1] 60/5
Mr. Horowitz [3] 9/4 9/5 119/13
Mr. Humberto [2] 13/17 21/24
Mr. Kilmoyer [1] 60/2
Mr. Kirchner [1] 61/22
Mr. Kofoid [2] 53/22 60/1
Mr. Levin [7] 3/22 4/6 15/13 78/24 80/3
80/12 84/7
Mr. Levin's [1] 77/1
Mr. Lopez [4] 4/15 13/4 13/14 76/25
Mr. Michel [1] 120/22
Mr. Ortiz [1] 57/6
Mr. Quevedo [1] 68/19
Mr. Richards [3] 57/14 57/18 59/1
Mr. Sterling [1] 40/2
Ms. [12] 22/18 28/15 35/12 40/21
44/15 59/2 59/3 60/3 61/17 61/18
61/22 70/24
Ms. Arnold [1] 60/3
Ms. Blanco [2] 40/21 61/22
Ms. Hopkins [1] 59/2
Ms. Myra [1] 28/15
Ms. Perry [2] 61/17 61/18
Ms. Riger [2] 22/18 44/15
Ms. Rivenbak [1] 59/3
Ms. Soto [1] 70/24
Ms. Wilkerson [1] 35/12
MSO [2] 94/4 95/12
MSO-1 [2] 94/4 95/12
much [8] 10/20 15/5 16/25 63/23 73/11
85/21 87/16 117/10
Multiple [1] 72/8
must [16] 21/1 25/22 62/12 62/22 63/7
63/10 63/12 64/3 64/15 73/22 73/25
74/1 79/2 79/3 79/17 87/18
my [140]
Myra [4] 28/15 35/14 43/12 46/2
myriad [1] 79/2
MYRIAM [1] 2/8
myself [3] 10/21 37/8 80/3

N

nailed [1] 3/21
Nalli [1] 54/14
name [61] 3/24 5/21 12/15 17/16 21/6
21/15 21/19 21/23 22/2 23/13 23/15
27/4 30/6 30/16 31/18 32/6 33/15
33/20 34/7 35/23 36/12 36/23 37/15
39/1 43/11 44/17 44/24 45/8 45/14
45/19 46/11 46/17 46/22 47/16 47/21
47/25 48/17 48/23 49/2 49/7 49/11
49/15 49/20 50/1 50/12 50/22 50/24
50/24 51/17 51/23 52/2 52/9 52/19
53/2 56/18 56/19 72/21 79/24 86/6
89/2 119/17
names [6] 12/7 25/7 54/7 54/11 54/17
54/18
Narseal [1] 4/20
Nashville [2] 32/22 51/2
nation [1] 78/13
nationals [1] 72/3
nature [4] 9/7 18/16 41/11 79/5
Navarra [1] 54/14
navigation [1] 101/14

Navy [1] 49/9
Navy's [1] 45/10
NE [2] 1/15 1/17
near [1] 89/19
need [16] 8/25 10/20 11/10 11/15 18/4
18/9 19/21 28/25 67/2 88/21 92/24
99/2 118/4 118/5 118/5 118/19
needs [2] 67/9 88/17
negative [1] 41/18
neither [1] 27/17
Nelson [1] 54/13
nephew [1] 35/25
nephews [1] 37/18
network [1] 45/10
never [4] 14/20 72/4 113/1 120/8
nevertheless [1] 6/22
new [11] 18/3 36/13 36/17 36/18 38/13
48/6 72/25 78/9 78/11 78/24 79/1
newborn [1] 52/5
news [3] 27/9 27/14 85/24
newspaper [2] 26/24 45/2
next [21] 4/14 4/25 4/25 5/3 6/18 8/23
13/23 15/11 17/16 26/3 35/13 38/18
45/9 61/7 61/8 65/11 95/4 95/17 99/11
104/22 106/19
NFC [1] 9/17
nice [1] 87/13
night [5] 71/14 71/14 83/7 99/21 100/6
nine [1] 59/18
no [55] 1/4 20/11 25/11 25/23 28/8
33/24 36/21 37/21 38/2 38/10 38/16
38/17 40/12 42/12 43/2 44/14 53/14
60/5 60/21 60/21 60/21 61/21 64/10
70/21 70/21 70/21 72/1 72/3 72/10
79/14 79/20 79/23 80/10 82/5 82/18
88/21 90/11 90/18 90/19 91/24 94/7
97/16 104/11 104/12 104/24 105/13
107/15 112/7 113/11 116/22 117/4
118/3 118/25 119/3 119/4
Nobody [1] 75/1
None [3] 54/18 60/19 61/6
nonprofit [1] 48/12
noontime [1] 19/19
Normally [1] 54/19
north [2] 101/6 107/8
Northern [1] 37/7
northwest [4] 54/4 109/19 110/10 111/8
nose [3] 100/10 100/12 100/17
not [157]
note [4] 9/1 10/6 73/10 78/25
noted [1] 78/24
nothing [4] 62/14 64/6 70/23 94/10
notice [2] 5/12 15/25
notified [1] 104/16 107/6 107/7
now [40] 3/21 5/3 6/23 22/6 35/16
41/14 43/24 44/2 45/11 49/12 53/5
54/24 55/7 55/14 56/2 62/6 62/23 65/7
67/16 69/14 71/18 73/21 75/11 76/8
77/6 77/24 86/10 87/12 88/17 92/8
99/23 109/15 110/14 111/6 114/11
115/19 116/1 120/5 121/16 121/18
Nowak [3] 33/20 52/19 61/18
number [84] 15/7 15/9 15/10 28/14
53/8 53/15 53/21 53/22 54/25 55/7
55/9 55/11 55/14 55/16 55/19 55/22
55/24 56/1 56/2 56/4 56/10 56/14
56/16 56/25 57/1 57/1 57/2 57/2 57/5
57/7 57/9 57/10 57/11 57/13 57/13
57/19 57/23 58/2 58/6 58/10 58/14
58/18 58/22 59/4 59/5 59/5 59/6 59/7
59/8 59/12 59/14 59/20 60/4 60/5 60/6
60/7 60/12 60/17 60/21 61/1 70/2 84/1
89/25 90/10 92/3 95/2 95/4 95/4 97/13

**N**

number... [15] 98/3 98/14 100/21 102/1
102/3 102/11 102/18 102/24 103/7
103/25 104/1 114/7 114/16 116/3
116/6
numbers [8] 14/18 53/10 69/25 99/13
99/15 99/17 100/1 100/9
nurse [3] 51/2 51/5 52/5

**O**

Oakland [1] 30/7
oath [1] 87/18
object [4] 69/20 72/10 90/21 92/24
objection [24] 7/5 7/7 7/11 63/1 63/3
63/4 70/25 90/11 90/14 90/15 90/18
90/19 97/15 97/16 105/17 107/18
109/20 113/9 113/10 114/4 116/21
120/15 120/16 122/14
objections [3] 7/20 16/16 62/25
objective [1] 37/4
obligation [1] 63/1
observe [4] 104/1 104/7 105/25 106/18
observed [1] 104/4
observer [1] 54/1
observing [4] 103/25 104/21 108/6
108/7
obstructed [1] 91/3
Obviously [1] 6/4
occasion [2] 98/21 111/1
occurred [1] 79/14
ocean [1] 84/25
Ocracoke [2] 66/25 68/13
October [1] 9/25
off [24] 7/24 11/23 17/17 48/13 54/5
66/8 66/21 84/16 84/24 86/4 94/8
94/13 94/16 95/9 95/24 96/1 99/24
100/2 104/18 105/8 108/4 109/15
110/13 116/12
offender [1] 24/4
offense [1] 24/6
offer [1] 69/4
offered [2] 63/2 122/12
office [5] 1/14 5/5 5/5 38/5 51/1
officer [28] 34/10 35/25 36/17 36/24
37/17 49/3 66/10 66/13 66/20 67/7
67/9 67/23 67/23 71/13 91/5 91/7
98/13 99/1 101/10 104/25 108/14
108/22 109/2 109/25 110/16 111/17
112/2 113/5
officers [3] 36/4 68/14 70/20 71/11
98/20
Offices [1] 1/20
Official [1] 2/5
oh [2] 68/9 86/20
Ohio [1] 37/17
okay [96] 6/8 6/12 11/1 11/7 11/8 11/20
12/14 13/1 16/6 22/6 25/12 26/3 26/18
28/4 28/8 28/12 29/23 30/23 31/3 31/6
31/17 31/25 33/1 34/7 34/11 34/25
35/12 35/12 36/6 36/9 36/10 36/15
37/3 37/14 37/14 38/17 39/8 39/21
40/2 40/17 40/23 42/13 42/13 43/2
44/1 44/1 45/3 46/8 47/15 48/9 48/16
50/19 50/21 53/5 55/10 56/1 56/18
56/18 57/4 59/5 59/20 60/1 60/7 60/12
60/20 61/14 61/14 61/21 67/20 71/2
88/21 91/12 91/25 92/2 92/9 92/19
93/1 93/10 93/15 98/12 99/23 100/1
100/1 100/8 101/25 102/3 102/18
103/4 104/6 104/21 111/17 113/15
113/22 114/12 121/11 122/9
old [2] 39/14 88/9

oldest [1] 37/16
Oliver [1] 32/12 37/23 50/5 59/4
Omar [1] 5/23
on-scene [1] 77/12
once [14] 72/21 82/2 83/3 84/8 85/13
88/11 102/14 106/11 108/15 110/3
110/5 110/23 112/18 115/7
one [88] 8/14 16/22 18/3 18/18 18/19
20/6 21/1 25/13 27/5 27/25 28/20 29/4
29/22 30/3 30/3 30/8 30/17 30/18
30/23 31/20 31/20 32/2 32/18 33/21
36/1 41/7 41/24 44/15 44/16 44/16
53/17 56/25 59/4 60/4 60/6 61/2 61/9
61/11 68/18 70/3 72/8 73/5 73/6 75/11
79/14 80/11 81/9 81/9 81/19 82/14
82/24 83/13 83/24 83/25 84/14 84/14
84/15 88/4 90/14 92/18 94/5 95/2 95/4
95/12 101/24 101/25 103/25 104/4
104/5 105/18 106/23 107/10 109/5
110/6 111/9 111/22 111/24 112/9
112/11 112/11 112/12 112/16 114/7
114/16 116/5 117/1 118/7 118/21
ones [3] 14/15 80/21 120/22
only [19] 9/23 23/14 35/7 35/25 36/1
60/19 63/7 64/6 67/22 71/8 76/25
76/25 77/21 84/14 84/14 84/15 84/24
111/13 111/15
op [1] 48/1
open [9] 18/17 19/3 65/5 66/7 67/8
73/18 74/16 77/21 117/24
opening [20] 16/17 16/23 65/8 65/12
65/12 65/23 66/2 72/17 78/20 81/6
82/13 82/20 85/22 118/22 121/3
123/10 123/11 123/12 123/13 123/14
operate [4] 89/16 90/4 93/1 93/22
operating [1] 67/24
Operations [1] 62/8
operator [6] 50/8 94/4 94/19 95/12
95/17 110/3
operators [1] 93/18
opinion [1] 65/4
opinions [1] 74/23
opportunity [6] 10/7 10/17 14/5 81/23
87/8 97/1
opposed [3] 25/3 81/1 114/4
opposing [1] 16/2
optical [3] 89/17 91/20 92/1
Orange [1] 49/17
orbit [4] 105/9 107/4 107/25 108/4
order [16] 3/19 7/4 7/7 14/13 14/14
22/9 22/10 22/16 23/6 28/13 28/13
29/13 98/22 107/3 118/4 118/8
original [1] 96/13
Orion [1] 52/15
Orlando [1] 37/9
Ortiz [6] 35/23 36/23 46/11 49/2 57/4
57/6
other [64] 4/1 6/24 9/1 10/13 10/23
18/18 18/20 18/23 19/22 24/6 25/13
27/18 30/9 30/18 33/24 38/17 40/23
41/7 42/7 43/19 44/14 53/13 53/14
56/24 62/18 63/6 63/19 63/20 66/25
69/17 75/16 77/14 79/25 81/1 82/17
83/14 83/15 91/22 92/10 94/25 99/13
100/25 104/10 104/22 104/22 106/19
107/12 109/3 110/14 111/7 111/9
111/13 111/15 111/18 112/18 112/25
113/2 114/23 114/24 115/8 115/14
116/20 118/6 120/25
others [4] 24/4 73/24 117/3 118/2
otherwise [1] 19/4
ought [4] 10/10 14/23 42/22 44/6
our [30] 3/6 11/11 15/8 17/25 22/14

22/17 22/20 22/24 23/1 29/14 41/19
43/6 53/10 53/11 59/13 73/3 73/5 73/6
73/7 87/24 88/18 93/11 104/16 105/9
107/7 108/4 109/11 111/24 115/11
121/13
out [50] 4/7 5/23 7/19 7/22 8/11 9/10
9/20 10/11 16/25 19/11 20/22 24/1
27/22 29/9 39/6 43/13 46/20 49/22 50/8
54/4 54/21 64/8 66/23 68/22 69/10
70/10 70/10 71/5 73/13 76/13 77/14
80/12 80/12 83/15 83/18 93/11 93/15
94/7 94/8 101/16 107/23 109/9 110/12
110/16 110/25 111/10 112/3 112/18
120/24 121/12
out-of-district [1] 7/22
outline [1] 65/9
outside [5] 16/11 63/11 74/18 113/1
116/17
overboard [2] 67/13 112/15
overruled [2] 63/5 108/1
own [17] 37/10 42/21 45/6 46/18 52/10
52/10 65/3 74/7 74/14 74/23 76/4
76/11 76/11 76/21 76/23 83/4 117/23
owned [3] 45/11 47/19 51/9

**P**

p.m [8] 1/6 17/8 17/8 94/16 102/21
103/1 106/2 122/18
PAGE [1] 123/7
Pages [1] 1/8
pan [1] 83/11
paradise [2] 51/10 51/12
Parra [1] 54/16
part [7] 45/15 54/20 78/1 82/2 88/9
121/2 121/4
part-time [1] 45/15
participation [2] 62/8 79/8
particular [14] 14/23 15/9 18/13 18/19
22/9 24/2 25/5 74/23 79/16 80/1 80/25
81/25 85/8 114/5
parties [4] 21/3 23/22 26/13 26/15
partnership [1] 50/9
passed [2] 80/9 82/16
past [4] 9/14 37/9 44/21 48/13
patience [2] 18/1 88/14
patrol [3] 90/3 94/8 94/11
patrolling [1] 66/21
patrols [2] 66/11 93/12
Patty [1] 48/24
pause [5] 11/24 55/6 59/24 61/3
117/15
pay [4] 77/10 77/11 80/24 85/18
PD [1] 35/18
Pea [8] 66/20 67/22 67/25 68/1 68/4
68/10 68/17 68/18
peaceful [1] 87/20
pen [1] 86/3
pending [1] 4/21
people [25] 67/11 68/2 68/9 69/20
72/10 73/9 73/10 74/22 75/16 76/15
78/16 78/17 79/20 82/15 82/23 83/16
84/18 93/15 94/24 95/1 95/2 101/24
102/1 111/25 118/6
Perez [2] 1/13 21/7
perhaps [1] 82/2
period [5] 19/12 19/16 31/25 43/9
43/18
permanent [1] 52/12
permission [6] 72/3 72/4 72/4 72/11
103/6 113/8
permit [2] 64/20 117/19
Perry [5] 40/7 52/14 61/8 61/17 61/18
person [3] 75/21 81/1 119/20

**P**

personal [4]  18/15 18/16 41/20 74/23
persons [1]  20/9
perspective [2]  26/4 53/17
pertains [1]  5/13
pertinent [1]  108/11
Petty [1]  67/23
pharmaceutical [1]  51/5
Phil [3]  3/15 22/2 86/6
Philip [1]  2/1
phone [5]  13/25 14/10 14/19 14/20 15/7
phones [6]  14/16 69/23 69/23 71/16 71/22 72/8
photos [1]  99/20
phrase [2]  42/7 78/1
pick [6]  48/7 105/19 105/20 116/19 116/24 117/3
picks [1]  105/19
picture [13]  90/6 91/7 91/8 95/18 98/15 98/24 101/19 101/22 102/4 102/11 102/25 114/11 123/22
pictures [9]  96/3 96/16 96/21 96/23 97/2 97/5 97/20 123/24 123/25
piece [1]  87/15
pilot [1]  51/7
pilots [3]  93/17 95/13 105/16
Pine [4]  45/6 46/25 48/6 48/15
place [1]  22/1
placed [2]  5/11 5/16
PLAINTIFF [1]  1/5
plane [1]  94/13
planning [1]  15/18
plans [1]  43/12
plant [1]  50/8
Plantation [1]  50/2
play [1]  103/6
played [1]  108/10
Plaza [1]  1/23
plea [7]  4/8 13/9 13/10 13/11 13/14 13/18 13/20
pleading [1]  86/19
pleasant [3]  19/24 39/15 118/16
please [33]  12/14 17/12 21/14 21/22 26/3 26/17 27/3 27/4 28/11 34/5 34/7 38/24 42/25 43/10 44/12 44/16 56/22 56/23 61/23 62/5 68/11 72/18 78/21 79/10 80/24 81/7 85/23 89/1 91/7 100/8 101/7 106/14 108/12
pled [3]  39/17 82/17 86/18
plenty [1]  10/22
plural [1]  119/22
plus [1]  35/16
podium [1]  65/25
point [23]  5/4 5/9 6/18 9/6 15/3 22/8 42/16 64/17 68/7 85/19 88/10 103/5 103/9 103/10 104/4 104/19 105/2 107/10 108/18 110/20 114/21 115/22 115/23
pointed [3]  73/13 76/13 80/12
pointedly [1]  44/2
pointing [1]  99/23
points [4]  6/9 9/7 77/15 108/11
poles [1]  70/21
police [4]  34/9 35/25 37/9 37/17
policy [3]  74/21 74/21 111/24
politics [1]  73/1
Ponce [1]  1/20
pools [1]  48/7
port [1]  109/15
position [9]  100/16 100/20 101/9 101/10 101/11 107/24 112/18 115/11

positioning [1]  70/5
positions [1]  11/23
possible [2]  19/25 43/16
Possibly [1]  37/13
post [3]  119/4 119/7 121/5
post-arrest [1]  119/4
post-Miranda [2]  119/7 121/5
postal [1]  52/22
postpone [1]  43/16
power [1]  87/21
prejudice [2]  7/8 16/16
prejudices [3]  18/19 34/14 41/7
preliminary [3]  11/5 11/9 62/7
prepare [1]  9/10
prepared [2]  9/14 13/8
preparing [1]  14/12
preponderance [3]  20/19 29/8 74/9
presence [4]  4/7 75/13 75/13 75/14
present [12]  3/9 3/13 3/16 11/15 11/20 64/11 65/14 65/17 65/19 79/4 79/17 118/1
presented [3]  42/18 63/13 79/1
Presently [2]  52/20
president [5]  72/25 78/9 78/11 78/24 79/1
presume [1]  84/10
presumed [5]  26/1 42/1 64/4 84/11 86/17
pretty [5]  66/18 67/21 82/21 82/21 82/24
previews [1]  88/6
previously [10]  14/2 14/15 51/1 89/24 95/21 97/10 97/22 107/9 116/17 120/9
Primarily [1]  89/16
prior [6]  7/16 11/6 27/1 92/9 103/12 103/25
privacy [1]  18/15
private [1]  51/13
privilege [1]  22/3
probable [2]  31/11 74/10
probably [10]  6/1 9/13 29/3 30/8 31/2 33/11 33/13 33/21 35/9 92/6
probe [2]  34/14 35/1
problem [4]  36/14 43/7 104/12 118/1
problems [2]  15/17 96/4
proceed [3]  10/10 11/14 32/25
proceeded [3]  94/17 107/7 111/8
proceedings [6]  4/18 10/4 42/1 118/9 122/18 123/2
process [3]  42/16 73/14 74/11
produced [4]  14/15 14/17 119/13 119/15
production [1]  14/18
professor [1]  50/15
prohibit [1]  16/18
prohibits [1]  64/13
project [1]  23/9
projection [1]  91/2
promise [1]  43/21
promptly [2]  65/1 118/15
proof [32]  14/6 20/16 20/19 20/19 20/20 20/21 20/22 20/23 29/7 29/8 29/8 29/11 31/10 31/13 33/2 40/25 63/16 63/18 64/6 64/9 73/21 74/3 74/4 74/5 74/8 74/11 74/12 75/15 75/18 76/2 86/21 86/22
propeller [1]  91/10
propounded [1]  26/8
prosecuting [1]  27/25
prosecution [5]  36/2 36/8 42/8 42/8 81/8 82/13 82/21 84/15 118/5
prosecutor [8]  35/5 35/9 44/6 44/9 77/7

78/16 78/16 118/23
prosecutors [1]  73/8
prospective [5]  26/10 26/15 27/5 27/9 27/13
Protection [3]  66/10 71/9 89/9
prove [12]  20/15 64/11 64/15 73/22 75/4 75/5 75/9 75/23 80/4 86/20 86/20 87/17
proven [1]  64/5 75/8 75/9
proves [1]  81/22
provide [3]  15/15 99/2 99/8
provided [7]  12/20 14/2 53/6 121/19 122/4 122/6 122/8
provider [1]  47/23
proving [2]  20/10 25/20
prudent [1]  54/9
public [1]  77/25
publish [3]  90/20 90/23 98/7
published [1]  97/24
pull [1]  95/24
purportedly [1]  77/12
purpose [4]  18/14 34/13 44/4 63/7
purposes [5]  6/6 15/6 22/14 65/23 91/1
pursuant [3]  14/13 15/13 87/22
put [7]  5/9 7/21 15/25 29/9 69/14 107/14 107/16
putting [3]  39/19 42/2 78/17
puzzle [1]  87/14

**Q**

qualification [1]  73/17
qualifications [3]  26/8 73/16 73/16
qualified [2]  18/13 19/5
qualifies [1]  40/9
question [12]  26/12 34/13 34/17 38/18 41/16 42/8 42/15 44/3 63/5 87/9 87/15 90/16
questioned [1]  119/1
questioning [1]  18/14
questions [12]  18/11 18/12 18/15 26/7 28/23 35/1 44/2 62/24 62/25 73/15 79/2 87/7
Quevedo [4]  24/11 25/1 68/19 70/14
quite [1]  84/19
quote [1]  84/15
quoting [1]  85/6

**R**

racers [1]  84/25
radar [22]  67/24 89/16 91/15 91/16 93/4 93/6 94/18 95/16 95/17 95/18 106/6 110/3 110/24 111/4 111/10 112/21 113/22 114/22 115/7 115/14 116/23 116/24
radar's [1]  110/2
radars [2]  91/25 115/21
Radilberto [3]  24/11 25/1 70/14
radio [4]  26/24 52/25 87/21 107/22
rafted [13]  94/23 95/5 101/23 102/8 102/15 104/21 105/1 106/11 106/18 106/25 108/3 108/7 108/15
rafting [1]  110/6
rain [1]  110/21
raise [11]  12/1 26/3 26/17 27/3 28/11 34/5 38/24 42/25 43/10 44/12 61/25
raised [12]  6/9 6/25 14/25 23/6 28/8 28/13 28/22 33/25 38/17 43/2 44/14 46/4
raising [1]  23/5
ran [1]  110/21
Randall [2]  39/17 47/21
randomly [1]  22/8
rate [1]  84/16

R

rather [2] 72/24 74/1
razzle [1] 79/5
razzle-dazzle [1] 79/5
RC [1] 123/17
RD [1] 123/17
reach [4] 28/25 30/10 33/8 33/18
reached [12] 29/1 29/2 29/23 30/18
 30/23 31/21 31/24 33/5 33/12 33/13
 33/22 33/23
reacquired [1] 111/12
reaction [1] 76/17
read [9] 13/2 23/20 23/20 26/19 26/23
 54/7 64/24 82/4 117/22
reading [3] 13/3 13/6 115/21
readjusting [1] 107/24
ready [4] 4/14 4/16 17/9 88/21
real [2] 6/3 48/14
realized [3] 8/15 66/13 67/1
really [5] 34/14 67/17 70/22 85/15
 85/15
REALTIME [1] 123/4
rear [1] 112/12
reason [4] 19/6 19/22 22/10 73/14
reasonable [19] 20/15 20/24 25/21
 29/11 64/16 72/7 73/22 74/2 74/3 74/5
 74/11 75/4 76/2 77/19 79/18 80/5
 82/12 86/21 87/17
rebuttal [1] 15/1
recalled [1] 20/18
receive [1] 75/7
received [8] 5/2 5/11 13/25 13/25 14/13
 62/19 63/7 72/4
recently [2] 45/4 50/23
recess [6] 11/3 17/8 19/19 88/19
 117/16 118/20
recesses [1] 19/20
recharacterizing [1] 7/7
reckless [2] 24/9 24/23
recognize [3] 54/18 89/25 96/10
recollection [3] 7/15 8/4 8/9
recommendation [1] 7/6
record [12] 6/6 9/19 9/20 11/23 12/8
 62/19 93/20 95/22 96/2 96/3 96/6
 123/2
recorded [3] 66/16 97/4 104/13
recording [9] 66/14 93/22 95/23 96/5
 96/17 103/10 103/12 103/23 114/1
records [3] 14/1 14/19 95/24
recovered [4] 54/3 54/5 69/23 70/8
Red [1] 47/5
refer [4] 108/20 119/21 120/1 122/10
reference [3] 98/20 100/10 109/4
referred [8] 4/21 24/15 25/3 75/13
 100/16 119/8 120/14 121/12
referring [7] 3/23 96/23 101/19 112/14
 114/8 116/6 119/7
refers [1] 122/13
reflect [1] 97/4
refrain [1] 16/22
refueled [1] 69/9
refueling [3] 69/13 83/1 83/2
regard [11] 4/19 5/15 5/19 14/6 19/24
 34/3 41/18 73/15 74/22 76/9 100/11
regarding [1] 96/1
regards [1] 13/15
registered [2] 51/5 52/5
reject [1] 63/24
relation [1] 91/8
relations [3] 35/19 36/19 37/19
relative [4] 34/4 34/19 100/16 100/17
relative-type [1] 100/16

relay [1] 67/9
relayed [3] 66/15 104/14
relaying [4] 102/3 115/4 115/6 115/9
rely [5] 71/6 74/13 76/3 110/24 110/25
remain [8] 16/11 56/19 56/22 56/23
 64/12 76/10 112/25 119/1
remaining [1] 3/19
remains [1] 20/12
remember [6] 69/11 90/7 96/15
remind [3] 23/18 25/17 76/8
reminder [1] 117/18
render [3] 31/12 42/18 62/2
renew [3] 16/15 122/11 122/15
renewed [1] 7/9
repeat [2] 25/17 53/10
rephrase [3] 27/24 35/2 106/4
report [8] 7/6 15/15 15/15 119/17
 119/23 119/24 120/9 120/12
reported [3] 2/4 94/1 94/3
reporter [6] 2/5 10/7 23/13 23/14 123/4
 123/5
reports [1] 121/5
represent [8] 21/16 21/19 21/24 22/3
 72/22 79/24 82/1 86/6
representative [1] 51/5
republican [1] 94/25
request [3] 15/13 87/10 98/9
requested [1] 119/2
required [1] 119/8
requires [3] 78/2 78/3 87/24
rescue [2] 45/15 52/7
research [2] 65/2 117/23
reserve [4] 70/25 89/9 89/19 118/21
reside [2] 24/8 24/22
residence [2] 24/10 24/24
respect [2] 6/23 25/5
respectfully [5] 30/1 71/18 77/13 98/9
 119/4
respond [1] 22/16
response [7] 14/8 23/4 23/7 23/11
 23/12 23/16 121/18
responses [6] 12/8 18/12 22/11 22/13
 23/10 35/3
result [1] 4/19
resulting [2] 24/11 24/25
retail [1] 51/24
retire [2] 64/21 65/21
retired [7] 35/16 36/18 36/24 37/7
 44/19 44/20 45/9 45/16 47/17 47/19
 48/18 49/3 49/8 49/9 49/12 49/16
 49/17 50/13 51/18 51/20 51/21 51/23
 52/6 54/20
return [1] 72/13
returned [2] 73/8 77/22
review [2] 88/11 97/1
reviewed [2] 97/7 97/10
Reynaldo [1] 4/4
Rhuel [1] 45/19
Richards [6] 30/16 47/25 56/25 57/14
 57/18 59/1
Riger [5] 22/14 22/18 41/17 44/15
 44/24
rigged [1] 70/22
right [56] 9/17 11/9 11/25 12/1 16/6
 17/9 26/4 27/13 29/20 29/23 30/15
 32/5 32/20 35/13 37/3 37/5 53/14
 54/22 55/11 61/25 64/12 69/21 71/20
 73/9 76/10 81/16 86/7 86/24 87/4
 87/25 88/6 89/23 91/9 91/11 91/14
 91/19 92/8 98/1 98/8 99/7 99/25 101/8
 101/21 102/14 103/8 105/5 106/13
 106/17 108/16 109/5 110/13 110/17
 112/9 112/11 119/1 121/10

right-hand [1] 101/8
rights [1] 88/10
Rita [3] 31/18 49/7 57/4
Rivenbak [1] 59/3
Rivenbark [3] 31/18 49/7 57/5
road [3] 1/24 15/18 29/14
robbery [1] 31/20
Robert [4] 40/4 50/12 51/9 59/4
Rodriguez [1] 54/15
Romeo [2] 54/4 94/6
Ron [2] 37/6 49/15
Ronald [1] 57/8
room [4] 2/5 23/7 64/21 76/25
Roosevelt [1] 54/13
rooted [1] 86/24
rough [1] 110/18
roughly [1] 105/8
round [1] 99/11
routine [2] 66/14 94/8
row [14] 11/17 22/15 22/18 22/19
 22/20 22/22 22/24 28/14 29/12 29/13
 36/10 36/11 38/25 38/25
rule [2] 16/9 107/20
rules [5] 5/19 15/14 29/14 63/2 64/2
ruling [3] 7/8 16/24 63/4
rulings [1] 16/14
run [4] 49/24 70/10 70/10 99/15
runs [2] 68/5 68/5
rushes [1] 68/21
Russ [2] 3/5 21/10

S

safety [1] 95/14
said [12] 7/25 19/9 24/11 28/4 37/11
 41/21 48/9 76/16 77/7 77/10 82/14
 101/4
Sal [1] 66/21
Sally [2] 30/6 47/16
same [11] 6/24 7/1 13/4 24/18 69/25
 70/2 71/23 92/15 116/8 121/4 121/8
Santiago [1] 54/16
Santos [2] 35/23 46/11
sat [11] 14/19 20/17 20/21 28/17 29/5
 32/6 33/20 71/16 71/22 72/8 86/3
satellite [5] 14/10 14/16 15/9 69/23
 69/23
satisfactory [1] 54/22
Saturday [1] 9/16
savvy [1] 83/8
saw [6] 27/14 88/12 104/15 106/23
 107/9 115/13
say [24] 14/23 15/6 16/20 18/2 23/8
 26/19 29/4 54/3 62/14 71/4 73/10 75/7
 76/15 76/25 78/17 79/22 81/11 81/24
 81/25 92/13 106/14 113/1 119/19
 119/20
saying [13] 8/12 8/18 9/11 23/3 36/4
 43/20 66/20 69/5 71/13 77/6 119/11
 120/19 120/21
scan [2] 93/9 116/16
Scarab [24] 14/10 75/22 79/11 79/20
 84/15 84/20 84/23 84/25 101/24 102/8
 102/14 103/16 106/12 106/15 108/15
 109/6 111/21 112/13 113/21 114/8
 114/17 115/20 115/22 116/2
scene [14] 71/12 75/14 103/12 103/14
 103/15 103/17 103/18 103/21 104/1
 104/6 104/8 105/11 106/1 106/21
schedule [1] 10/6
scheduled [3] 5/3 7/17 8/20
Schmidt [3] 36/16 48/23 57/2
school [2] 47/18 49/9
screen [2] 109/7 113/17

S

sea [32] 14/17 65/8 66/17 67/4 67/8
70/1 70/5 70/22 75/20 75/21 80/10
102/7 102/15 106/13 106/17 106/21
108/16 109/3 109/4 109/5 109/14
110/13 111/18 112/9 113/14 113/15
113/16 113/20 114/12 114/19 115/17
116/6
Seaman [1] 122/3
Sean [1] 54/16
search [2] 91/16 93/5
seas [2] 24/1 24/19
seasick [1] 69/12
seat [25] 17/9 22/15 28/1 36/2 41/22
44/11 56/25 57/1 57/1 57/2 57/2 57/5
57/7 57/9 57/9 59/4 59/5 59/9 59/6
60/4 60/5 60/6 60/21 61/8 61/8
seated [16] 17/12 18/10 21/4 21/24
22/9 26/11 26/16 28/14 29/13 56/19
56/20 56/23 56/23 62/5 88/17 89/1
seating [2] 22/12 35/3
secluded [1] 63/9
second [11] 13/15 22/24 35/15 38/25
64/9 64/24 82/2 107/24 112/11 121/2
122/5
secondly [1] 16/13
seconds [1] 121/23
secretary [2] 5/5 49/8
Section [1] 24/12
sector [2] 107/5 115/10
Security [1] 89/8
see [65] 7/10 17/5 25/9 26/18 28/12
40/3 41/14 42/14 55/10 59/8 67/9
67/18 68/8 68/9 70/7 71/13 71/15 83/3
83/3 83/5 83/9 83/11 83/12 83/14
83/15 83/19 83/21 83/21 83/22 83/23
84/23 84/24 84/24 84/25 85/2 85/4
91/2 91/4 91/5 91/6 91/9 91/14 91/17
94/9 94/17 98/10 99/17 100/7 104/2
104/3 104/10 105/11 105/16 105/25
107/12 108/10 109/7 110/23 112/5
113/14 113/17 115/4 118/3 118/16
122/16
seeing [18] 22/12 102/6 102/13 102/19
102/22 103/2 104/25 106/10 108/2
108/14 108/18 109/2 109/11 109/13
111/17 116/9 116/15 117/5
seek [2] 120/18 121/25
seeking [1] 14/10
seem [2] 29/21 113/17
seems [2] 8/21 122/14
seen [3] 63/11 107/14 107/16
sees [1] 67/10
segment [1] 108/23
segments [1] 96/16
select [2] 18/4 18/16
selected [8] 10/12 10/12 18/5 18/8 19/9
22/8 28/18 42/17
selection [4] 11/6 42/16 44/4 74/10
self [1] 52/14
self-employed [1] 52/16
sense [2] 23/22 43/25
sensitive [2] 113/23 116/24
sensor [5] 91/10 92/15 93/18 93/19
113/22
sensors [4] 91/12 91/12 92/19 115/21
separated [2] 109/3 109/14
Sept [1] 123/23
September [10] 23/25 23/25 24/18
24/18 27/11 66/5 93/24 96/1 96/14
97/5
sergeant [2] 38/5 50/25

series [1] 18/11
serve [5] 26/8 28/17 32/1 43/8 44/8
served [15] 26/9 28/20 29/16 29/18
30/7 30/17 31/3 31/11 31/19 31/22
32/12 32/23 33/3 33/6 33/10 33/15
server [1] 47/5
serves [1] 44/4
service [14] 18/6 18/13 19/5 19/7 19/10
19/24 43/17 45/9 52/22 73/11 77/25
77/25 80/18 104/17
services [3] 11/20 45/24 51/14
session [1] 17/25
set [8] 10/1 10/3 24/21 25/4 25/7 95/14
105/18 116/13
setting [1] 115/11
settle [1] 107/23
settled [1] 30/18
Settles [3] 37/6 49/15 57/8
seven [5] 4/21 46/24 54/3 57/5 59/6
Seventh [1] 46/4
sever [1] 7/19
several [5] 28/12 35/17 82/10 89/21
107/21
severed [1] 4/18
Sewers [1] 45/25
shadows [1] 113/17
shape [1] 77/3
she [4] 10/8 47/12 50/9 120/1
She's [1] 47/13 51/21
shed [1] 16/19
sheet [1] 53/7
sheets [1] 15/9
shelton [3] 2/4 2/7 123/4
sheriff [1] 35/17
sheriff's [3] 35/24 38/5 50/25
Sherry [1] 40/7
shift [1] 94/1
Shockley [2] 3/6 21/12
shooting [1] 19/8
shore [2] 110/21 113/19
shores [1] 72/12
short [3] 76/1 80/14 88/19
shorten [2] 15/21 16/23
shorter [1] 81/12
shot [1] 83/7
shots [1] 84/2
should [13] 4/4 19/12 19/14 26/19 27/2
56/19 62/15 62/16 63/3 64/25 85/20
90/21 117/20
Shouldn't [1] 40/5
show [16] 67/16 70/18 71/17 71/22
72/6 75/19 77/12 79/16 82/23 82/24
85/5 97/20 102/3 102/10 102/18
102/24
showed [2] 102/7 102/9
showing [1] 89/24
shown [3] 80/6 80/6 80/7
Shutters [1] 52/17
shutting [1] 96/5
sic [4] 3/22 36/5 52/3 59/3
side [16] 5/10 18/18 18/19 66/14 66/14
66/25 86/22 91/10 91/11 99/15 99/24
100/20 101/9 102/17 109/15 110/13
Signature [1] 123/5
significant [1] 14/6
signs [1] 54/2
silent [3] 64/13 76/10 119/2
similar [1] 78/25
similarity [1] 9/8
Simonton [1] 16/15
simplistically [1] 81/20
simply [4] 18/16 20/4 64/22 65/9
Sims [3] 52/2 60/20 61/1

since [6] 64/12 78/12 88/17 97/19
97/21 122/19
single [9] 45/20 46/6 46/14 46/15 48/5
48/9 48/10 49/3 87/14
sinister [1] 86/10
sir [34] 27/3 28/3 28/6 31/8 31/16
38/25 39/23 40/1 50/20 59/19 89/7
89/25 91/19 92/19 92/22 96/12 98/24
99/1 100/4 100/8 100/13 100/15
100/18 101/3 101/7 101/22 101/25
102/3 102/4 102/10 102/11 102/18
108/22 115/16
Siskel [1] 88/9
sit [10] 3/18 25/25 35/6 42/10 42/17
76/15 84/11 86/17 87/13 91/8
site [1] 14/12
sits [3] 41/25 86/16 95/17
sitting [1] 11/17
situation [2] 79/1 82/22
six [4] 38/6 48/21 51/1 57/3
skills [1] 87/16
skip [2] 117/8 117/11
skipped [1] 113/12
slate [1] 64/8
slid [1] 110/7
slight [1] 7/12
slip [1] 30/8
slowed [1] 104/8
smuggle [1] 75/24
smuggling [3] 40/16 70/9 70/9
Snow [1] 14/13
sold [1] 50/17
sole [1] 73/21
solely [5] 18/22 41/23 42/18 42/24
63/13
solemnly [2] 26/6 62/1
solid [1] 45/25
Solley [2] 29/15 46/22
some [37] 6/8 8/5 9/2 10/10 10/22 11/5
11/9 13/25 15/17 15/21 17/23 18/10
18/10 18/23 27/18 34/2 41/18 53/20
55/3 62/7 63/6 66/23 67/2 67/11 68/7
70/22 73/23 87/8 92/16 96/3 96/5
104/17 107/7 110/18 110/21 117/6
118/1
somebody [4] 7/4 33/7 76/16 84/14
somehow [1] 85/5
someone [5] 20/9 35/6 42/10 69/7
69/12
something [14] 3/20 14/25 27/14 27/18
43/13 43/14 68/10 76/16 76/17 79/18
84/21 84/24 112/14 118/13
sometimes [1] 107/23
somewhat [1] 81/20
somewhere [1] 8/1
son [4] 37/16 38/13 39/2 39/17
son-in-law [1] 38/13
soon [3] 15/15 104/15 111/11
sorry [8] 7/3 29/15 56/1 60/5 60/24
61/12 61/13 71/4
sort [2] 17/25 44/2
sorties [2] 92/3 92/6
Soto [3] 1/13 21/7 70/24
sound [2] 104/11 122/9
Sounds [1] 27/13
source [1] 27/1
sources [1] 99/21
south [7] 2/2 46/23 46/24 47/1 52/21
94/18 107/8
SOUTHERN [4] 1/1 17/19 21/8 24/3
southwest [1] 107/6
SPANISH [1] 2/8
speak [2] 10/21 80/18

S

speaking [2] 23/14 115/3
speaks [1] 79/12
special [6] 3/5 21/9 21/11 43/6 83/7 91/22
specific [2] 119/25 120/2
specifically [4] 44/3 74/19 95/11 121/20
specify [1] 122/13
Speculation [2] 107/18 109/20
speed [4] 84/16 84/21 110/2 115/12
speeds [1] 113/23
spelled [1] 3/25
spilled [2] 10/5 17/24
spilt [1] 80/7
splash [2] 104/4 107/10
splashes [1] 107/12
split [1] 110/14
spoke [1] 68/15
spot [1] 117/13
spotted [1] 67/7
spotter [1] 105/19
spouse [1] 44/22
staffing [2] 52/12 52/12
stage [2] 26/1 41/25
stair [1] 46/18
stand [16] 12/1 21/17 23/7 23/9 26/3 27/4 34/7 44/16 61/23 72/22 74/17 77/9 87/3 88/2 88/22 113/20
standard [1] 20/16
Stanko [1] 54/12
start [20] 17/17 18/3 21/5 22/19 22/21 22/23 23/11 23/12 43/5 44/15 53/15 65/5 67/14 106/8 108/23 109/17 113/4 113/5 117/25 118/4
started [15] 4/23 11/2 17/21 19/16 48/12 66/14 78/12 86/4 106/20 107/8 110/3 111/19 118/8 118/11 118/15
starting [5] 5/25 22/17 22/25 85/19 110/14
starts [1] 64/7
state [13] 24/2 28/10 28/19 28/24 29/4 29/16 30/4 32/1 32/13 36/13 36/17 38/13 89/1
statement [26] 65/9 65/23 66/2 72/17 78/20 81/6 82/20 85/22 118/2 118/25 119/7 119/11 119/13 119/15 119/22 120/8 120/17 120/20 121/18 121/22 121/24 121/25 122/5 122/6 122/7 122/10
Statement.............................66 [1] 123/10
Statement.......................78 [1] 123/12
Statement........................85 [1] 123/14
Statement....................72 [1] 123/11
Statement....................81 [1] 123/13
statements [12] 62/23 65/12 65/12 70/19 118/23 118/24 119/3 119/4 120/22 121/8 121/11 121/15
STATES [30] 1/1 1/4 1/12 1/14 2/5 3/1 4/20 17/18 21/7 21/10 24/7 24/8 24/12 24/23 25/7 25/15 41/3 41/9 53/18 66/7 67/20 69/2 69/20 70/20 72/9 78/18 87/23 93/13 94/12 109/19
station [4] 49/24 50/2 91/10 91/11
status [1] 44/21
stay [1] 111/25
staying [1] 109/15
stays [1] 86/23
Ste [3] 1/20 1/23 2/2
step [1] 99/2
Sterling [3] 39/17 40/2 47/21
stern [3] 104/5 108/19 108/20

sticker [1] 97/9
still [11] 15/20 18/8 52/4 96/21 102/8 102/15 103/3 108/3 108/3 111/3 115/9
stipulate [1] 62/20
stipulations [1] 15/21
stirred [1] 39/14
stop [5] 68/9 99/19 100/15 101/3 108/11
stopped [5] 68/12 68/14 106/2 110/5 110/8
store [1] 46/20
storm [1] 45/25
story [1] 121/4
straight [1] 70/5
Straits [2] 83/16 83/18
Street [2] 1/15 1/17
strenuous [1] 7/20
stretch [1] 8/17
strike [14] 74/56/15 59/13 109/22
study [1] 81/22
subject [2] 7/8 41/1
submit [4] 75/25 77/13 77/19 85/13
subpoena [3] 5/11 5/16 6/4
subpoenas [1] 9/24
substantive [4] 25/3 25/4 25/13 69/1
substitute [1] 42/21
Subtract [1] 98/23
successfully [1] 80/16
succumbed [1] 70/17
succumbs [1] 68/22
such [12] 15/15 16/11 24/9 24/24 24/25 63/17 74/5 74/12 76/2 78/1 87/22 119/3
sufficient [1] 8/24
suggest [2] 80/8 81/14
suggesting [1] 27/2
suggestions [1] 10/16
summarize [1] 65/19
summarized [1] 26/19 26/22
summertime [1] 48/7
Summerwin [1] 52/3
summoned [2] 17/22 18/5
summons [1] 19/11
sun [1] 70/11
Sunday [2] 9/15 9/16
sunk [1] 29/5
Super [1] 85/1
superseding [8] 11/11 12/21 13/2 13/9 13/16 13/16 13/19 13/21
supply [1] 47/19
supposed [2] 4/23 85/5
suppress [2] 121/14 121/22
sure [11] 3/21 6/20 9/3 10/12 27/23 31/10 40/9 55/4 66/1 70/21 118/10
surface [5] 91/16 93/5 113/23 116/13 116/15
surface-search [2] 91/16 93/5
surprise [1] 16/1
surveyor [2] 48/3 48/14
sustained [2] 63/4 109/21
swear [2] 26/7 62/1
sweeps [1] 93/8
swimming [1] 48/7
sworn [7] 12/6 26/4 61/24 62/7 72/25 84/10 88/25
sympathy [2] 5/8 6/10 6/12 6/17
system [12] 9/6 36/5 38/22 39/9 49/9 70/5 73/2 73/5 73/7 78/1 96/20 99/12
systems [3] 94/4 95/12 101/14

T

table [4] 21/5 21/11 26/17 86/23
take [23] 8/15 13/22 17/2 19/19 19/21

23/5 56/25 61/7 61/14 79/6 82/6 84/3 84/24 88/19 88/19 94/8 94/13 95/9 96/20 98/22 99/20 118/9 118/19
taken [8] 4/7 17/8 62/15 83/12 97/5 102/4 102/11 102/20
takes [1] 66/17
taking [1] 107/3
talk [11] 64/23 64/25 73/1 73/1 73/2 78/23 81/10 117/19 117/20 117/20 121/3
talked [1] 93/4 95/21 95/21
talking [6] 83/6 83/6 84/20 84/22 92/19 121/6
tandem [1] 69/18
tangible [2] 87/2 88/3
target [10] 66/11 94/19 100/6 100/24 101/2 101/9 101/11 101/15 111/9 111/13
target's [1] 110/2
targets [9] 67/7 93/9 93/9 94/10 94/17 105/12 105/15 114/1 117/1
task [3] 46/23 94/6 94/7
Tataryn [1] 54/15
Tavernier [1] 48/1
teacher [2] 47/18 49/17
team [2] 13/25 72/19
technical [2] 109/1 113/3
technically [1] 83/8
telephones [1] 71/22
telephonically [1] 16/5
tell [19] 5/7 11/1 11/2 11/7 15/25 19/13 44/17 54/10 71/24 74/4 82/14 83/8 83/25 85/3 86/11 91/7 92/3 95/13 113/13
tells [4] 76/19 76/19 86/13 99/12
temporary [1] 52/12
ten [7] 29/3 32/18 45/21 49/8 50/14 54/2 60/16
Tennessee [2] 32/23 51/2
term [2] 79/12 92/20
termed [1] 79/11
terms [2] 7/21 77/16
terrain [1] 100/22
testified [4] 12/6 64/14 76/25 88/25
testify [5] 64/12 76/11 76/11 76/20 76/23
testimony [12] 16/3 62/18 63/9 63/17 63/24 68/14 74/17 77/11 77/17 87/3 87/5 87/11
Texas [2] 33/13 34/12
than [9] 10/8 17/22 18/9 19/22 67/14 101/6 111/14 111/15 118/2
thank [102] 15/5 17/6 17/7 18/8 21/13 21/17 21/21 22/5 26/11 28/7 29/11 30/5 30/15 31/1 32/11 32/15 32/21 33/9 33/14 33/18 33/19 33/24 35/22 36/9 36/15 36/22 37/3 37/22 38/3 38/11 39/16 40/2 40/6 40/23 42/13 45/7 45/13 45/18 46/1 46/10 46/16 46/21 47/3 47/6 47/20 47/24 48/4 48/16 48/22 49/1 49/14 49/19 49/25 50/4 50/11 51/3 51/8 51/22 52/1 52/8 52/13 52/18 53/1 53/4 53/5 55/22 56/4 57/6 57/8 57/18 58/5 58/13 58/23 59/17 60/1 60/2 60/3 60/20 61/15 61/18 61/22 62/5 66/4 72/15 72/16 72/22 73/11 78/19 81/5 85/21 88/14 90/25 99/1 100/18 101/7 101/10 101/22 102/10 107/9 108/13 108/22 122/17
thanks [nope] 55/8 56/15 58/1 59/11 59/13 60/15
that [529]

T

that [1] 5/9

that's [58] 4/8 5/12 10/5 12/12 18/25
19/8 20/16 20/16 20/22 25/12 28/15
29/10 29/20 31/9 31/12 34/9 35/1 36/4
42/20 47/2 50/23 56/2 59/18 60/16
60/21 61/9 61/19 66/16 67/24 69/16
69/16 75/9 77/3 77/22 78/12 80/15
82/7 82/18 86/25 87/25 88/9 95/3
96/23 99/11 102/23 103/1 108/19
108/21 112/9 113/7 113/20 113/20
114/12 114/14 114/19 116/2 118/13
121/5

theft [1] 31/20

their [24] 5/14 9/21 10/13 12/1 12/7
13/9 14/6 14/24 15/4 16/17 23/6 41/23
54/21 55/3 63/1 69/11 69/20 79/25
82/13 86/21 87/17 107/25 108/21
109/15

them [41] 5/16 6/5 11/2 11/3 11/15
11/18 13/2 14/12 14/13 14/14 14/24
15/4 15/25 15/25 16/4 16/18 17/2 17/2
21/4 23/18 30/24 48/2 62/23 65/15
66/23 68/16 69/9 69/10 71/13 71/15
80/1 82/18 97/21 97/22 97/23 98/7
99/14 110/7 110/8 112/19 119/21

themselves [5] 21/4 23/23 26/13 26/16
76/15

then [36] 8/1 8/2 8/15 11/18 21/1 22/19
22/21 23/5 27/24 29/5 30/24 43/21
43/22 62/11 65/14 66/13 82/24 88/8
88/18 93/12 94/11 95/24 99/23 101/8
104/6 104/9 106/16 107/20 110/24
110/25 112/19 115/8 116/14 118/7
118/15 122/12

theoretically [1] 82/3

theory [3] 69/16 69/17 81/15

there [107] 4/3 4/4 8/6 9/1 10/11 11/5
15/24 18/9 29/6 31/11 31/24 38/6
39/11 39/24 41/4 41/13 43/6 43/10
44/5 44/12 45/19 46/3 46/24 46/25
48/7 51/1 52/11 53/13 53/20 63/15
66/13 66/18 66/23 67/1 67/13 68/2
69/11 70/8 71/10 76/15 77/14 77/14
79/9 79/13 79/19 79/19 80/10 80/12
80/12 81/15 81/16 82/14 83/1 83/13
83/15 83/17 83/18 84/11 84/19 86/3
87/4 87/14 88/7 91/9 91/10 91/14
91/16 91/19 92/12 94/10 94/23 96/5
96/16 99/13 99/15 99/17 100/1 100/9
100/20 100/22 101/2 101/3 101/21
102/15 104/11 104/12 105/5 105/5
105/14 107/21 109/5 110/11 110/14
110/16 110/17 110/17 111/7 112/2
112/9 112/11 114/15 114/24 114/24
116/16 118/19 120/24 122/6

there's [8] 6/25 9/1 68/18 72/1 79/14
83/1 83/18 113/9

thereafter [1] 5/6

therefore [1] 64/7

these [56] 10/23 14/5 14/19 16/19
23/17 25/2 29/14 35/1 44/4 54/11
63/20 66/5 67/25 68/12 68/15 69/7
69/15 69/24 70/1 70/14 71/6 72/7 73/8
77/12 81/19 82/21 82/23 83/3 83/10
83/16 83/17 84/1 84/1 84/25 85/6
86/17 87/9 88/5 92/8 104/21 104/22
105/22 105/25 106/5 106/18 106/23
111/6 111/10 111/12 111/14 112/5
112/8 112/24 113/25 116/18 117/4

they [138]

thing [4] 4/14 36/1 84/16 99/23

things [12] 16/7 18/3 19/2 62/18 62/22
76/8 79/5 86/4 86/4 87/3 88/6 99/5

think [48] 6/10 6/24 6/25 7/4 7/24 7/24
8/17 9/7 9/9 9/20 10/15 10/24 11/10
14/23 15/2 17/10 27/19 29/18 31/13
31/22 33/6 36/6 36/14 36/19 37/10
37/19 37/25 38/7 39/8 39/21 40/17
41/5 41/12 42/3 42/21 43/22 44/6
44/10 54/9 60/24 83/2 85/10 87/16
93/4 97/10 97/19 113/15 120/16

thinks [1] 67/12

third [10] 64/15 65/2 66/16 81/9 86/3
102/7 102/9 103/18 103/20 108/23

this [204]

Thomas [3] 1/14 39/2 45/8

those [45] 10/12 14/19 18/12 19/2
19/22 20/12 20/17 25/18 25/21 25/23
26/2 28/22 30/10 35/19 36/19 37/19
40/17 41/4 42/2 49/8 53/10 54/17
56/20 62/11 66/22 69/8 69/20 70/15
72/10 82/9 82/10 85/12 88/1 92/15
93/22 96/2 96/23 97/10 99/5 114/18
115/16 115/19 116/11 121/5 121/15

though [3] 11/15 17/1 97/23

three [44] 8/23 9/1 9/14 12/12 18/24
19/2 32/24 33/21 43/3 52/3 54/5 57/1
59/5 60/6 60/21 64/2 67/2 67/13 71/6
79/9 80/11 82/14 84/13 85/5 86/2 92/8
94/25 102/23 103/3 104/1 104/23
105/22 105/22 106/11 108/3 108/7
108/15 110/12 111/14 113/25 115/8
115/14 116/6 116/18

three-day [1] 8/23

threw [1] 112/14

through [23] 13/12 15/20 23/25 24/17
24/22 25/2 28/18 36/3 73/7 73/14
73/14 78/14 78/15 97/25 97/25 98/2
98/3 98/5 98/5 108/6 113/17 117/6
122/2

throughout [4] 15/10 20/13 77/21 86/24

throw [2] 9/21 20/21

thrown [2] 39/6 67/12

thumb [1] 95/25

Thursday [1] 9/11

ticket [1] 33/7

tie [1] 83/22

tied [2] 95/5 102/8

Tim [1] 52/23

time [81] 4/5 4/18 7/9 7/13 8/5 8/7 8/16
8/24 9/8 10/20 14/18 16/11 19/8 19/16
22/11 23/12 23/15 27/13 29/5 31/25
41/14 43/9 43/17 44/16 45/3 45/15
49/13 55/3 60/22 61/14 66/9 66/17
66/23 67/16 68/12 71/3 71/5 79/22
81/2 88/12 88/14 90/9 93/9 94/21
97/12 98/16 98/16 98/17 98/18 98/18
98/20 98/22 98/24 99/11 100/3 102/4
102/7 102/11 102/19 102/24 103/20
106/3 106/5 106/8 106/21 108/23
111/13 113/5 113/9 114/13 114/20
114/25 115/2 115/9 117/1 118/10
118/11 120/17 121/15 122/14 122/15

timeframe [1] 24/18

timeliness [1] 15/2

times [5] 19/22 43/5 82/10 107/22
111/22

timing [1] 5/17

title [3] 24/12 89/13 95/10

today [12] 5/21 5/25 9/10 66/4 72/24
72/25 78/9 82/17 86/16 86/17 87/21
118/20

together [19] 66/14 67/13 67/21 69/18
69/19 83/10 85/6 94/23 95/5 95/6

102/9 102/23 103/3 105/1 106/11
106/25 108/2 108/7 108/8

told [5] 63/9 86/19 119/9 120/7 121/2

tomorrow [3] 117/25 118/16 122/16

too [4] 18/16 29/24 78/25 80/21

took [6] 66/23 84/15 85/6 94/16 96/3
96/16

top [5] 61/8 98/14 98/15 99/5 113/16

topic [2] 42/5 74/24

Torch [1] 49/18

total [1] 105/24

touching [4] 26/8 41/1 64/24 117/22

tough [1] 80/14

towards [8] 67/19 72/9 85/7 94/9 94/11
94/16 109/18 109/19

town [3] 43/13 46/12 48/14

track [15] 22/11 23/2 23/19 60/25 70/7
93/9 93/9 99/11 110/5 113/25 114/8
116/4 116/7 117/1 118/9

tracked [1] 110/7

tracking [3] 111/6 113/13 116/1

traffic [2] 33/6 33/7

tragedy [1] 79/13

transaction [1] 75/14

transcript [4] 1/11 8/11 123/1 123/7

transfer [2] 49/24 87/22

transiting [1] 112/24

transition [1] 87/20

translator [1] 68/10

translators [1] 68/15

transpired [1] 94/15

transportation [3] 37/16 46/3 51/18

trauma [1] 72/1

travel [2] 67/20 118/2

traveling [3] 110/9 116/4 116/7

treat [1] 63/5

treated [2] 39/8 39/21

treatment [1] 50/8

tremendous [2] 6/12 78/9

trial [39] 1/11 4/14 4/16 4/24 5/5 5/21
5/24 6/21 6/22 7/9 7/17 8/2 8/23 10/1
14/11 14/12 15/10 18/3 19/12 20/13
25/25 26/1 28/18 28/21 32/7 43/4 62/8
62/15 64/19 65/7 73/6 77/5 77/21
86/24 87/24 87/25 117/19 120/13
120/13

trials [2] 81/16 88/5

tried [1] 26/9

triple [1] 84/21

trooper [2] 36/13 38/13

true [5] 62/2 87/18 100/23 101/4 101/4

truly [2] 26/7 62/1

try [27] 7/17 11/2 15/17 15/24 16/3
18/16 19/16 19/24 22/13 23/18 29/13
34/24 35/2 36/25 37/2 41/22 62/1
64/25 66/24 68/21 79/17 85/2 104/17
111/21 112/3 117/20 118/9

trying [5] 15/18 15/21 44/10 71/5
111/20

TUESDAY [3] 1/5 5/3 9/10

turn [1] 93/24

turned [1] 111/10

turns [1] 68/4

turret [1] 91/18

TV [2] 26/24 83/5

twice [1] 52/4

two [48] 2/1 9/21 14/19 16/7 16/24
18/21 19/12 19/20 20/3 30/11 33/21
37/17 40/15 43/18 48/20 51/10 53/3
57/1 63/15 66/13 69/24 70/1 71/10
82/17 85/15 85/16 87/2 87/5 92/5
93/17 93/17 94/23 94/25 95/4 101/1
101/23 102/1 103/16 103/25 104/3

**T**

two... [8] 104/10 107/24 108/3 110/14
111/18 114/18 115/19 116/3
two-and-a-half [1] 101/1
two-week [2] 19/12 43/18
type [7] 82/22 83/7 90/4 92/15 93/12
100/16 107/2
types [4] 89/16 89/21 92/10 92/13

**U**

U.S [8] 3/5 25/15 29/19 37/7 37/24
47/10 52/22 104/16
UK [1] 80/19
ultimate [1] 72/10
ultimately [3] 81/13 81/20 81/24
unanimous [1] 79/3
unavailability [1] 4/19
uncle [2] 35/15 36/12
under [4] 5/11 5/16 6/4 63/2
underlying [1] 97/20
undersheriff [1] 35/15
understand [12] 6/16 8/10 8/23 9/18
14/6 16/13 34/25 35/7 41/16 65/10
71/7 120/1
understanding [2] 7/15 18/1
understood [1] 8/14
underway [5] 67/15 95/9 109/17 111/7
112/5
unemployed [2] 44/19 44/20
unfairly [2] 39/9 39/21
unfortunately [4] 48/11 79/13 82/16
96/4
unison [1] 79/23
unit [1] 79/3
UNITED [30] 1/1 1/4 1/12 1/14 2/5 3/1
4/20 17/18 21/7 21/10 24/6 24/8 24/12
24/23 25/7 25/14 41/3 41/9 53/18 66/7
67/20 69/2 69/20 70/20 72/9 78/18
87/23 93/13 94/12 109/19
unjust [1] 39/20
unjustly [1] 39/6
unless [4] 8/19 83/24 109/23 113/9
unlike [1] 83/4
unqualified [1] 15/4
until [12] 11/4 11/7 16/11 22/8 64/4
64/10 64/21 65/4 65/5 67/14 106/20
117/24
up [61] 6/19 8/15 11/18 18/18 21/17
22/8 23/5 26/18 28/12 28/23 34/17
39/14 41/15 46/25 48/7 48/7 49/17
52/4 60/4 61/8 63/22 67/20 72/22 73/1
74/10 77/1 89/19 93/9 94/23 95/5 95/5
95/20 99/5 99/15 101/23 102/7 102/8
102/9 102/15 104/10 104/21 105/1
105/18 105/19 105/19 105/20 106/11
106/19 106/25 107/8 108/3 108/7
108/15 110/6 110/15 114/2 116/13
116/20 116/24 117/3 118/19
upon [7] 14/12 24/1 24/19 26/8 74/6
74/13 76/4
us [35] 3/18 4/6 7/16 7/25 8/3 8/8 8/19
8/21 8/22 12/14 14/2 15/15 19/6 19/16
21/11 27/4 34/7 39/1 41/14 43/11
44/17 47/2 55/5 66/4 66/22 68/11
76/19 88/8 91/7 92/20 95/7 104/17
104/17 109/11 118/7
uscourts.gov [1] 2/7
use [8] 14/14 14/16 14/22 15/8 15/8
15/14 99/14 121/7
used [5] 15/10 92/20 98/19 99/13
100/3
using [3] 11/20 14/24 95/25

usually [2] 54/20 95/20
utility [1] 48/2

**V**

vacation [1] 47/9
valid [2] 80/22 121/14
vantage [2] 77/15 108/18
various [1] 89/16
venture [3] 70/9 70/10 75/24
verdict [33] 18/22 19/3 28/25 29/1 29/1
29/3 29/17 29/19 29/24 30/18 31/21
31/24 32/8 32/14 33/5 33/8 33/12
33/13 33/18 33/22 33/23 41/23 42/18
42/24 62/2 62/16 64/13 64/22 65/21
72/14 75/6 75/8 77/22
verdicts [3] 30/10 30/23 81/17
versus [1] 4/20
very [15] 5/12 15/5 39/20 43/20 51/16
64/10 68/11 73/11 77/3 77/3 81/13
82/9 85/21 109/10 110/20
vessel [57] 54/5 66/16 66/17 67/4 67/6
67/10 68/1 68/2 68/4 68/5 68/7 68/9
69/15 69/18 70/1 70/3 70/6 70/8 79/12
80/9 94/24 94/25 95/2 95/4 95/4
101/25 102/1 102/7 102/9 103/18
103/20 104/1 104/6 104/7 104/15
108/18 111/11 111/15 111/20 111/25
112/14 112/20 113/13 114/5 114/7
114/9 114/16 115/7 115/11 115/12
115/25 116/3 116/4 116/6 116/7
116/11 116/19
vessels [62] 54/21 66/13 66/24 67/2
67/14 67/20 67/25 69/17 69/24 70/20
71/6 72/8 79/9 80/11 80/13 93/13
94/23 101/23 102/23 103/3 103/14
103/25 104/21 104/22 105/1 105/10
105/20 105/22 105/23 105/25 106/11
106/18 106/23 107/5 108/3 108/7
108/15 110/5 110/12 110/14 111/4
111/6 111/8 111/10 111/12 111/14
111/18 112/4 112/5 112/8 112/19
112/22 112/24 114/18 115/9 115/11
115/14 115/16 115/19 116/19 117/4
120/25
vicinity [1] 117/4
victim [2] 38/20 38/23
video [17] 66/16 67/5 83/4 83/5 83/6
83/15 83/20 84/23 97/1 103/9 103/10
104/11 106/8 108/23 109/1 112/21
113/5
videos [11] 71/10 77/12 79/5 83/1 83/3
83/3 83/6 83/9 83/23 98/10 105/25
videotaped [1] 71/8
videotaping [1] 67/25
view [3] 41/21 80/25 91/3
village [1] 48/20
Vinyl [1] 52/17
violation [5] 20/9 24/10 24/12 24/25
25/15
violations [2] 20/6 73/25
virtue [1] 41/11
visible [1] 99/21
vision [1] 100/6
visually [1] 106/6
visuals [1] 77/16
voice [2] 23/8 23/9
VOIR [2] 17/14 123/9
Vol [1] 1/8
Volunteer [1] 49/5

**W**

W-O-L-F-E [1] 89/3
wait [4] 61/12 67/13 67/13 70/11

waiting [3] 10/11 10/13 68/11
waive [3] 13/3 13/5 13/7
Waldron [3] 54/12 66/19 71/12
wall [4] 22/22 22/24 22/25 91/2
want [21] 6/11 12/7 17/17 23/8 23/10
23/21 36/1 43/21 44/18 54/7 70/25
73/10 76/8 76/22 77/4 84/9 86/11 88/1
96/18 102/10 119/12
wanted [1] 81/11
wants [1] 9/21
warehouse [1] 46/20
warrants [2] 15/1 122/11
was [146]
wasn't [5] 5/20 90/16 119/16
waste [2] 45/25 50/8
watch [1] 83/5
water [9] 50/8 69/10 104/4 107/10
107/12 107/14 107/17 110/18 116/25
waters [2] 45/25 94/11
way [27] 6/11 10/15 10/18 20/2 22/20
22/24 23/1 23/14 27/19 34/20 35/2
37/8 37/12 37/20 38/1 38/8 40/10 41/7
42/7 64/25 70/9 77/2 87/22 94/22
116/13 117/23 119/16
ways [2] 87/2 87/5
we [239]
we'd [1] 77/1
we'll [11] 7/10 11/1 11/2 17/5 19/19
19/20 19/23 21/5 28/12 88/12 122/16
we're [4] 17/17 69/5 84/20 118/7
we've [2] 52/10 117/6
weather [3] 110/16 110/17 117/6
wedding [1] 86/12
week [6] 4/25 4/25 19/12 19/14 43/5
43/18
weekend [1] 13/24
weigh [1] 50/2
welcome [1] 18/2
welcoming [1] 17/18
well [51] 3/20 6/8 7/23 10/9 11/15 13/7
14/21 16/22 18/5 19/5 26/7 27/11
27/24 31/9 31/24 34/12 39/14 42/7
43/15 43/21 43/24 43/25 53/23 62/1
63/20 67/11 68/15 71/24 72/24 76/15
76/18 76/25 77/15 80/1 82/14 82/21
84/9 85/13 95/19 96/21 107/19 116/17
119/11 120/5 120/11 120/16 120/17
121/5 121/16 121/24 122/9
went [6] 45/9 66/12 73/14 73/14 111/3
111/11
were [102] 4/23 5/12 6/4 7/18 8/2 8/2
8/19 14/3 14/15 14/16 14/17 22/6 22/7
22/8 22/16 24/4 24/20 25/6 26/22
27/25 30/13 30/20 30/20 31/20 32/19
35/5 42/8 44/6 49/8 51/24 53/18 66/7
66/18 66/21 67/1 67/2 67/4 69/10
69/18 69/19 69/23 69/24 69/25 70/2
70/19 71/8 72/2 72/7 74/25 77/14
77/15 79/13 79/19 80/8 80/12 80/19
82/14 82/21 82/23 83/10 84/1 84/22
93/25 94/8 94/10 94/22 94/23 95/5
96/16 99/23 101/5 102/14 103/14
103/25 104/18 104/20 104/21 105/6
105/14 106/1 107/8 107/24 109/24
110/9 110/10 110/18 111/7 111/21
111/24 112/24 114/2 114/2 114/21
115/21 118/24 119/10 120/6 120/23
120/24 121/12 121/15 122/18
weren't [1] 70/22
west [21] 1/2 1/6 30/17 35/18 45/20
45/23 46/3 46/4 46/12 46/18 46/24
47/8 47/22 49/21 51/10 52/22 94/19
94/25 104/20 107/5 115/10

**W**

whan [4]  85/1 85/1 85/1 85/1
what [159]
what's [8]  13/23 15/11 71/6 75/12 89/24 96/15 98/15 114/25
whatever [10]  8/25 19/22 76/22 77/6 77/7 78/8 78/10 83/17 112/1 116/14
whatsoever [2]  14/5 80/10
when [56]  8/6 8/8 8/13 11/3 19/11 20/8 22/6 22/11 23/6 23/9 23/11 28/23 30/19 31/1 32/3 35/3 36/2 48/6 50/14 63/1 67/7 69/6 76/23 78/6 78/9 82/13 83/19 84/23 84/24 85/2 85/11 86/13 86/15 87/9 93/15 95/9 102/9 103/14 103/23 103/25 104/6 104/7 105/11 106/1 106/1 106/20 109/10 109/17 110/7 110/7 111/3 112/5 116/22 119/1 120/18 122/12
where [28]  7/10 28/23 34/11 41/2 45/1 50/16 50/19 66/23 67/18 68/24 69/15 70/1 70/6 79/12 82/16 83/2 86/13 86/15 86/25 89/18 91/7 93/25 95/13 99/17 101/11 101/17 103/10 109/4
Wherever [1]  101/17
whether [11]  8/11 44/11 44/18 62/13 75/2 75/3 77/18 85/3 85/20 105/14 111/25
which [44]  4/4 4/18 4/25 5/4 14/1 14/5 14/16 14/17 18/4 20/25 22/16 24/3 24/20 28/13 28/13 29/13 41/24 43/17 61/16 62/17 63/18 63/22 63/23 65/9 66/21 67/24 74/15 77/4 78/14 78/15 79/11 80/11 84/16 84/20 94/8 100/23 111/20 112/8 112/14 113/13 114/5 114/11 115/16 120/4
while [14]  66/15 69/11 69/12 87/15 104/14 104/21 107/24 108/9 111/6 111/10 112/24 115/14 115/13 117/14
white [2]  83/7 83/23
who [40]  3/16 5/11 10/12 20/17 21/4 21/17 21/24 22/12 22/21 23/3 23/6 23/14 26/15 26/16 28/22 35/15 35/17 41/8 43/6 45/11 53/17 54/4 54/11 66/19 66/22 67/23 68/15 71/12 71/24 72/3 72/3 72/4 72/10 80/21 86/13 86/15 89/7 107/5 122/2 122/13
who's [2]  114/11 121/24
whom [2]  34/2 65/17
why [12]  18/4 35/1 36/4 77/24 82/9 82/22 86/8 104/11 106/3 107/16 113/15 116/12
Why's [1]  111/23
Whyte [1]  54/14
Wicomico [1]  33/16
wife [16]  45/12 46/20 47/8 47/12 47/13 47/22 48/2 48/19 48/24 49/17 49/21 50/13 50/16 51/20 52/22 52/25
Wilkerson [3]  34/8 35/12 45/14
will [128]
willfully [1]  75/24
William [4]  88/23 88/24 89/3 123/18
willing [4]  74/6 74/13 76/3 79/8
window [1]  91/9
winds [1]  110/18
wing [3]  100/14 105/9 108/5
wish [3]  3/18 13/1 87/9
wishes [1]  65/16
Withdrawn [1]  105/17
withdrew [1]  118/18
within [3]  5/6 86/18 114/24
without [6]  7/8 16/16 74/6 74/13 76/4 99/21

witness [27]  4/2 4/13 5/18 6/19 6/20 15/24 38/21 38/23 40/4 53/19 54/22 74/17 77/16 87/7 87/13 87/14 88/18 88/20 89/3 89/22 96/8 99/8 117/14 119/14 123/17
witness' [1]  63/23
witnesses [15]  5/10 5/14 6/3 7/22 16/10 34/2 34/16 62/18 63/22 63/23 64/1 65/14 65/17 74/17 87/9
Wolf [1]  113/5
Wolfe [30]  66/13 67/7 67/9 88/23 88/24 89/3 89/5 91/15 91/7 96/10 98/13 99/2 101/3 101/10 104/25 108/2 108/14 108/22 109/2 109/25 110/16 111/17 112/2 112/8 112/17 113/13 115/18 116/17 117/5 123/18
women [1]  68/3
won't [4]  15/4 74/18 83/20 83/21
word [2]  75/8 86/10
words [1]  100/25
work [26]  6/1 6/19 22/20 22/24 37/15 43/6 44/25 45/9 45/15 45/20 46/12 46/19 46/22 48/1 48/24 49/5 49/21 50/1 50/6 50/7 52/4 52/24 82/22 89/7 89/8 95/23
worked [9]  45/5 46/3 47/22 48/12 48/14 50/14 50/16 69/17 89/11
worker [1]  49/12
working [7]  6/22 9/13 22/25 37/1 69/18 69/19 73/3
workman's [1]  40/8
works [10]  45/12 46/20 47/1 47/13 48/2 48/24 49/22 52/22 73/3 83/9
worldwide [1]  98/19
worry [1]  23/17
would [90]  3/18 5/1 5/14 8/1 8/15 8/24 8/24 9/6 10/9 10/18 10/25 11/11 11/13 13/11 13/18 13/20 14/7 14/10 14/22 15/12 16/8 16/22 22/15 23/7 26/3 27/2 27/19 27/22 27/22 28/1 34/18 34/23 35/5 35/10 35/19 35/21 36/2 36/14 36/20 37/11 37/19 37/25 38/7 38/14 39/24 40/10 40/20 42/7 42/9 43/7 43/17 43/22 44/16 51/20 54/9 55/16 55/22 56/4 57/18 57/20 58/5 58/13 59/17 61/23 69/14 74/6 74/13 76/3 76/15 78/17 81/14 89/1 92/13 94/7 98/2 98/25 100/14 101/5 101/25 103/6 108/10 109/25 113/1 113/15 113/25 114/8 117/25 118/9 119/4 121/21
wouldn't [3]  36/1 43/20 43/21
wreck [1]  32/7
written [2]  20/4 69/6
wrong [5]  14/1 68/11 71/16 76/16 76/17

**X**

x-number [1]  84/1

**Y**

yacht [1]  47/10
Yarbrough [2]  39/2 45/8
yeah [7]  3/20 9/12 9/17 27/16 31/13 59/8 86/20
year [8]  10/2 27/9 32/2 32/17 43/14 48/12 48/13 66/5
years [68]  29/3 30/8 31/2 32/10 32/18 32/18 32/23 33/4 33/5 33/11 33/13 33/16 33/21 33/22 35/16 35/16 35/24 37/1 37/17 37/18 37/24 38/6 39/7 39/19 40/15 45/6 45/17 45/21 46/4 46/12 46/19 46/24 46/25 47/17 47/22 48/2 48/18 48/21 49/8 49/10 49/12

49/16 49/17 49/18 49/21 50/3 50/6 50/14 50/15 51/4 51/6 51/7 51/11 51/18 51/23 52/3 52/6 52/1 52/15 52/20 54/2 54/3 73/4 78/8 78/10 78/10 80/16 89/12 92/5
yes [77]  7/2 11/13 11/22 12/9 12/10 12/11 12/13 12/22 12/23 12/24 12/25 16/2 16/21 27/3 27/21 28/3 28/6 29/25 30/12 30/14 31/8 31/16 34/18 38/25 39/23 40/1 40/20 42/16 42/16 43/10 43/10 53/12 54/23 55/12 55/13 55/18 57/15 59/19 71/21 89/21 90/1 90/5 90/8 90/24 91/6 91/20 91/20 92/11 93/3 93/21 93/23 94/14 95/20 96/7 96/9 96/11 96/25 97/3 97/6 97/11 100/4 100/17 101/3 103/11 103/22 103/24 106/7 107/1 107/11 111/2 111/5 112/23 113/24 115/3 115/15 118/3 122/1
yet [4]  4/8 4/10 9/24 78/22
York [5]  36/13 36/17 36/18 38/13 48/6
you [722]
you'll [3]  66/19 67/18 67/22
you're [12]  3/22 8/18 9/11 18/7 34/15 48/9 77/18 81/2 81/15 113/13 115/25 116/15
you've [7]  78/1 79/9 86/1 86/1 92/3 95/21 97/7
young [4]  21/20 79/7 79/16 84/4
your [209]
yours [1]  8/14
yourself [7]  9/10 23/12 23/15 38/20 44/16 44/17 76/18

**Z**

Zachary [1]  1/17
zero [2]  100/22 100/23
zoom [3]  109/9 109/9 109/10
zoom-in [1]  109/9
zoom-out [1]  109/9
zoomed [1]  110/12
zooming [2]  112/3 112/18
Zwirn [2]  52/9 61/7